CV 16 1304

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 14 2016 ★
BROOKLYN OFFICE

## JOSEPH LACOME
### Attorney at Law

Immigration Law
Securities Law
Business Law

36 Summit Ave., San Rafael, CA 94901
Lacomelaw@gmail.com
Phone: 415-847-1944
Fax: 415-532-3247

FEUERSTEIN, J.

3/11/16

LOCKE, M.J.

Dear Clerk

Attached is a new filing for a lawsuit, and my motions for appearance pro hac vice. I have included one money order for the lawsuit payment, and one payment for the pro hac vice admission fee. I also included my certificates of good standing. I am ordering more certificates because I am not sure if the 30 day mark to accept certificates of good standing is at the time the motion is granted, or when the motion is filed. In any event, I can confirm that I am still in good standing with DC & Missouri, with no complaints, as of the date of this letter. I also included an SASE for the file-stamped copies of the lawsuit to be sent back to me.

If you have any questions feel free to call or email me, thanks.


Sincerely,

Joseph LaCome
Attorney