## CIVIL CAUSE FOR INITIAL CONFERENCE

**FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JUL 26 2016 ★

LONG ISLAND OFFICE**

## BEFORE: JUDGE FEUERSTEIN

DATE: July 26, 2016                              TIME: 30 minutes

CASE NUMBER    2:16-cv-01304-SJF-SIL

CASE TITLE:    Ping v. NO, 1 Great Wall of Fulton 168 et al

PLTFFS ATTY:   Joseph LaCome
               X  present         __ not present

DEFTS ATTY:    William Chuang
               X  present         __ not present

COURT REPORTER       COURTROOM DEPUTY: Bryan Morabito

OTHER: _____

X    CASE CALLED.

_    ARGUMENT HEARD / CONT'D TO _____.

_    DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** An in person status conference is scheduled before Judge Feuerstein on 10/13/2016 at 11:15 am.