# CIVIL CAUSE FOR TELEPHONE CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE**: October 13, 2016          **TIME**: 30 minutes

**CASE NUMBER**   2:16-cv-01304-SJF-SIL

**CASE TITLE:**   Ping v. NO, 1 Great Wall of Fulton 168 et al

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 13 2016 ★
LONG ISLAND OFFICE

**PLTFFS ATTY:**   Joseph LaCome
     X  present        ___ not present

**DEFTS ATTY:**   William Chuang
     X  present        ___ not present

**COURT REPORTER**     **COURTROOM DEPUTY**: Bryan Morabito

**OTHER**: _____

**X**      CASE CALLED.

_     ARGUMENT HEARD / CONT'D TO _____.

_     DECISION:  ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:** A telephone status conference is scheduled before Judge Feuerstein on 10/20/2016 at 11:00 am. Plaintiff's counsel is driected to initiate the conference call to 631-712-5630