# JAKUBOWITZ & CHUANG LLP

325 BROADWAY, SUITE 301, NEW YORK, NY 10007
TEL.: (212) 898-3700     E-MAIL: WILLIAM@JCLAWLLP.COM

January 13, 2017

**BY ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 712-6000

                                      RE:    <u>Ping v. No. 1 Great Wall, 16-cv-01304 (SJF) (SIL)</u>

Dear Judge Feuerstein:

Defendants submit this cover letter pursuant to the Court's individual practice rules to confirm that the following documents relating to Defendants' motion for summary judgment have been served by USPS Priority Mail upon Joseph LaCome, Esq., counsel for the Plaintiffs:

    A. Notice of Motion.
    B. Memorandum of Law in Support.
    C. Statement Of Material Facts Pursuant To Local Civil Rule 56.1
    D. Declaration of William W. Chuang, Esq. In Support, Including Exhibit A.
    E. Declaration of Defendant Wei Xing Chen In Support
    F. Declaration of Defendant Jin Wen Wang In Support, Including Exhibits A to F.

The complete set of motion papers will be filed in accordance with the Bundle Rule at the appropriate time.

                                                      Very Truly Yours,

                                                      William W. Chuang, Esq.