UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
NI PING,

                        Plaintiff,

  -against-

NO, 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG,
and MICHAEL CHEN,

                       Defendants.
---------------------------------------------------------------------- x

**NOTICE OF MOTION**

Index No.: 16-CV-1304 (SJF) (SIL)

**JURY TRIAL DEMANDED**

      PLEASE TAKE NOTICE that, on a time and date to be determined by the Court, in the Courtroom of Judge Sandra J. Feuerstein, U.S.D.J., Defendants No 1 Great Wall of Fulton 168, Inc. ("Great Wall") s/h/a NO, 1 Great Wall of Fulton 168, Zhe Wei Zou ("Zou"), Jin Wen Wang ("Wang") s/h/a Wendy Wang, and Wei Xing Chen ("Chen") s/h/a Michael Chen (collectively, the "Defendants"), will move for summary judgment pursuant to Fed. R. Civ. P. 56 on the basis that the Defendant restaurant is not a covered enterprise, and that Plaintiff, as a delivery worker, is not a covered individual within the meaning of the Fair Labor Standards Act. This motion is based upon the Memorandum of Law In Support, the declaration in support from Defendant Jin Wen Wang, executed on January 12, 2017, the declaration in support from Defendant Wei Xing Chen, executed on January 12, 2017, the declaration in support from William W. Chuang, executed on January 13, 2017 the Rule 56.1 Statement, along with all exhibits annexed thereto, and the pleadings and proceedings heretofore had.

Dated: New York, NY
       January 13, 2017

*/s/ William W. Chuang*
William W. Chuang, Esq.
Jakubowitz & Chuang LLP
325 Broadway, Suite 301
New York, NY 10007
Tel.:  (212) 898-3700
Attorney for the Defendants.

1