UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NI PING,

                      Plaintiff,

    -against-

NO, 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG,
and MICHAEL CHEN,

                   Defendants.
------------------------------------------------------------------x

STATEMENT OF MATERIAL FACTS PURSUANT TO
LOCAL CIVIL RULE 56.1

Index No.: 16-CV-1304 (SJF) (SIL)

**JURY TRIAL DEMANDED**

| | **UNDISPUTED FACT** | **SUPPORTING EVIDENCE** |
|---|---|---|
| 1. | Plaintiff Ni Ping worked for Defendant No 1 Great Wall of Fulton 168, Inc. ("Great Wall") s/h/a NO, 1 Great Wall of Fulton 168 from approximately August 2014 to January 31, 2016. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 2.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 2. |
| 2. | Great Wall is a restaurant located at 585 Fulton Avenue, Hempstead, NY 11550. | A. Complaint, Page 2, Paragraph 10.<br><br>B. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 3. |
| 3. | Great Wall is a takeout restaurant with only three tables and approximately eight seats. The entire restaurant takes up approximately 900 square feet on one level. Great Wall does not make a | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 4.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 4. |

|    | restroom available to its customers or to the public. | |
|----|---|---|
| 4. | Plaintiff worked as a delivery person for the entirety of his employment with Great Wall. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 6.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 6. |
| 5. | Plaintiff never left the State of New York while delivering food for Great Wall. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 7.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 6. |
| 6. | Great Wall is located within a five-minute drive of Hofstra University. Great Wall's business consists largely of delivery orders to Hofstra University students, and other young adults in the neighborhood. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 8.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 7. |
| 7. | Great Wall's business is strongly seasonal, with business slowing down during the summer the university is not in session, and picking up when classes resume in the fall. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 9.<br><br>B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 5. |
| 8. | Great Wall's business is especially good around winter, when the customers, being mostly college | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraphs 9-10. |

| | | |
|---|---|---|
| | students, do not want to brave the cold weather to get food. During the winter, Great Wall institutes a ten-dollar minimum order for deliveries. | |
| 9. | At any one time, the restaurant employs about three or four employees, with one or two part-time, seasonal workers during the busier winter season. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 11. |
| 10. | The only documentary evidence Plaintiff produced to Defendants regarding coverage under the FLSA consisted of a few dozen undated printouts from a calculator and hundreds of pages of undated "Kitchen Checks." Plaintiff collected these documents during the last few weeks of his employment in early 2016. | A. Declaration of William W. Chuang, Esq. In Support dated January 13, 2017, Paragraphs 2 and 3. |
| 11. | Great Wall's federal income tax returns show that the restaurant grossed $140,335.00 in sales from the period starting from October 1, 2013 | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 13, Exhibits A and B. |

| | | |
|---|---|---|
| | and ending on September 30, 2014, and grossed $215,240 in sales from the period starting October 1, 2014 to September 30, 2015. The restaurant has a tax year starting from October 1 to September 30. | |
| 12. | Great Wall's quarterly state income tax returns show gross sales of $176,731.00 in the period from December 1, 2013 to November 30, 2014, and $211,275 in the period from December 1, 2014 to November 30, 2015. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 14, Exhibit C. |
| 13. | The statements for Great Wall's only bank account reflect total deposits of $137,926.34 in 2014, total deposits of $170,601.49 in 2015, and total deposits of $77,255.98 for the first six months of 2016, which, when annualized, totals $154,511.96. | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraph 15, Exhibits D, E, and F. |
| 14. | At no point from 2014 to 2016 did Great Wall make gross sales of more | A. Declaration of Jin Wen Wang In Support dated January 12, 2017, Paragraphs 13 to 16, Exhibits through F. |

| than five hundred thousand dollars ($500,000.00) in a calendar year. | B. Declaration of Wei Xing Chen In Support dated January 12, 2017, Paragraph 3. |
|---|---|

Dated: New York, NY
January 13, 2017

*/s/ William W. Chuang*

William W. Chuang, Esq.
Jakubowitz & Chuang LLP
325 Broadway, Suite 301
New York, NY 10007
Tel.:   (212) 898-3700
Attorney for the Defendants.