UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NI PING,

                      Plaintiff,

   -against-

NO, 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG,
and MICHAEL CHEN,

                      Defendants.
-------------------------------------------------------------------- x

**DECLARATION OF WILLIAM W. CHUANG, ESQ. IN SUPPORT**

Index No.: 16-CV-1304 (SJF) (SIL)

**JURY TRIAL DEMANDED**

I, William W. Chuang, states as follows:

1. I am counsel for the Defendants. I submit this declaration in support of Defendants' motion for summary judgment. I make this declaration upon my own personal knowledge.

2. The only documentary evidence Plaintiff produced to Defendants regarding coverage under the FLSA consists of a few dozen undated printouts from a calculator and hundreds of pages of undated "Kitchen Checks." These documents are too voluminous to reproduce in their entirety here. However, I have annexed to this declaration one page of printouts and one page of Kitchen Checks. At the court hearing held in this case on December 14, 2016, Plaintiff's counsel indicated that this was the only documentary evidence that his client had. Plaintiff's counsel also represented that these documents were collected by the Plaintiff during the last six weeks or so of his employment at Great Wall.

3. After the hearing on December 14, 2016, Plaintiff's counsel sent me subpoenas he had issued to various phone companies used by the Defendants. I did not believe that the discovery sought was relevant to the issue of FLSA coverage, and that in any event, the

subpoenas were overbroad and unduly burdensome. However, Plaintiff's counsel has not produced any documents other than the Kitchen Checks and printouts set forth above.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 13, 2017.

Dated: New York, NY
January 13, 2017

William W. Chuang, Esq.
Jakubowitz & Chuang LLP
325 Broadway, Suite 301
New York, NY 10007
Tel.:   (212) 898-3700
Attorney for the Defendants.