# Exhibit A

42•30 +
23•00 +
12•25 +
25•50 +
15•00 +
[illegible] +
15•
11•65 +
14•00 +
12•30 +
13•20 +
15•30 +
15•75 +
17•00 +
18•00 +
[illegible] +
[illegible] +
1[illegible]•50 +
13•25 +
7•00 +
[illegible] +
[illegible] +
13•50 +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
17•60 +
7•00 +
[illegible] +
11•55 +
13•25 +
1[illegible]•85 +
3•20 +
[illegible]
12•
7•[illegible] +
7•50 +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible]•40 +
5•10 +
2•00 +
17•30 +
[illegible]•75 +
8•10 +
17•50 +
[illegible] +
[illegible] +

[illegible] *

34.50
-
58.00 *

11•70 +
16•75 +
28•[illegible] +
28•[illegible] +
32•50 +
8•10 +
11•50 +
27•50 +
8•40 +
16•20 +
[illegible] +
27•55 +
10•75 +
[illegible]•25 +
27•55 +
17•[illegible] +
11•00 +
[illegible] +
17•50 +
22•45 +
6•50 +
11•[illegible] +
[illegible] +
[illegible] +
32•40 +
26•20 +
15•75 +
19•00 +
3•70 +
[illegible] +
[illegible] +
[illegible] +
15•40 +
13•50 +
27•10 +
7•00 +
[illegible] +
36•10 +
15•[illegible] +
2[illegible] +
2•70 +
3•30 +
[illegible]•15 +
15•[illegible] +
5•[illegible] +
21•60 +
17•69 +
10•20 +
[illegible] +
12•40 +
[illegible] +
11•[illegible] +
23•75 +

960 [illegible]
987•[illegible] *

987.50
-76.80
911.

[illegible] +
12•35 +
21•00 +
[illegible] +
11•50 +
15•52 +
16•00 +
[illegible] +
12•50 +
[illegible] +
[illegible] +
7•50 +
10•35 +
12•00 +
[illegible] +
17•80 +
21•11 +
15•70 +
25•50 +
[illegible] +
[illegible] +
[illegible] +
19•[illegible] +
11•00 +
[illegible] +
15•[illegible] +
19•30 +
[illegible]•90 +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
21•10 +
7•[illegible] +
[illegible] +
[illegible] +
17•30 +
7•50 +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
7•50 +
12•50 +
[illegible] +
[illegible]•40 +
15•[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible] +
[illegible]•1[illegible] +
7•[illegible] +
[illegible] *

973.50
-60.10
913.00

[illegible] +
[illegible] +
7•[illegible] +
2[illegible] +
10•[illegible] +
15•[illegible] +
7•[illegible] +
7•00 +
9•70 +
30•[illegible] +
31•50 +
[illegible] +
[illegible] +
[illegible]•0 +
[illegible] +
[illegible] +
[illegible]•15 +
[illegible] +
[illegible]•10 +
10•55 +
15•[illegible] +
[illegible]•13 +
[illegible] +
17•[illegible] +
2[illegible] +
25•[illegible] +
27•[illegible] +
21•[illegible] +
15•[illegible] +
[illegible] +
[illegible] +
16•7[illegible] +
•25 +
[illegible]•70 +
17•[illegible] +
•70 +
[illegible] +
14•75 +
14•[illegible] +
[illegible]•30 +
32•50 +
13•40 +
[illegible] +
[illegible] +
[illegible] +
13•10 +
3•70 +
[illegible] +

[illegible] *

39
33
72

72
973.89 *
[illegible] *
974 *
[illegible] *

KITCHEN CHECK
Date
Table
Guests
Server
7377950
APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV
KITCHEN CHECK
Date
Table
Guests
Server
7379111
APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV
KITCHEN CHECK
Date
Table
Guests
Server
7379026
APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BE