UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

NI PING,

                          Plaintiff,

    -against-

NO, 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG,
and MICHAEL CHEN,

                       Defendants.

------------------------------------------------------------------x

**DECLARATION OF WEI XING CHEN IN SUPPORT**

Index No.: 16-CV-1304 (SJF) (SIL)

**JURY TRIAL DEMANDED**

I, WEI XING CHEN, states as follows:

1. I am a defendant in this case. I submit this declaration in support of Defendants' motion for summary judgment. I make this declaration based upon my own personal knowledge.

2. Plaintiff Ni Ping worked for Defendant No 1 Great Wall of Fulton 168, Inc. ("Great Wall") s/h/a NO, 1 Great Wall of Fulton 168 from approximately August 2014 to January 31, 2016.

3. I know how much money Great Wall made in gross sales from 2014 to 2016 based upon my positon at the restaurant. Great Wall did not make gross sales of more than five hundred thousand dollars ($500,000.00) in any calendar year from 2014 to 2016.

4. Great Wall is a takeout restaurant with only three tables and approximately eight seats. The entire restaurant takes up approximately 900 square feet on one level. Great Wall does not make a restroom available to its customers or to the public.

5. Great Wall relies very heavily on deliveries. Great Wall does not have a minimum order for deliveries except for when it snows. In general, many delivery orders are only for a few dollars, especially if the customer making the order is only a few blocks away from the restaurant.

6.   At all times during his employment with Great Wall, Plaintiff was a delivery person. From time to time, I would deliver food for Great Wall. I know that most of the deliveries are within Hempstead, and that none of the deliveries were outside of New York. I know that Plaintiff never left New York State while delivering food for Great Wall.

7.   Great Wall is located within a ten-minute drive of Hofstra University. Most of Great Wall's business were deliveries to Hofstra University students.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 12, 2017.

WEI XING CHEN

2