UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
NI PING,

                    Plaintiff,

  -against-

NO, 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG,
and MICHAEL CHEN,

                    Defendants.
------------------------------------------------------------------ x

**DECLARATION OF JIN WEN WANG IN SUPPORT**

Index No.: 16-CV-1304 (SJF) (SIL)

**JURY TRIAL DEMANDED**

      I, JIN WEN WANG, states as follows:

1. I am a defendant in this case. I submit this declaration in support of Defendants' motion for summary judgment. I make this declaration based upon my own personal knowledge, except where otherwise indicated.

2. Plaintiff Ni Ping worked for Defendant No 1 Great Wall of Fulton 168, Inc. ("Great Wall") s/h/a NO, 1 Great Wall of Fulton 168 from approximately August 2014 to January 31, 2016.

3. Great Wall is a restaurant located at 585 Fulton Avenue, Hempstead, NY 11550.

4. Great Wall is a takeout restaurant with only three tables and approximately eight seats. The entire restaurant takes up approximately 900 square feet on one level. Great Wall does not make a restroom available to its customers or to the public.

5. The restaurant is located in a bad neighborhood. About two or three years ago, a man was shot and killed by the restaurant. On another occasion, a stray bullet hit the wall in front of me as I was cooking. The bullet dropped into the wok in front of me. The majority of the restaurant's customers order delivery.

6. Plaintiff worked as a delivery person for Great Wall for the entirety of his employment with Great Wall. Most deliveries are within 1.5 miles of Great Wall.

7. Plaintiff never left the State of New York while delivering food for Great Wall.

8. Great Wall is located within a ten-[five]-minute drive of Hofstra University. Great Wall's business consists largely of delivery orders to Hofstra University students, and other young adults in the neighborhood.

9. Great Wall's business is strongly seasonal, with business slowing down during the summer the university is not in session, and picking up when classes resume in the fall.

10. Great Wall's business is especially good around winter, when the customers do not want to brave the cold. When it snows, Great Wall institutes a ten-dollar minimum order for deliveries. Generally, Great Wall does not have a minimum order so many deliveries are only for a few dollars.

11. At any one time, the restaurant employs about three or four employees, inclusive of the individual defendants, with one or two part-time, seasonal workers during the busier winter season.

12. Annexed hereto as Exhibit A and Exhibit B, respectively, are Great Wall's federal income tax returns for the 2013 and 2014 tax years. The restaurant has a tax year that starts from October 1 and ends on September 30.

13. Great Wall's federal income tax return for 2013 show that the restaurant grossed $140,335.00 in sales from the period starting from October 1, 2013 and ending on September 30, 2014. Great Wall's federal income tax return for 2014 show that it grossed $215,240 in sales from the period starting October 1, 2014 to September 30, 2015.

14. Annexed hereto as Exhibit C are Great Wall's quarterly state income tax returns for the period from December 1, 2013 to November 30, 2015. The quarter state income tax returns show that Great Wall made gross sales of $176,731.00 in the period from December 1, 2013 to November 30, 2014, and $211,275 in the period from December 1, 2014 to November 30, 2015.

15. Annexed hereto as Exhibit D, Exhibit E, and Exhibit F, respectively, are statements for Great Wall's only bank account for 2014, 2015, and the first six months of 2016. The bank statements reflect total deposits of $137,926.34 in 2014, total deposits of $170,601.49 in 2015, and total deposits of $77,255.98 for the first six months of 2016, which, when annualized, totals $154,511.96.

16. At no point from 2014 to 2016 did Great Wall make gross sales of more than five hundred thousand dollars ($500,000.00) in a calendar year.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on January 12, 2017.

_____
JIN WEN WANG