Exhibit C



New York State Department of Taxation and Finance

DLN: REDACTED
Quarterly ST-100

# New York State and Local
# Sales and Use Tax Web Filed Return

Filing period
12/01/2013 - 02/28/2014

| Sales tax identification number ▶ | REDAC |
|---|---|

Legal name
NO 1 GREAT WALL OF FULTON 168 INC
Mailing address
70 BOWERY RM 203
NEW YORK,NY 10013-4607
US

Due date:
03/20/2014

You will be responsible for penalty and interest if your return is not submitted by this date.

## Business information changes

| | Final return | Amended return |
|---|---|---|
| Has your responsible persons information changed? .................................................................................. | Yes | No ✓ |
| Has your business address or phone number(s) changed? ......................................................................... | Yes | No ✓ |
| Is the income from this business being reported "under" the identification number shown above? | | |
| Enter the ID number of the entity reporting the income: ............................................................................ | Yes ✓ | No |

## Summary of business activity

| | | |
|---|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) ................ | | 41,932.00 |
| Total non-taxables sales .................................................................................. | | |
| Gross credit and debit card deposits ............................................................... | | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 41,932.00 | | 3,616.64 |
| | 41,932.00 | 0.00 | 3,616.64 |

03002 (03/13) Page 1 of 3

Page 2 of 3　　　Sales tax ID number REDACT　　　　　　　　　　　　Quarterly ST-100

**Sales and use taxes by jurisdiction**

Do you have anything to report on this main form for this period? .................................................................. Yes | No ✓

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | . | | 0.00 |

Total tax due from main form and schedules:* | 3,616.64

* Total tax due includes any over-collected amounts.

Page 3 of 3

Sales tax
ID number REDACT

Quarterly ST-100

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................................ | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit (can not exceed $200) ................................................... | -180.83 |
| Total tax due: | 3,435.81 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ................................................................................................ | 0.00 |
| Additional payments not shown above ................................................................. | 0.00 |
| Overpayment being carried forward from a prior period .................................... | 0.00 |
| Total advance payments: | 0.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ............................................................. | 0.00 |
| Total amount due: | 3,435.81 |

## Payment details   (Account saved ✓)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| Bank name | Payment for |
| JPMORGAN CHASE BANK | ST100 |
| Bank account number | Payment date |
| XXXXXX0389 | 03/18/2014 |
| Account type | Amount due |
| Business Checking | 3435.81 |
| Account holder | Payment amount |
| NO 1 GREAT WALL OF FULTON 168 INC | 3435.81 |

## Transaction details

| Confirmation number | Transaction date/time |
|---|---|
| SW1406095015 | 03/18/2014 08:07PM |
| Tax professional ID | Tax professional name |
| | |
| Submitter phone | Submitter e-mail |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| Submitted by | |
| JIN WEN WANG | |

12/9/2016    06:57 PST    TO:15164833455    FROM:2122261942    Page: 55

New York State Department of Taxation and Finance

DLN: REDACTED

Schedule A



## Taxes on Selected Sales and Services in Nassau and Niagara Counties

Tax period:
12/01/2013 - 02/28/2014

| Sales tax identification number | REDAC |
|---|---|
| Legal name | |
| NO 1 GREAT WALL OF FULTON 168 INC | |

Do you have anything to report on this schedule for this period?    Yes  Yes  No ☑

### Nassau County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| NA-8289 | Nassau County excluding city of Long Beach Food and drink, hotel/motel room occupancy | | | | | | Over collected(\$) | | |
| | 41,932.00 | | | | 41,932.00 | | 0.08625 | | 3,616.64 |

### Niagara County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | Column totals | | 41,932.00 | | | | 3,616.64 |

DLN: REDACTE
Quarterly ST-100

New York State Department of Taxation and Finance

**New York State and Local Sales and Use Tax Web Filed Return**

**Filing period**
03/01/2014 - 05/31/2014

| | |
|---|---|
| **Sales tax identification number** REDACTE | **Due date:** 06/20/2014 |
| **Legal name** | You will be responsible for penalty and interest if your return is not submitted by this date |
| NO 1 GREAT WALL OF FULTON 168 INC | |
| **Mailing address** | |
| 70 BOWERY RM 203 | |
| NEW YORK,NY 10013-4607 | |
| US | |

## Business information changes

| | | | | |
|---|---|---|---|---|
| | | | **Final return** | **Amended return** |
| Has your responsible persons information changed? | | | Yes | No ✓ |
| Has your business address or phone number(s) changed? | | | Yes | No ✓ |
| Is the income from this business being reported "under" the identification number shown above? | | | Yes ✓ | No |
| Enter the ID number of the entity reporting the income: | | | | |

## Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) | 43,041.00 |
| Total non-taxables sales | |
| Gross credit and debit card deposits | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 43,041.00 | | 3,712.29 |
| | 43,041.00 | 0.00 | 3,712.29 |

03002 (06/13) Page 1 of 3

Page 2 of 3

Sales tax
ID number REDACT

**Quarterly ST-100**

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? .................................................................... Yes    No ✓

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0 00 | 0.00 | | | | 0.00 |
| | | | | | Total tax due from main form and schedules:* | | | | 3,712.29 |

* Total tax due includes any over-collected amounts.

Page 3 of 3    Sales tax ID number REDACT    **Quarterly ST-100**

**Special taxes**

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

**Unclaimed credit**

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................. | |

**Vendor collection credit**

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ........................ | -185.61 |
| Total tax due: | 3,526.68 |

**Advance payments**

| | Credit amount |
|---|---|
| Advance payments ................................................. | 0.00 |
| Additional payments not shown above ................................................. | 0.00 |
| Overpayment being carried forward from a prior period ......................... | 0.00 |
| Total advance payments: | 0.00 |

**Pay penalty and interest**

| | |
|---|---|
| Taxpayer calculated penalty and interest ................................................. | 0.00 |
| Total amount due: | 3,526.68 |

**Payment details**   (Account saved ✓)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 06/13/2014 |
| **Account type** | **Amount due** |
| Business Checking | 3526.68 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 3526.68 |

**Transaction details**

| Confirmation number | Transaction date/time |
|---|---|
| SW1406892838 | 06/13/2014 01:59PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |

DLN: SW1406892838

New York State Department of Taxation and Finance



**Taxes on Selected
Sales and Services in
Nassau and Niagara Counties**

**Schedule A**



Tax period:
03/01/2014 - 05/31/2014

| Sales tax identification number | REDACT |
|---|---|

Legal name

NO 1 GREAT WALL OF FULTON 168 INC

Do you have anything to report on this schedule for this period? .......................................................................................... Yes ☐  No ☑

## Nassau County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|

| NA 8289 | Nassau County excluding city of Long Beach |
|---|---|

Food and drink; hotel/motel room occupancy

Over collected($):

| 43,041.00 | | | | 43,041.00 | | 0.08625 | | 3,712.29 |
|---|---|---|---|---|---|---|---|---|

## Niagara County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| | | Column totals | | 43,041.00 | | | | 3,712.29 |

6071

TO: Kathy

NO1 Great Wall of Fulton

3月 1598763

4月 15289.97

5月 15485.45

585 Fulton Ave

Hempstead NY 11550

516483-3433

New York State Department of Taxation and Finance

DLN: SW1407518091

**Quarterly ST-100**

**New York State and Local**
**Sales and Use Tax Web Filed Return**

**Filing period**
06/01/2014 - 08/31/2014

| Sales tax identification number ▶ | REDAC |
|---|---|

**Due date:**
09/22/2014
You will be responsible for penalty and interest if your return is not submitted by this date.

**Legal name**
NO 1 GREAT WALL OF FULTON 168 INC

**Mailing address**
70 BOWERY RM 203
NEW YORK, NY 10013-4607
US

## Business information changes

Has your responsible persons information changed? ...................................................................................................... Yes ☐ No ☑

Has your business address or phone number(s) changed? ............................................................................................ Yes ☐ No ☑

Is the income from this business being reported "under" the identification number shown above?

Enter the ID number of the entity reporting the income: [ _____ ] ......................................................... Yes ☑ No ☐

Final return ☐   Amended return ☐

## Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) | 41,283.00 |
| Total non-taxables sales | |
| Gross credit and debit card deposits | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 41,283.00 | | 3,560.66 |
| | 41,283.00 | 0.00 | 3,560.66 |

03002 (09/15) Page 1 of 3

Page 2 of 3    Sales tax ID number REDACT    Quarterly ST-100

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ................................................................. Yes ☐ No ☑

| Taxable sales and services | Credits against taxable sales and services | Not taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

Total tax due from main form and schedules:* | 3,560.66

\* Total tax due includes any over-collected amounts.

**Page 3 of 3**

Sales tax
ID number REDACT

**Quarterly ST-100**

**Special taxes**

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| | | | | Total special taxes: | |

**Unclaimed credit**

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ..................................................................... | |

**Vendor collection credit**

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* .................................................................... | -178.03 |
| Total tax due: | 3,382.63 |

**Advance payments**

| | Credit amount |
|---|---|
| Advance payments .................................................................................................... | 0.00 |
| Additional payments not shown above ......................................................................... | 0.00 |
| Overpayment being carried forward from a prior period ............................................... | 0.00 |
| Total advance payments: | 0.00 |

**Pay penalty and interest**

| | |
|---|---|
| Taxpayer calculated penalty and interest ..................................................................... | 0.00 |
| Total amount due: | 3,382.63 |

**Payment details**   (Account saved ✓)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 09/15/2014 |
| **Account type** | **Amount due** |
| Business Checking | 3382.63 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 3382.63 |

**Transaction details**

| Confirmation number | Transaction date/time |
|---|---|
| SW1407518091 | 09/15/2014 01:59PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |

DLN: REDACTED

New York State Department of Taxation and Finance

Taxes on Selected
Sales and Services in
Nassau and Niagara Counties

**Schedule A**



Tax period:
06/01/2014 - 08/31/2014

| Sales tax identification number | REDACT |
|---|---|

Legal name
NO 1 GREAT WALL OF FULTON 168 INC

Do you have anything to report on this schedule for this period? .................................................................................................... Yes ☑ No ☐

## Nassau County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| NA 8289 Nassau County excluding city of Long Beach Food and drink; hotel/motel room occupancy | | | | | | Over collected($): | | |
| 41,283.00 | | | | 41,283.00 | | 0.08625 | | 3,560.66 |

## Niagara County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| | | Column totals | | 41,283.00 | | | | 3,560.66 |

New York State Department of Taxation and Finance

DLN: REDACTED
**Quarterly ST-100**

## New York State and Local
## Sales and Use Tax Web Filed Return

**Filing period**
09/01/2014 - 11/30/2014

| Sales tax identification number ▶ REDACT | |
|---|---|
| **Legal name** | |
| NO 1 GREAT WALL OF FULTON 168 INC | |
| **Mailing address** | |
| 70 BOWERY RM 203 | |
| NEW YORK,NY 10013-4607 | |
| US | |

**Due date:**
12/22/2014
You will be responsible for penalty and interest if your return is not submitted by this date.

### Business information changes

Final return ☐   Amended return ☐

Has your responsible persons information changed? ........................................................................................ Yes ☐  No ☑

Has your business address or phone number(s) changed? ................................................................................ Yes ☐  No ☑

Is the income from this business being reported "under" the identification number shown above?
  Enter the ID number of the entity reporting the income: _____ ........................................................ Yes ☑  No ☐

### Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) ........................................... | 49,475.00 |
| Total non-taxables sales ......................................................................................................... | |
| Gross credit and debit card deposits ....................................................................................... | |

### Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 49,475.00 | | 4,267.22 |
| | 49,475.00 | 0.00 | 4,267.22 |

03002 (12/17) **Page 1 of 3**

Page 2 of 3                    Sales tax ID number REDACT                    **Quarterly ST-100**

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ......................................................................... Yes ☐  No ☑

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

|  | |
|---|---|
| Total tax due from main form and schedules:* | 4,267.22 |

* Total tax due includes any over-collected amounts.

Case 2:16-cv-01304-SJF-SIL    Document 22-9    Filed 02/23/17    Page 17 of 37 PageID #: 161

Sales tax
ID number REDACT

**Quarterly ST-100**

### Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

### Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................................ | |

### Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* .......................................................... | -200.00 |
| Total tax due: | 4,067.22 |

### Advance payments

| | Credit amount |
|---|---|
| Advance payments .......................................................................................................... | 0.00 |
| Additional payments not shown above ......................................................................... | 0.00 |
| Overpayment being carried forward from a prior period ............................................. | 0.00 |
| Total advance payments: | 0.00 |

### Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ..................................................................... | 0.00 |
| Total amount due: | 4,067.22 |

### Payment details   (Account saved ✓)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 12/17/2014 |
| **Account type** | **Amount due** |
| Business Checking | 4067.22 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 4067.22 |

### Transaction details

| Confirmation number | Transaction date/time |
|---|---|
| SW1408170045 | 12/17/2014 01:41PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |

DLN: REDACT



New York State Department of Taxation and Finance

**Schedule A** 

## Taxes on Selected Sales and Services in Nassau and Niagara Counties

Tax period:
09/01/2014 - 11/30/2014

| Sales tax identification number | REDACT |
|---|---|

| Legal name |
|---|
| NO 1 GREAT WALL OF FULTON 168 INC |

Do you have anything to report on this schedule for this period? ....................................................................................... Yes ☑ No ☐

### Nassau County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| NA 8289 | Nassau County excluding city of Long Beach Food and drink; hotel/motel room occupancy | | | | | Over collected($): | | |
| 49,475.00 | | | | 49,475.00 | | 0.08625 | | 4,267.22 |

### Niagara County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| | | Column totals | | · 49,475.00 | | | | 4,267.22 |

TO: Kathy

Great Wall of 168

585 Fulton Ave
Hempstead NY ,11550
516 483 3483

Sep    1 5293 -

Oct    1 8484. 98

NOV  1. 9. 964.42 .



New York State Department of Taxation and Finance

DLN: REDACTE
**Quarterly ST-100**

# New York State and Local
# Sales and Use Tax Web Filed Return

**Filing period**
12/01/2014 - 02/28/2015

| Sales tax identification number ▶ | REDACT |
|---|---|

**Legal name**
NO 1 GREAT WALL OF FULTON 168 INC

**Mailing address**
70 BOWERY RM 203
NEW YORK,NY 10013-4607
US

**Due date:**
03/20/2015
You will be responsible for penalty and interest if
your return is not submitted by this date

## Business information changes

Final return    Amended return

Has your responsible persons information changed? ................................................................ Yes    No ✓

Has your business address or phone number(s) changed? ........................................................ Yes    No ✓

Is the income from this business being reported "under" the identification number shown above?

Enter the ID number of the entity reporting the income: _____ ................................... Yes ✓    No

## Summary of business activity

Gross sales (include all taxable and exempt sales but not sales tax) ....................................

| | 59,589.00 |
|---|---|
| Total non-taxables sales ................................................................ | |
| Gross credit and debit card deposits ................................................ | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 59,589.00 | | 5,139.55 |
| | 59,589.00 | 0.00 | 5,139.55 |

03002 (03/20)  Page 1 of 3

| Page 2 of 3 | Sales tax ID number | REDAC | | | Quarterly ST-100 |

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ............................................................... Yes ☐  No ☑

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| **Column totals:** | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| | | | | | Total tax due from main form and schedules:* | | | | 5,139.55 |

\* Total tax due includes any over-collected amounts.

Page 3 of 3     Sales tax ID number REDAC     **Quarterly ST-100**

**Special taxes**

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

**Unclaimed credit**

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................ | |

**Vendor collection credit**

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ................................ | -200.00 |
| Total tax due: | 4,939.55 |

**Advance payments**

| | Credit amount |
|---|---|
| Advance payments ................................................................ | 0.00 |
| Additional payments not shown above ................................................ | 0.00 |
| Overpayment being carried forward from a prior period ................................ | 0.00 |
| Total advance payments: | 0.00 |

**Pay penalty and interest**

| | |
|---|---|
| Taxpayer calculated penalty and interest ................................................ | 0.00 |
| Total amount due: | 4,939.55 |

**Payment details**    (Account saved ☑)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 03/20/2015 |
| **Account type** | **Amount due** |
| Business Checking | 4939.55 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 4939.55 |

**Transaction details**

| Confirmation number | Transaction date/time |
|---|---|
| SW1509040972 | 03/20/2015 03:55PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |



New York State Department of Taxation and Finance

## Taxes on Selected
## Sales and Services in
## Nassau and Niagara Counties

DLN: REDACTED

**Schedule A**




**Tax period:**
12/01/2014 - 02/28/2015

| Sales tax identification number | REDACT |
|---|---|

**Legal name**
NO 1 GREAT WALL OF FULTON 168 INC

Do you have anything to report on this schedule for this period? ............................................................................ Yes ☐  No ☑

## Nassau County

| | Taxable sales | − | Credits against taxable sales | = | Net taxable sales and services | × | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| NA 8289 | Nassau County excluding city of Long Beach<br>Food and drink; hotel/motel room occupancy | | | | | | Over collected($): | | |
| | 59,589.00 | | | | 59,589.00 | | 0.08625 | | 5,139.55 |

## Niagara County

| | Taxable sales | − | Credits against taxable sales | = | Net taxable sales and services | × | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | Column totals | | 59,589.00 | | | | 5,139.55 |

New York State Department of Taxation and Finance

DLN: REDACTED
**Quarterly ST-100**

**NYS** New York State and Local
Sales and Use Tax Web Filed Return

**Filing period**
03/01/2015 - 05/31/2015

| Sales tax identification number ▶ REDAC |
|---|

**Legal name**
NO 1 GREAT WALL OF FULTON 168 INC

**Mailing address**
70 BOWERY RM 203
NEW YORK,NY 10013-4607
US

**Due date:**
06/22/2015
You will be responsible for penalty and interest if your return is not submitted by this date

## Business information changes

Final return ☐    Amended return ☐

Has your responsible persons information changed? .......................................................... Yes ☐    No ✓

Has your business address or phone number(s) changed? ................................................... Yes ☐    No ✓

Is the income from this business being reported "under" the identification number shown above?
Enter the ID number of the entity reporting the income: [_____] ....................................... Yes ✓    No ☐

## Summary of business activity

Gross sales (include all taxable and exempt sales but not sales tax) ............................................. | 53,080.00 |

Total non-taxables sales ...................................................................................... | |

Gross credit and debit card deposits ......................................................................... | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 53,080.00 | | 4,578.15 |
| | 53,080.00 | 0.00 | 4,578.15 |

03002 (06/17) Page 1 of 3

Page 2 of 3

Sales tax
ID number REDACT

Quarterly ST-100

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ................................................................................................ Yes ☐  No ☑

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| Column totals: | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

Total tax due from main form and schedules:*  4,578.15

* Total tax due includes any over-collected amounts.

**Page 3 of 3**

Sales tax ID number REDACT

**Quarterly ST-100**

**Special taxes**

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| | | | | Total special taxes: | |

**Unclaimed credit**

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes ................................................................................ | |

**Vendor collection credit**

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ................................................................... | -200.00 |
| Total tax due: | 4,378.15 |

**Advance payments**

| | Credit amount |
|---|---|
| Advance payments ................................................................................................................. | 0.00 |
| Additional payments not shown above ................................................................................... | 0.00 |
| Overpayment being carried forward from a prior period ......................................................... | 0.00 |
| Total advance payments: | 0.00 |

**Pay penalty and interest**

| | |
|---|---|
| Taxpayer calculated penalty and interest ............................................................................... | 0.00 |
| Total amount due: | 4,378.15 |

**Payment details**   (Account saved ☑)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 06/17/2015 |
| **Account type** | **Amount due** |
| Business Checking | 4378.15 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 4378.15 |

**Transaction details**

| Confirmation number | Transaction date/time |
|---|---|
| SW1509785050 | 06/17/2015 04:11PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |

New York State Department of Taxation and Finance

## Taxes on Selected Sales and Services in Nassau and Niagara Counties

Schedule A 

**Tax period:**
03/01/2015 - 05/31/2015

| Sales tax identification number | REDACT |
| --- | --- |
| Legal name |
| NO 1 GREAT WALL OF FULTON 168 INC |

Do you have anything to report on this schedule for this period? ........................................ Yes ☑ No ☐

### Nassau County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NA 8289 | Nassau County excluding city of Long Beach Food and drink; hotel/motel room occupancy | | | | | | Over collected($): | | |
| | 53,080.00 | | | | 53,080.00 | | 0.08625 | | 4,578.15 |

### Niagara County

| | Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | x | Tax rate | = | Sales tax |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Column totals | | 53,080.00 | | | | 4,578.15 |

TO : Kathy

Great wall of Fulton 168.
585 Fulton Ave.
Hempstead NY 11550

Mar : 19830.79

Apil : 19467.33

May : 18359.64

new way

2015

DLN: REDACTE
**Quarterly ST-100**

New York State Department of Taxation and Finance

## New York State and Local
## Sales and Use Tax Web Filed Return

**Filing period**
06/01/2015 - 08/31/2015

| Sales tax identification number ▶ REDAC | |
|---|---|
| **Legal name** | |
| NO 1 GREAT WALL OF FULTON 168 INC | |
| **Mailing address** | |
| 70 BOWERY RM 203 | |
| NEW YORK,NY 10013-4607 | |
| US | |

**Due date:**
09/21/2015
You will be responsible for penalty and interest if your return is not submitted by this date

### Business information changes

Final return ☐   Amended return ☐

Has your responsible persons information changed? ................................................................... Yes ☐   No ☑

Has your business address or phone number(s) changed? ............................................................. Yes ☐   No ☑

Is the income from this business being reported "under" the identification number shown above?
  Enter the ID number of the entity reporting the income: [_____] ................................... Yes ☑   No ☐

### Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) ................................... | 53,414.00 |
| Total non-taxables sales ................................................................... | |
| Gross credit and debit card deposits ................................................................... | |

### Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 53,414.00 | | 4,606.96 |
| | 53,414.00 | 0.00 | 4,606.96 |

**03002 (09/15) Page 1 of 3**

**Page 2 of 3**

Sales tax
ID number REDACT

**Quarterly ST-100**

## Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ................................................................................................................ Yes [ ]   No [✓]

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| **Column totals:** | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

Total tax due from main form and schedules:*    4,606.96

\* Total tax due includes any over-collected amounts.

**Page 3 of 3**

Sales tax
ID number REDACT

**Quarterly ST-100**

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* | -200.00 |
| Total tax due: | 4,406.96 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments | 0.00 |
| Additional payments not shown above | 0.00 |
| Overpayment being carried forward from a prior period | 0.00 |
| Total advance payments: | 0.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest | 0.00 |
| Total amount due: | 4,406.96 |

## Payment details   (Account saved ☑)

| | |
|---|---|
| **Bank routing number**<br>021000021 | **Payment method**<br>Pay from Bank Account |
| **Bank name**<br>JPMORGAN CHASE BANK | **Payment for**<br>ST100 |
| **Bank account number**<br>XXXXXX0389 | **Payment date**<br>09/15/2015 |
| **Account type**<br>Business Checking | **Amount due**<br>4406.96 |
| **Account holder**<br>NO 1 GREAT WALL OF FULTON 168 INC | **Payment amount**<br>4406.96 |

## Transaction details

| | |
|---|---|
| **Confirmation number**<br>SW1500331965 | **Transaction date/time**<br>09/15/2015 11:08AM |
| **Tax professional ID** | **Tax professional name** |
| **Submitter phone**<br>(516)483-3433 | **Submitter e-mail**<br>jimmaryassociation@yahoo.com |
| **Submitted by**<br>JIN WEN WANG | |




New York State Department of Taxation and Finance

**Taxes on Selected
Sales and Services in
Nassau and Niagara Counties**

REDACTED
**Schedule A**

Tax period:
06/01/2015 - 08/31/2015

| Sales tax identification number | REDACT |
|---|---|
| Legal name | |
| NO 1 GREAT WALL OF FULTON 168 INC | |

Do you have anything to report on this schedule for this period? ........................................................... Yes ☐  No ☑

## Nassau County

| | Taxable sales | – | Credits against taxable sales | = | Net taxable sales and services | X | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| NA 8289 | Nassau County excluding city of Long Beach Food and drink; hotel/motel room occupancy | | | | | | Over collected($): | | |
| | 53,414 00 | | | | 53,414 00 | | 0 08625 | | 4,606.96 |

## Niagara County

| | Taxable sales | – | Credits against taxable sales | = | Net taxable sales and services | X | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|---|
| | | | Column totals | | 53,414 00 | | | | 4,606.96 |

New York State Department of Taxation and Finance

# New York State and Local
## Sales and Use Tax Web Filed Return

**Filing period**
09/01/2015 - 11/30/2015

| Sales tax identification number ▶ | REDACT |
|---|---|

**Due date:**
12/21/2015

You will be responsible for penalty and interest if your return is not submitted by this date.

**Legal name**
NO 1 GREAT WALL OF FULTON 168 INC

**Mailing address**
70 BOWERY RM 203
NEW YORK,NY 10013-4607
US

## Business information changes

Final return ☐    Amended return ☐

Has your responsible persons information changed? ............................................................ Yes ☐  No ☑

Has your business address or phone number(s) changed? ................................................ Yes ☐  No ☑

Is the income from this business being reported "under" the identification number shown above?

Enter the ID number of the entity reporting the income: [          ] ........................... Yes ☑  No ☐

## Summary of business activity

| | |
|---|---|
| Gross sales (include all taxable and exempt sales but not sales tax) | 45,192.00 |
| Total non-taxables sales | |
| Gross credit and debit card deposits | |

## Return Summary

| Task | Net taxable sales & services | Net purchases subject to tax | Total net sales & use tax |
|---|---|---|---|
| Main form | 0.00 | 0.00 | 0.00 |
| Schedule A | 45,192.00 | | 3,897.81 |
| | 45,192.00 | 0.00 | 3,897.81 |

03002 (12/18) Page 1 of 3

**Page 2 of 3**

Sales tax
ID number REDACT

**Quarterly ST-100**

### Sales and use taxes by jurisdiction

Do you have anything to report on this main form for this period? ................................................................................................. Yes [ ]   No [✓]

| Taxable sales and services | Credits against taxable sales and services | Net taxable sales and services | Purchases subject to tax | Credits against purchases subject to tax | Net purchases subject to tax | X | Tax rate | = | Sales & use tax |
|---|---|---|---|---|---|---|---|---|---|
| **Column totals:** | | | | | | | | | |
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |

Total tax due from main form and schedules:*    3,897.81

\* Total tax due includes any over-collected amounts.

**Page 3 of 3**

Sales tax ID number: REDACT

**Quarterly ST-100**

## Special taxes

| | Taxable receipts | Tax rate | Special taxes | Over collected | Total Special taxes due |
|---|---|---|---|---|---|
| Total special taxes: | | | | | |

## Unclaimed credit

| | Credit amount |
|---|---|
| Credit for prepaid sales tax on cigarettes .................... | |

## Vendor collection credit

| | Credit amount |
|---|---|
| Vendor collection credit *(can not exceed $200)* ........ | -194.89 |
| Total tax due: | 3,702.92 |

## Advance payments

| | Credit amount |
|---|---|
| Advance payments ................................................ | 0.00 |
| Additional payments not shown above ....................... | 0.00 |
| Overpayment being carried forward from a prior period ...... | 0.00 |
| Total advance payments: | 0.00 |

## Pay penalty and interest

| | |
|---|---|
| Taxpayer calculated penalty and interest ................. | 0.00 |
| Total amount due: | 3,702.92 |

## Payment details  (Account saved ☑)

| Bank routing number | Payment method |
|---|---|
| 021000021 | Pay from Bank Account |
| **Bank name** | **Payment for** |
| JPMORGAN CHASE BANK | ST100 |
| **Bank account number** | **Payment date** |
| XXXXXX0389 | 12/21/2015 |
| **Account type** | **Amount due** |
| Business Checking | 3702.92 |
| **Account holder** | **Payment amount** |
| NO 1 GREAT WALL OF FULTON 168 INC | 3702.92 |

## Transaction details

| Confirmation number | Transaction date/time |
|---|---|
| SW1501184107 | 12/18/2015 06:11PM |
| **Tax professional ID** | **Tax professional name** |
| | |
| **Submitter phone** | **Submitter e-mail** |
| (516)483-3433 | jimmaryassociation@yahoo.com |
| **Submitted by** | |
| JIN WEN WANG | |

New York State Department of Taxation and Finance

## Taxes on Selected Sales and Services in Nassau and Niagara Counties

**Schedule A** 

Tax period:
09/01/2015 - 11/30/2015

| Sales tax identification number | REDACT |
|---|---|
| Legal name | |
| NO 1 GREAT WALL OF FULTON 168 INC | |

Do you have anything to report on this schedule for this period? ............................................ Yes ☐ No ☑

### Nassau County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | X | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| NA 8289 | Nassau County excluding city of Long Beach Food and drink; hotel/motel room occupancy | | | | | Over collected ($): | | |
| 45,192.00 | | | | 45,192.00 | | 0.08625 | | 3,897.81 |

### Niagara County

| Taxable sales | - | Credits against taxable sales | = | Net taxable sales and services | X | Tax rate | = | Sales tax |
|---|---|---|---|---|---|---|---|---|
| | | Column totals | | 45,192.00 | | | | 3,897.81 |

FOR YOUR RECORDS

DO NOT MAIL

No 1 Great Wall
516-483-3433
585 Fulton Ave Hempstead
NY 11550

九月    14949.32

十月    16997.98

十一月   17142.67

12/18/2015