Exhibit F

**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 01, 2016 through January 29, 2016

Account Number:   REDACTED

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00037895 DRE 802 141 03316 NNNNNNNNNNN T 1 000000000 84 0000
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559



WE ARE UPDATING OUR DEPOSIT ACCOUNT AGREEMENT

On March 14, 2016, we will publish an updated version of our Deposit Account Agreement so that it is easier to understand. The updated agreement will be available on chase.com, at a branch or by request when you call us.

Please read the entire document, paying special attention to these sections:

- Deposit Records and Receipts (page 3): If you deposit an amount that is higher or lower than what is on the deposit receipt, we are not required to adjust your account for discrepancies of $10 or less. See below for the full paragraph that has changed.
- Linked Accounts (page 13): If the checking account linked to your other accounts closes, it is your responsibility to request any remaining eligible accounts to be linked.
- Closing Your Account (page 13): We are not required to close your account if you have pending transactions, or if the account is overdrawn or subject to legal process.
- Research, Legal Process and Requests for Information (page 15): If a legal hold is in effect, we will continue to charge any applicable fees even though the account cannot be closed. We may also remove your Overdraft Protection if a hold is placed, but you may ask us to relink your accounts after the hold is removed.
- Preauthorized (Recurring) Transfers and Stop Payment (page 22): We explain how to stop payment on a recurring transfer or payment.

This is the updated paragraph that you will find in the Deposits Records and Receipts section: If you make a deposit, we may provide a receipt, but the amount on your deposit receipt is based entirely on the deposit slip you complete. We may confirm the funds you deposit and, after review, may adjust your account for any errors including any errors on your deposit slip. We are not required to adjust your account for discrepancies of $10 or less. We may not adjust your account unless you notify us of the discrepancy within one year of the date of your account statement that shows the deposit. If you do not notify us of the error during this notice period, the deposit amount will be considered final. This means that if the actual amount deposited was less than the amount declared on the deposit receipt, the difference will become your property and if the actual amount deposited was more than the amount declared on the deposit receipt, the difference will become our property.

Please call us at the number on this statement if you have any questions.

WE ARE CHANGING THE FEE ON OUTGOING WIRE TRANSFERS NOT REQUESTED ONLINE

Your relationship is important to us, and we are committed to keeping you informed about changes that may affect you.

Starting March 22, 2016:
For outgoing wire transfers NOT requested online (for example, in a branch) the fee will increase to:
- Domestic Wire Fee: $35 per transfer
- International Wire Fee: $50 per transfer

Page 1 of 4



CHASE ○

January 01, 2016 through January 29, 2016
Account Number: REDACTED

The fee for outgoing wires made via Chase Online(SM) and Chase Mobile(R) (only
available for domestic wires) remains the same. Transfer limits apply. Savings
accounts cannot be used to fund wire transfers initiated on Chase Online(SM) and
Chase Mobile(R). Incoming wire transfer fees remain the same.

These fees are waived for the following products:
- Chase Client Funds Checking(SM)
- Trust accounts for lawyers and realtors (names vary by market)

All other terms and conditions of your Deposit Account Agreement still apply. If you have
any questions, please call the number listed at the top of this statement.

| CHECKING SUMMARY | Chase Total Business Checking | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| Beginning Balance | | $7,145.46 |
| Deposits and Additions | 28 | 15,754.68 |
| Checks Paid | 2 | - 3,409.00 |
| ATM & Debit Card Withdrawals | 1 | - 127.54 |
| Electronic Withdrawals | 3 | - 498.04 |
| Fees and Other Withdrawals | 1 | - 5,000.00 |
| Ending Balance | 35 | $13,867.56 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | $779.11 |
| 01/04 | Grubhub Inc | Dec Actvty 4745420 | | CCD ID: 1261328194 | 469.54 |
| 01/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 359.68 |
| 01/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 303.13 |
| 01/08 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 930.09 |
| 01/07 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 151.45 |
| 01/08 | Grubhub Inc | Jan Actvty 4799927 | | CCD ID: 1261328194 | 477.33 |
| 01/08 | Grubhub Inc | Dec Actvty 4767167 | | CCD ID: 1261328194 | 355.29 |
| 01/11 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 593.44 |
| 01/11 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 293.25 |
| 01/12 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 276.70 |
| 01/14 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 693.73 |
| 01/15 | Grubhub Inc | Jan Actvty 4825626 | | CCD ID: 1261328194 | 989.72 |
| 01/15 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 348.89 |
| 01/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 584.48 |
| 01/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 417.65 |
| 01/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 313.99 |
| 01/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 292.76 |
| 01/20 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 317.34 |
| 01/21 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 201.84 |
| 01/22 | Grubhub Inc | Jan Actvty 4851351 | | CCD ID: 1261328194 | 1,248.45 |
| 01/25 | Cash Redemption | | | | 1,083.94 |
| 01/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 907.58 |
| 01/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 280.40 |
| 01/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 248.15 |
| 01/27 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 723.42 |
| 01/29 | Grubhub Inc | Jan Actvty 4877542 | | CCD ID: 1261328194 | 1,634.77 |
| 01/29 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 476.38 |
| **Total Deposits and Additions** | | | | | **$15,754.68** |



CHASE ○

January 01, 2016 through January 29, 2016
Account Number: REDACTED



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 214 ^ | | 01/14 | $2,931.00 |
| 215 ^ | | 01/20 | 478.00 |
| **Total Checks Paid** | | | **$3,409.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 01/04 | Card Purchase | 01/02 Kydia Inc 630-776-3590 IL Card 7305 | $127.54 |
| **Total ATM & Debit Card Withdrawals** | | | **$127.54** |

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $127.54 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $127.54 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | Paymentech | Fee | 5711477 | CCD ID: 1020401225 | $352.17 |
| 01/20 | Monitronics | Alarm Svc | | PPD ID: 742719343 | 48.87 |
| 01/25 | 01/24 Payment To Chase Card Ending IN 4884 | | | | 95.00 |
| **Total Electronic Withdrawals** | | | | | **$496.04** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/27 | 01/27 Withdrawal | $5,000.00 |
| **Total Fees & Other Withdrawals** | | **$5,000.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 01/04 | $8,577.41 | 01/12 | 11,654.96 | 01/21 | 12,357.47 |
| 01/06 | 9,507.50 | 01/14 | 9,417.69 | 01/22 | 13,605.92 |
| 01/07 | 9,658.95 | 01/15 | 10,756.30 | 01/25 | 15,030.99 |
| 01/08 | 10,491.57 | 01/19 | 12,365.16 | 01/27 | 11,754.41 |
| 01/11 | 11,378.26 | 01/20 | 12,155.63 | 01/29 | 13,667.56 |

Page 3 of 4

## CHASE 🏦

January 01, 2016 through January 29, 2016
Account Number: REDACTED

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 6 |
| Deposits / Credits | 27 |
| Deposited Items | 0 |
| **Transaction Total** | **33** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:  Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:  Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE** ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

January 30, 2016 through February 29, 2016

Account Number:    REDACTED

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

lllulllulllullulllllullllllllllllullulllllull
00037727 DRE 802 141 08118 NNNNNNNN20N T 1 000000000 64 0000
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559



---

| **CHECKING SUMMARY** | Chase Total Business Checking | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| Beginning Balance | | $13,867.56 |
| Deposits and Additions | 26 | 13,334.77 |
| Checks Paid | 5 | - 7,251.80 |
| ATM & Debit Card Withdrawals | 1 | - 59.34 |
| Electronic Withdrawals | 7 | - 733.12 |
| **Ending Balance** | **39** | **$19,158.07** |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 02/01 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | $857.74 |
| 02/01 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 335.87 |
| 02/02 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 322.10 |
| 02/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 533.68 |
| 02/05 | Grubhub Inc | Jan Actvty 4900589 | | CCD ID: 1261328194 | 764.98 |
| 02/05 | Grubhub Inc | Feb Actvty 4933891 | | CCD ID: 1261328194 | 48.60 |
| 02/08 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 745.18 |
| 02/08 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 488.05 |
| 02/09 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 301.35 |
| 02/10 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 250.25 |
| 02/12 | Grubhub Inc | Feb Actvty 4980447 | | CCD ID: 1261328194 | 924.02 |
| 02/12 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 328.67 |
| 02/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 1,001.17 |
| 02/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 314.73 |
| 02/17 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 284.15 |
| 02/19 | Grubhub Inc | Feb Actvty 4986894 | | CCD ID: 1261328194 | 1,221.84 |
| 02/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 637.88 |
| 02/22 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 674.95 |
| 02/22 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 545.33 |
| 02/23 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 293.50 |
| 02/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 214.40 |
| 02/26 | Grubhub Inc | Feb Actvty 5013924 | | CCD ID: 1261328194 | 708.93 |

Page 1 of 4

**CHASE ⬡**

January 30, 2016 through February 29, 2016
Account Number:  REDACTED

## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 02/26 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 224.20 |
| 02/29 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 794.24 |
| 02/29 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 292.86 |
| 02/29 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 226.10 |
| **Total Deposits and Additions** | | | | | **$13,334.77** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 216 ^ | | 02/03 | $2,194.80 |
| 217 ^ | | 02/03 | 156.00 |
| 218 ^ | | 02/16 | 2,931.00 |
| 219 ^ | | 02/16 | 1,550.00 |
| 220 ^ | | 02/17 | 420.00 |
| **Total Checks Paid** | | | **$7,251.80** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/25 | Card Purchase   02/22 Kydia Inc 630-776-3590 IL Card 7305 | $59.34 |
| **Total ATM & Debit Card Withdrawals** | | **$59.34** |

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $59.34 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $59.34 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 02/02 | Paymentech | Fee | 5711477 | CCD ID: 1020401225 | $307.67 |
| 02/02 | Nys Dif Wt | Tax Paymnt 000000004092903 CCD ID: S146013200 | | | 205.89 |
| 02/02 | Nys Dol Ui | Tax Paymnt 000000004055302 CCD ID: Q146013200 | | | 75.91 |
| 02/08 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 38.90 |
| 02/18 | Monitronics | Alarm Svc | | PPD ID: 742719343 | 51.03 |
| 02/18 | Paymentech | Fin ADJ | 5711477 | CCD ID: 1020401225 | 49.45 |
| 02/18 | Paymentech | Fin ADJ | 5711477 | CCD ID: 1020401225 | 4.27 |
| **Total Electronic Withdrawals** | | | | | **$733.12** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

**CHASE** ⬡

January 30, 2016 through February 29, 2016
Account Number:    000000530390389



## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 02/01 | $15,061.17 | 02/09 | 15,285.94 | 02/19 | 15,242.90 |
| 02/02 | 14,793.80 | 02/10 | 15,536.19 | 02/22 | 16,463.18 |
| 02/03 | 12,443.00 | 02/12 | 16,788.88 | 02/23 | 16,756.68 |
| 02/04 | 12,976.68 | 02/16 | 13,623.78 | 02/25 | 16,911.74 |
| 02/05 | 13,790.26 | 02/17 | 13,487.93 | 02/26 | 17,844.87 |
| 02/08 | 14,984.59 | 02/18 | 13,383.18 | 02/29 | 19,158.07 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 13 |
| Deposits / Credits | 26 |
| Deposited Items | 0 |
| **Transaction Total** | **39** |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



January 30, 2016 through February 29, 2016
Account Number:    000000530390389

This Page Intentionally Left Blank

Page 4 of 4



**CHASE** 
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

March 01, 2016 through March 31, 2016
Account Number: **000000530390389**

llllllllllllllllllllllllllllllllllllllllllll
00038585 DRE 802 141 09216 NNNNNNNNNN T 1 000000000 64 0000
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



WE ARE CHANGING THE FEE ON OUTGOING WIRE TRANSFERS NOT REQUESTED ONLINE
Your relationship is important to us, and we are committed to keeping you informed about
changes that may affect you.

Starting March 22, 2016:
For outgoing wire transfers NOT requested online (for example, in a branch) the fee will
increase to:
- Domestic Wire Fee: $35 per transfer
- International Wire Fee: $50 per transfer

The fee for outgoing wires made via Chase Online(SM) and Chase Mobile(R) (only
available for domestic wires) remains the same. Transfer limits apply. Savings
accounts cannot be used to fund wire transfers initiated on Chase Online(SM) and
Chase Mobile(R). Incoming wire transfer fees remain the same.

These fees are waived for the following products:
- Chase Client Funds Checking(SM)
- Trust accounts for lawyers and realtors (names vary by market)

All other terms and conditions of your Deposit Account Agreement still apply. If you have
any questions, please call the number listed at the top of this statement.

### We are changing our Overdraft Protection service in August 2016

We will simplify Overdraft Protection, a service that allows enrolled customers to avoid overdrawing a checking account by
transferring money from a linked account.

**Starting August 20:**
- **Only a Chase business savings account or business line of credit** will be able to provide Overdraft Protection
  to a business checking account. A credit card cannot be used.
- **We will transfer the exact amount** needed to cover the transaction instead of multiples of $50.
- **We will no longer charge the $10 Overdraft Protection Transfer fee.**

As a reminder, a $5 **Savings Withdrawal Limit Fee** may apply for each withdrawal or transfer over six per monthly
statement period from your savings account, including withdrawals at a branch or at an ATM. *For Chase Business Select
High Yield Savings$^{SM}$ this fee is waived if there is a balance of $15,000 or more in the account at the time of the withdrawal
or transfer.*

**If you have a credit card linked for Overdraft Protection, you have two options:**

1. **Link to a business savings account or business line of credit instead.** Visit chase.com or talk to a banker to
   learn more. OR,

2. **Keep your current settings,** knowing that this could cause declined transactions and you may pay more fees
   when we remove the link to your credit card.

Page 1 of 4

# CHASE ○

- Starting August 17, unless you have instructed us not to approve debit card purchases that overdraw your business account, you may have to pay a $34 Insufficient Funds Fee each time we approve an everyday debit card transaction if your checking account can't cover your purchase. Through August 19, we will continue to transfer funds for transactions that would overdraw your account.
- Keep in mind our Standard Overdraft Practice will apply if your checking account does not have enough money available to cover a transaction. In that case, we may charge you a $34 Insufficient Funds Fee or $34 Returned Item Fee for each check, recurring payment or other transfer that is for more than the amount available in your account. Refer to your Deposit Account Agreement at chase.com for details on how your transactions work.

*We waive one Insufficient Funds Fee or Returned Item Fee per monthly statement cycle for Chase Platinum Business Checking℠ accounts.*

If you have questions, please visit chase.com or call the number listed at the top of your statement.

## CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $19,158.07 |
| Deposits and Additions | 25 | 13,982.60 |
| Checks Paid | 1 | - 2,930.00 |
| ATM & Debit Card Withdrawals | 1 | - 63.67 |
| Electronic Withdrawals | 7 | - 4,327.14 |
| Other Withdrawals | 2 | - 15,000.00 |
| Fees | 2 | - 25.95 |
| Ending Balance | 38 | $10,774.11 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 03/01 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | $151.35 |
| 03/03 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 379.45 |
| 03/04 | Grubhub Inc | Feb Actvty 5037913 | | CCD ID: 1261328194 | 1,019.08 |
| 03/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 532.47 |
| 03/07 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 688.99 |
| 03/07 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 313.50 |
| 03/09 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 419.87 |
| 03/10 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 408.60 |
| 03/11 | Grubhub Inc | Mar Actvty 5099412 | | CCD ID: 1261328194 | 1,432.11 |
| 03/14 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 695.60 |
| 03/14 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 354.01 |
| 03/15 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 261.30 |
| 03/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 324.15 |
| 03/17 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 373.05 |
| 03/18 | Grubhub Inc | Mar Actvty 5126576 | | CCD ID: 1261328194 | 991.18 |
| 03/21 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 827.20 |
| 03/21 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 38.90 |
| 03/22 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 662.83 |
| 03/23 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 447.77 |
| 03/25 | Grubhub Inc | Mar Actvty 5154161 | | CCD ID: 1261328194 | 1,001.52 |
| 03/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 379.15 |

**CHASE ◑**

March 01, 2016 through March 31, 2016
Account Number:    000000530390389

## DEPOSITS AND ADDITIONS    *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 03/28 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 836.77 |
| 03/28 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 589.75 |
| 03/30 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 251.45 |
| 03/31 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 404.75 |
| **Total Deposits and Additions** | | | | | **$13,982.80** |



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 8308 ^ | | 03/10 | $2,930.00 |
| **Total Checks Paid** | | | **$2,930.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check,
not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/28 | Card Purchase    03/21 Kydia Inc 630-776-3590 IL Card 7305 | $63.67 |
| **Total ATM & Debit Card Withdrawals** | | **$63.67** |

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $63.67 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $63.67 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 03/02 | Paymentech | Fee | 5711477 | CCD ID: 1020401225 | $290.45 |
| 03/02 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 29.85 |
| 03/02 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 21.15 |
| 03/07 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 43.30 |
| 03/18 | Monitronics | Alarm Svc | | PPD ID: 742719343 | 51.03 |
| 03/21 | Paymentech | Chargeback 5711477 | | CCD ID: 1020401225 | 32.00 |
| 03/22 | Nys Dif Sales | Tax Paymnt 00000006200307 CCD ID. O146013200 | | | 3,859.36 |
| **Total Electronic Withdrawals** | | | | | **$4,327.14** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/22 | 03/22 Withdrawal | $9,000.00 |
| 03/24 | 03/24 Withdrawal | 6,000.00 |
| **Total Other Withdrawals** | | **$15,000.00** |

Page 3 of 4

# CHASE ⬡

March 01, 2016 through March 31, 2016
Account Number:    000000530390389

## FEES

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/09 | Counter Check | | $2.00 |
| 03/29 | Check OR Supply Order | PPD ID: 1410216800 | 23.95 |
| **Total Fees** | | | **$25.95** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 03/01 | $19,309.42 | 03/14 | 22,414.35 | 03/23 | 13,398.34 |
| 03/02 | 18,967.97 | 03/15 | 22,675.65 | 03/24 | 7,398.34 |
| 03/03 | 19,347.42 | 03/16 | 22,999.80 | 03/25 | 8,779.01 |
| 03/04 | 20,898.97 | 03/17 | 23,372.85 | 03/28 | 10,141.86 |
| 03/07 | 22,038.16 | 03/18 | 24,313.00 | 03/29 | 10,117.91 |
| 03/09 | 22,456.03 | 03/21 | 25,147.10 | 03/30 | 10,369.36 |
| 03/10 | 19,932.63 | 03/22 | 12,950.57 | 03/31 | 10,774.11 |
| 03/11 | 21,364.74 | | | | |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 11 |
| Deposits / Credits | 25 |
| Deposited Items | 0 |
| **Transaction Total** | **36** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC

Page 4 of 4

**CHASE** ○
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 01, 2016 through April 29, 2016
Account Number:  000000530390389



00055194 DRE 802 141 12116 N0000NY0000NY T 1 000000000 64 0000
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

---

## CHECKING SUMMARY   Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $10,774.11 |
| Deposits and Additions | 24 | 12,967.45 |
| Checks Paid | 4 | - 7,171.00 |
| ATM & Debit Card Withdrawals | 2 | - 108.63 |
| Electronic Withdrawals | 3 | - 406.95 |
| Ending Balance | 33 | $16,054.98 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 04/01 | Grubhub Inc | Mar Actvty 5181755 | CCD ID: 1261328194 | | $768.77 |
| 04/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 1,209.04 |
| 04/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 383.00 |
| 04/06 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 284.42 |
| 04/07 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 218.85 |
| 04/08 | Grubhub Inc | Apr Actvty 5241439 | CCD ID: 1261328194 | | 821.46 |
| 04/08 | Grubhub Inc | Mar Actvty 5205983 | CCD ID: 1261328194 | | 305.26 |
| 04/08 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 171.44 |
| 04/11 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 302.05 |
| 04/11 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 271.00 |
| 04/12 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 906.08 |
| 04/13 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 167.95 |
| 04/15 | Grubhub Inc | Apr Actvty 5269449 | CCD ID: 1261328194 | | 1,132.53 |
| 04/15 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 416.10 |
| 04/18 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 687.06 |
| 04/19 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 444.07 |
| 04/21 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 210.25 |
| 04/22 | Grubhub Inc | Apr Actvty 5297818 | CCD ID: 1261328194 | | 1,163.72 |
| 04/22 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 224.10 |
| 04/25 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 289.77 |
| 04/26 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 865.39 |

Page 1 of 4

# CHASE ○

April 01, 2016 through April 29, 2016
Account Number:    000000530390389

## DEPOSITS AND ADDITIONS    (continued)

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 04/27 | Paymentech | Deposit 5711477 | CCD ID: 1020401225 | 550.99 |
| 04/28 | Paymentech | Deposit 5711477 | CCD ID: 1020401225 | 306.70 |
| 04/29 | Grubhub Inc | Apr Actvty 5326284 | CCD ID: 1261328194 | 1,087.43 |
| **Total Deposits and Additions** | | | | **$12,687.45** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 221 ^ | | 04/15 | $2,931.00 |
| 223 * ^ | | 04/22 | 840.00 |
| 224 ^ | | 04/22 | 400.00 |
| 8306 * ^ | | 04/04 | 3,000.00 |
| **Total Checks Paid** | | | **$7,171.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04 | Card Purchase        04/01 Kydia Inc 630-776-3590 IL Card 7305 | $54.32 |
| 04/25 | Card Purchase With Pin 04/24 Bj Wholesale #21 711 S Garden City NY Card 7305 | 54.31 |
| **Total ATM & Debit Card Withdrawals** | | **$108.63** |

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $108.63 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $108.63 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 04/04 | Paymentech | Fee 5711477 | CCD ID: 1020401225 | $330.82 |
| 04/08 | Paymentech | Chargeback 5711477 | CCD ID: 1020401225 | 25.10 |
| 04/19 | Monitronics | Alarm Svc | PPD ID: 742719349 | 51.03 |
| **Total Electronic Withdrawals** | | | | **$406.95** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

**CHASE** ◯

April 01, 2016 through April 29, 2016
Account Number: 000000530390389

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 04/01 | $11,542.88 | 04/12 | 12,785.24 | 04/22 | 13,009.01 |
| 04/04 | 9,729.78 | 04/13 | 12,953.19 | 04/25 | 13,244.47 |
| 04/06 | 10,014.20 | 04/15 | 11,570.82 | 04/26 | 14,109.86 |
| 04/07 | 10,233.05 | 04/18 | 12,257.90 | 04/27 | 14,660.85 |
| 04/08 | 11,306.11 | 04/19 | 12,650.94 | 04/28 | 14,967.55 |
| 04/11 | 11,879.16 | 04/21 | 12,861.19 | 04/29 | 16,054.98 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 24 |
| Deposited Items | 0 |
| **Transaction Total** | **33** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

* Your name and account number
* The dollar amount of the suspected error
* A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



April 01, 2016 through April 29, 2016
Account Number:    000000530380389

This Page Intentionally Left Blank

Page 4 of 4

## CHASE ◻

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

April 30, 2016 through May 31, 2016
Account Number:  **000000530390389**

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



հոկվՈՈԱհելՈՈԱնՈՈհկվեհմիոեԱեմlՈll
00038241 DRE 802 141 15316 NNNNNNYNNNN T  1 000000000 64 0000
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559

---

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$16,054.98** |
| Deposits and Additions | 24 | 13,858.46 |
| Checks Paid | 2 | - 5,261.70 |
| ATM & Debit Card Withdrawals | 1 | - 52.63 |
| Electronic Withdrawals | 4 | - 909.39 |
| Other Withdrawals | 1 | - 9,000.00 |
| **Ending Balance** | **32** | **$14,689.72** |

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 05/02 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | $471.38 |
| 05/02 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 302.06 |
| 05/02 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 138.00 |
| 05/03 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 454.47 |
| 05/04 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 306.09 |
| 05/05 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 168.35 |
| 05/06 | Grubhub Inc | Apr Actvty 5351876 | | CCD ID: 1261328194 | 970.54 |
| 05/06 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 314.44 |
| 05/06 | Grubhub Inc | May Actvty 5388055 | | CCD ID: 1261328194 | 252.80 |
| 05/09 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 956.60 |
| 05/10 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 744.08 |
| 05/12 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 396.19 |
| 05/13 | Grubhub Inc | May Actvty 5416824 | | CCD ID: 1261328194 | 1,228.34 |
| 05/13 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 800.44 |
| 05/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 507.44 |
| 05/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 211.16 |
| 05/18 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 627.03 |
| 05/20 | Grubhub Inc | May Actvty 5446047 | | CCD ID: 1261328194 | 1,462.14 |
| 05/20 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 507.58 |
| 05/24 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 850.43 |
| 05/27 | Grubhub Inc | May Actvty 5475224 | | CCD ID: 1261328194 | 820.96 |

Page 1 of 4

**CHASE** ⬡

April 30, 2016 through May 31, 2016
Account Number: 000000530390389

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | | | | AMOUNT |
|------|-------------|--|--|--|--------|
| 05/31 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 730.73 |
| 05/31 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 503.71 |
| 05/31 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 133.50 |
| **Total Deposits and Additions** | | | | | **$13,858.46** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 225 ^ | | 05/10 | $2,330.70 |
| 226 ^ | | 05/11 | 2,931.00 |
| **Total Checks Paid** | | | **$5,261.70** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/26 | Card Purchase    05/19 Kydia Inc 630-776-3590 IL Card 7305 | $52.63 |
| **Total ATM & Debit Card Withdrawals** | | **$52.63** |

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $52.63 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | AMOUNT |
|--|--------|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $52.63 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|--------|
| 05/02 | Nys Dol Ui | Tax Paymnt 000000007891509 CCD ID: Q146013200 | | $388.80 |
| 05/02 | Paymentech | Fee    5711477    CCD ID: 1020401225 | | 281.46 |
| 05/02 | Nys Dtf Wt | Tax Paymnt 000000007906682 CCD ID: S146013200 | | 188.10 |
| 05/18 | Monitronics | Alarm Svc    PPD ID: 742719343 | | 51.03 |
| **Total Electronic Withdrawals** | | | | **$909.39** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/12 | 05/12 Withdrawal | $9,000.00 |
| **Total Other Withdrawals** | | **$9,000.00** |

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

Page 2 of 4

**CHASE** 🏦

April 30, 2016 through May 31, 2016
Account Number:    000000530390389

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 05/02 | $16,108.06 | 05/10 | 17,944.73 | 05/20 | 11,703.02 |
| 05/03 | 16,562.53 | 05/11 | 15,013.73 | 05/24 | 12,553.45 |
| 05/04 | 16,868.62 | 05/12 | 6,409.92 | 05/26 | 12,500.82 |
| 05/05 | 17,036.97 | 05/13 | 8,438.70 | 05/27 | 13,321.78 |
| 05/06 | 18,574.75 | 05/16 | 9,157.30 | 05/31 | 14,689.72 |
| 05/09 | 19,531.35 | 05/18 | 9,733.30 | | |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 8 |
| Deposits / Credits | 24 |
| Deposited Items | 0 |
| **Transaction Total** | **32** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



April 30, 2016 through May 31, 2016
Account Number:     000000530390389

This Page Intentionally Left Blank

Page 4 of 4

# CHASE ◑

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

June 01, 2016 through June 30, 2016
Account Number:  **000000530390389**

00202435 1 AV 00.376

իբիիկիիիկիբիկիկիկիկիկիկիկիկիկիկիկիկի

00202435 DRE 802 141 18316 NNNNNNNNNNN T 1 000000000 64 0000 T3104931 P115097
NO 1 GREAT WALL OF FULTON 168 INC.
4321 203RD ST
BAYSIDE NY 11361-2559

## CUSTOMER SERVICE INFORMATION

| Web site: | **Chase.com** |
|---|---|
| Service Center: | **1-800-242-7338** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY | Chase Total Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$14,689.72** |
| Deposits and Additions | 19 | 7,377.82 |
| Checks Paid | 1 | - 2,930.00 |
| ATM & Debit Card Withdrawals | 2 | - 64.37 |
| Electronic Withdrawals | 3 | - 4,119.75 |
| Other Withdrawals | 3 | - 11,500.00 |
| **Ending Balance** | **28** | **$3,453.42** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 06/01 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | $230.68 |
| 06/02 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 395.63 |
| 06/03 | Grubhub Inc | May Actvty 5503549 | | CCD ID: 1261328194 | 794.11 |
| 06/03 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 389.86 |
| 06/06 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 244.25 |
| 06/06 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 198.89 |
| 06/07 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 360.80 |
| 06/08 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 194.75 |
| 06/09 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 135.40 |
| 06/10 | Grubhub Inc | Jun Actvty 5581557 | | CCD ID: 1261328194 | 719.20 |
| 06/10 | Grubhub Inc | May Actvty 5503550 | | CCD ID: 1261328194 | 100.72 |
| 06/13 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 473.64 |
| 06/13 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 267.52 |
| 06/14 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 291.22 |
| 06/16 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 213.40 |
| 06/17 | Grubhub Inc | Jun Actvty 5611605 | | CCD ID: 1261328194 | 927.60 |
| 06/17 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 302.41 |
| 06/20 | Paymentech | Deposit | 5711477 | CCD ID: 1020401225 | 277.65 |
| 06/24 | Grubhub Inc | Jun Actvty 5641581 | | CCD ID: 1261328194 | 860.09 |

**Total Deposits and Additions** **$7,377.82**

 **CHASE**

June 01, 2016 through June 30, 2016
Account Number: **000000530390389**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 271 ^ | | 06/10 | $2,930.00 |

**Total Checks Paid** **$2,930.00**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/20 | Card Purchase | 06/17 Great Wall Hempstead NY Card 7305 | $1.00 |
| 06/20 | Card Purchase | 06/17 Kydia Inc 630-776-3590 IL Card 7305 | 63.37 |

**Total ATM & Debit Card Withdrawals** **$64.37**

## ATM & DEBIT CARD SUMMARY

Jin W Wang  Card 7305

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $64.37 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|---|---|---|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $64.37 |
| | Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 06/02 | Paymentech | Fee | 5711477 | CCD ID: 1020401225 | $281.81 |
| 06/20 | Nys Dtf Sales | Tax Paymnt 000000009199954 CCD ID: O146013200 | | | 3,786.91 |
| 06/20 | Monitronics | Alarm Svc | | PPD ID: 742719343 | 51.03 |

**Total Electronic Withdrawals** **$4,119.75**

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/06 | 06/06 Withdrawal | $9,000.00 |
| 06/28 | 06/28 Withdrawal | 2,000.00 |
| 06/28 | 06/28 Withdrawal | 500.00 |

**Total Other Withdrawals** **$11,500.00**

The monthly service fee of $12.00 was waived this period because you maintained a minimum daily balance of $1,500.00 or more.

 **CHASE**

June 01, 2016 through June 30, 2016
Account Number: **000000530390389**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 06/01 | $14,920.40 | 06/08 | 8,216.88 | 06/16 | 7,487.98 |
| 06/02 | 15,034.22 | 06/09 | 8,352.28 | 06/17 | 8,717.99 |
| 06/03 | 16,218.19 | 06/10 | 6,242.20 | 06/20 | 5,093.33 |
| 06/06 | 7,661.33 | 06/13 | 6,983.36 | 06/24 | 5,953.42 |
| 06/07 | 8,022.13 | 06/14 | 7,274.58 | 06/28 | 3,453.42 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 9 |
| Deposits / Credits | 19 |
| Deposited Items | 0 |
| **Transaction Total** | **28** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**



June 01, 2016 through June 30, 2016

Account Number:      000000530390389

This Page Intentionally Left Blank