# JAKUBOWITZ & CHUANG LLP

325 BROADWAY, SUITE 301, NEW YORK, NY 10007
TEL.: (212) 898-3700          E-MAIL: WILLIAM@JCLAWLLP.COM

February 23, 2017

**BY ECF**

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722
Tel.: (631) 712-6000

RE:   Ping v. No. 1 Great Wall, 16-cv-01304 (SJF) (SIL)

Dear Judge Feuerstein:

I write regarding the Defendants' motion for summary judgment, which was filed earlier this evening. In particular, Plaintiff's counsel has neither served opposition papers nor sought an extension of time to respond.

On January 13, 2017, I served the motion papers by U.S.P.S. Priority Mail upon Plaintiff's counsel at the address set forth in his Notice of Appearance and on the signature block of his various court filings. The enclosed printout from the U.S.P.S. website shows that the papers were delivered to his office on or about January 17, 2017. Furthermore, in accordance with the Court's Individual Practice Rules, I contemporaneously filed a cover letter on ECF stating that I served the papers upon the Plaintiff's counsel.

On February 16, 2017, I emailed Plaintiff's counsel telling him that I did not receive his opposition papers. He asked me where I had mailed the papers, which I confirmed. He responded that he did not check that address often and asked for me to email him the motion papers. However, I told him that they were too large to email. He sent back an email requesting the document by Dropbox but I unfortunately did not see that last email until I was preparing this letter.

In any event, I have not heard anything further from Plaintiff's counsel regarding this motion.

Very Truly Yours,

William W. Chuang, Esq.

| English | Customer Service | USPS Mobile | | HI, WILLIAM |


**USPS.COM**

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9405803699300386270189

On Time
Updated Delivery Day: Tuesday, January 17, 2017

## Product & Tracking Information

**Postal Product:** Priority Mail™
**Features:** Insured

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 17, 2017, 12:46 pm | Delivered, In/At Mailbox | NEW ROCHELLE, NY 10801 |

Your item was delivered in or at the mailbox at 12:46 pm on January 17, 2017 in NEW ROCHELLE, NY 10801.

| January 17, 2017, 11:06 am | Out for Delivery | NEW ROCHELLE, NY 10801 |
| January 17, 2017, 10:56 am | Sorting Complete | NEW ROCHELLE, NY 10801 |
| January 17, 2017, 4:57 am | Arrived at Unit | NEW ROCHELLE, NY 10801 |
| January 16, 2017, 1:55 am | In Transit to Destination | |
| January 15, 2017, 1:55 am | Departed USPS Facility | KEARNY, NJ 07032 |
| January 15, 2017, 1:01 am | Arrived at USPS Facility | KEARNY, NJ 07032 |
| January 15, 2017, 12:22 am | Departed USPS Facility | JERSEY CITY, NJ 07097 |
| January 14, 2017, 11:35 pm | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| January 14, 2017, 10:20 pm | Accepted at USPS Origin Facility | NEW YORK, NY 10013 |
| January 14, 2017 | Pre-Shipment Info Sent to USPS, USPS Awaiting Item | |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2017 USPS. All Rights Reserved.