**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
NI PING,

                     Plaintiff,

          - against -

NO.1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG, and
MICHAEL CHEN,

                     Defendants.
----------------------------------------------------------X

**FILED**
**CLERK**
2:50 pm, Apr 06, 2017
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 16-1304 (SJF)(SIL)

      An Opinion and Order of The Honorable Sandra J. Feuerstein, United States District Judge, having been filed on April 5, 2017, granting Defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, and directing the Clerk of the Court to enter judgment in favor of Defendants and to close this case, it is

      **ORDERED AND ADJUDGED** that Plaintiff Ni Ping take nothing of Defendants No.1 Great Wall of Fulton168, Zhe Wei Zou, Wendy Wang, and Michael Chen; that Defendants' motion for summary judgment is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       April 6, 2017

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                          BY:    /S/ JAMES J. TORITTO
                                    DEPUTY CLERK