EXHIBIT A 1

Case 2:16-cv-01304-SJF-SIL   Document 27-1   Filed 04/18/17   Page 3 of 70 PageID
#: 348
Case 2:16-cv-01304-S.   SIL   Document 24   Filed 04/05/17   ge 2 of 9 PageID #: 323

## A. Factual Background

Defendant No. 1 Great Wall of Fulton 168 ("Great Wall") is a take-out restaurant located at 585 Fulton Avenue, Hempstead, New York 11550. Defs.' 56.1 Stmt. ¶ 2. Great Wall has three (3) tables and approximately eight (8) seats, and it does not have a restroom that is available to its customers or the public. *Id.* at ¶ 3. At any given time, Great Wall employs approximately three (3) or four (4) employees, with one (1) or two (2) part-time, seasonal employees during the "busier winter season." *Id.* at ¶ 9. From approximately August 2014 until January 31, 2016, Plaintiff Ping worked as a delivery person for Great Wall. *Id.* at ¶¶ 1, 4. According to Plaintiff, while working as a delivery person for Great Wall, he typically worked "a total of 75 hours per week," but he "did not receive overtime wages, at the rate of one and one-half times (1.5x) the regular rate of pay, for all hours worked in excess of forty (40) hours in any given week." Compl., DE [1], ¶¶ 15-16.

As Great Wall is located within a five (5)-minute drive of Hofstra University in Hempstead, New York, its business "consists largely of delivery orders to Hofstra University students, and other young adults in the neighborhood." Defs.' 56.1 Stmt. ¶ 6. Accordingly, Great Wall's business "is strongly seasonal, with business slowing down during the summer [when] the university is not in session, and picking up when classes resume in the fall." *Id.* at ¶ 7. According to Defendants, "Great Wall's business is especially good around winter, when the customers, being mostly college students, do not want to brave the cold weather to get food." *Id.* at ¶ 8.

Defendants' federal income tax returns reveal that: (i) from October 1, 2013 through September 30, 2014, Great Wall had gross sales of one hundred and forty thousand, three hundred and thirty-five dollars ($140,335.00); and (ii) from October 1, 2014 through September 30, 2015, Great Wall had gross sales of two hundred and fifteen thousand, two hundred and forty dollars

2

($215,240.00). *Id.* at ¶ 11. Defendants' quarterly state income tax returns reveal that: (i) from December 1, 2013 through November 30, 2014, Great Wall had gross sales of one hundred and seventy-six thousand, seven hundred and thirty-one dollars ($176,731.00); and (ii) from December 1, 2014 through November 30, 2015, Great Wall had gross sales of two hundred and eleven thousand, two hundred and seventy-five dollars ($211,275.00). *Id.* at ¶ 12. Furthermore, bank statements from Great Wall's "only bank account reflect total deposits of $137,926.34 in 2014, total deposits of $170,601.49 in 2015, and total deposits of $77,255.98 for the first six months of 2016, which, when annualized, totals $154,511.96." *Id.* at ¶ 13. According to Defendants, "[t]he only documentary evidence Plaintiff produced to Defendants regarding coverage under the FLSA consisted of a few dozen undated printouts from a calculator and hundreds of pages of undated 'Kitchen Checks,'" which "Plaintiff collected . . . during the last few weeks of his employment in early 2016." *Id.* at ¶ 10. However, it is undisputed that "[a]t no time from 2014 to 2016 did Great Wall make gross sales of more than five hundred thousand dollars ($500,000.00) in a calendar year." *Id.* at ¶ 14.

## B. Procedural Background

By way of a March 14, 2016 Complaint, Ping commenced this action against Defendants, seeking to recover unpaid wages and overtime compensation pursuant to the FLSA and NYLL. Compl. ¶¶ 21-44. According to Plaintiff, Defendants violated the FLSA and NYLL by: (i) failing to pay overtime wages at the rate of one and one-half times the regular rate of pay for all hours worked in excess of forty (40) in a given week; and (ii) "withholding wages and overtime payments for time worked in any given week from Plaintiff, or taking unauthorized deductions therefrom . . . ." *Id.* at ¶¶ 23, 30, 42. Accordingly, Ping seeks to recover damages under the FLSA and NYLL for unpaid wages, liquidated damages, interest, and attorneys' fees and costs. DE [1]. In their

3

May 12, 2016 Answer to Plaintiff's Complaint, Defendants denied violating the FLSA or NYLL, and asserted various affirmative defenses, including, *inter alia*, that "[n]one of the Defendants are an 'enterprise' within the meaning of the FLSA." Ans., DE [10], ¶ 51.

On January 13, 2017, Defendants served the instant motion for summary judgment pursuant to Fed. R. Civ. P. 56 on Plaintiff. DE [21]. Defendants argue that they are entitled to judgment as a matter of law because Great Wall "is not a covered enterprise under the Fair Labor Standards Act . . . and Plaintiff is not a covered individual." *See* Memorandum of Law in Support of Motion for Summary Judgment ("Defs.' Mem."), DE [22], at 2. Defendants further argue that Plaintiff "will not be able to establish his coverage under the FLSA," and that "the Court should decline to exercise jurisdiction over Plaintiff's state law claims." *Id.* On February 23, 2017, Defendants filed the instant motion with the Court as well as a letter stating that "Plaintiff's counsel ha[d] neither served opposition papers nor sought an extension of time to respond." DE [22], [23]. Although Defendants provided proof that the instant motion was delivered to Plaintiff's counsel's office, *see* DE [23], to date, Plaintiff has not opposed Defendants' motion, and his time to do so has expired.

EXHIBIT    A2

Google Maps

Hofstra
21 Manor AVE
7 Manor AVE
600
575
561
590
Admission Center
ELS Language Centers - Hofstra
Hofstra University Museum
Townhouse Nursing Home
Scorpion Hookah Lounge & Cafe
Campus Pizza Gyro
Twin Oaks Apartments
Mr Olivia
Western Union
Fulton Manor
No. 1 Great Wall
Jackson Main School
Jackson Annex School
AdvantageCare - Hempstead
New Haven Place
Checkers
Access Careers
Family Dollar
La Sevillana Bakery
Hemstead Realty
Hempstead Park Nursing Home
Fulton Ave
Front St
Google

Map data ©2017 Google 200 ft

EXHIBIT B

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 10/31/2015 7:54 | 16462585071 | | online order/credit card |
| 10/31/2015 9:44 | 15164833433 | | |
| 10/31/2015 9:51 | 13479930047 | | online order/credit card |
| 10/31/2015 9:58 | 15164833433 | | |
| 10/31/2015 9:58 | 15166680695 | | online order/credit card |
| 10/31/2015 10:14 | 15162349081 | 401777 | 20.75 |
| 10/31/2015 11:39 | 15169842766 | | online order/credit card |
| 10/31/2015 11:47 | 16093844648 | | online order/credit card |
| 10/31/2015 11:49 | 14104435093 | | online order/credit card |
| 10/31/2015 12:28 | 12012478855 | | online order/credit card |
| 10/31/2015 12:30 | 14403185835 | | online order/credit card |
| 10/31/2015 13:03 | 15166337483 | 4019641 | 11.2 |
| 10/31/2015 13:06 | 16032891687 | | online order/credit card |
| 10/31/2015 13:19 | 15163129706 | 4019642 | 18.6 |
| 10/31/2015 13:23 | 13477770640 | 4019640 | 13.4 |
| 10/31/2015 13:23 | 13477770640 | | online order/credit card |
| 10/31/2015 13:35 | 15169671525 | 4019643 | 22.6 |
| 10/31/2015 13:46 | 13479816032 | 4017537 | 14.5 |
| 10/31/2015 13:52 | 15164833433 | | |
| 10/31/2015 13:55 | 16034382639 | | online order/credit card |
| 10/31/2015 14:04 | 19788884717 | | online order/credit card |
| 10/31/2015 14:07 | 19788884714 | | online order/credit card |
| 10/31/2015 14:09 | 16032610272 | | online order/credit card |
| 10/31/2015 14:10 | 19788884714 | | online order/credit card |
| 10/31/2015 14:45 | 16316173819 | | online order/credit card |
| 10/31/2015 15:06 | 12077569088 | | online order/credit card |
| 10/31/2015 15:07 | 17049042026 | 4017541 | 18.6 |
| 10/31/2015 15:07 | 17049042026 | | online order/credit card |
| 10/31/2015 15:26 | 19176216028 | | online order/credit card |
| 10/31/2015 15:41 | 15168591088 | 4017789 | 28.1 |
| 10/31/2015 15:43 | 15168591088 | | online order/credit card |
| 10/31/2015 15:53 | 12038370686 | | online order/credit card |
| 10/31/2015 15:57 | 18322793785 | | online order/credit card |
| 10/31/2015 16:04 | 16319015711 | | online order/credit card |
| 10/31/2015 16:16 | 17203337593 | | online order/credit card |
| 10/31/2015 16:17 | 19085312827 | | online order/credit card |
| 10/31/2015 16:18 | 3472339808 | | online order/credit card |

| 10/31/2015 16:22 | 15165652256 | 4017545 | 19.5 |
|---|---|---|---|
| 10/31/2015 16:49 | 14014578979 | | online order/credit card |
| 10/31/2015 17:04 | 13474291542 | 4017550 | 9.1 |
| 10/31/2015 17:14 | 15164721002 | 4017649 | 10.95 |
| 10/31/2015 17:25 | 15166435737 | 4017800 | 33.4 |
| 10/31/2015 17:30 | 15164065212 | 4017799 | 14.35 |
| 10/31/2015 17:33 | 18605735030 | 4017851 | 17.75 |
| 10/31/2015 17:59 | 15164131348 | 4017701 | 23.45 |
| 10/31/2015 18:25 | 15169670455 | 4017952 | 12 |
| 10/31/2015 18:31 | 15166430185 | 4017854 | 10.95 |
| 10/31/2015 18:34 | 15165439260 | | online order/credit card |
| 10/31/2015 18:47 | 15169027828 | 4017652 | 15.15 |
| 10/31/2015 18:54 | 13477692934 | 4017803 | 18 |
| 10/31/2015 18:55 | 13477692934 | | |
| 10/31/2015 18:56 | 13477692934 | | |
| 10/31/2015 19:00 | 13477692934 | | |
| 10/31/2015 19:23 | 19292206093 | 4017953 | 10.25 |
| 10/31/2015 19:28 | 15162048004 | 4017702 | 11.75 |
| 10/31/2015 19:31 | 16313831397 | 4017804 | 28.65 |
| 10/31/2015 19:53 | 15164144941 | 4017954 | 28.65 |
| 10/31/2015 19:56 | 15164398993 | 4017806 | 17.2 |







KITCHEN CHECK
4017800
APPT·SOUP/SAL·ENTREE·VEG/POT·DESSERT·BEV
Site | Table | Guests | Server

KITCHEN CHECK
4017649
APPT·SOUP/SAL·ENTREE·VEG/POT·DESSERT/BEV
Date | Table | Guests | Server

KITCHEN CHECK
4017550
APPT·SOUP/SAL·ENTREE·VEG/POT·DESSERT·BEV
Date | Table | Guests | Server











**KITCHEN CHECK**

| Date | Table | Guests | Server | 4017806 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV



**KITCHEN CHECK**

| Date | Table | Guests | Server | 4017954 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV



**KITCHEN CHECK**

| Date | Table | Guests | Server | 4017804 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 11/6/2015 8:30 | 15163420670 | | online order/credit card |
| 11/6/2015 9:04 | 15169670455 | 6173910 | 24.6 |
| 11/6/2015 10:08 | 15169670455 | | |
| 11/6/2015 10:09 | 15164833433 | | |
| 11/6/2015 10:10 | 19175154339 | | online order/credit card |
| 11/6/2015 13:07 | 12159891502 | | online order/credit card |
| 11/6/2015 13:10 | 13476177255 | 4017917 | 16.1 |
| 11/6/2015 13:44 | 15163596442 | 4019528 | 8 |
| 11/6/2015 13:47 | 15163596442 | | |
| 11/6/2015 13:49 | 3472339808 | | |
| 11/6/2015 13:57 | 12105085490 | | online order/credit card |
| 11/6/2015 14:16 | 17185707691 | 4017918 | 16 |
| 11/6/2015 14:36 | 15164396947 | 4019530 | 8.35 |
| 11/6/2015 14:46 | 17185707691 | | online order/credit card |
| 11/6/2015 14:46 | 15164396947 | | online order/credit card |
| 11/6/2015 14:55 | 15163853338 | 6173915 | 31.45 |
| 11/6/2015 15:06 | 19495211042 | | online order/credit card |
| 11/6/2015 15:09 | 15168154771 | 6173916 | 15.5 |
| 11/6/2015 15:28 | 15165742795 | 4019531 | 18.3 |
| 11/6/2015 15:51 | 15164833433 | | |
| 11/6/2015 16:35 | 15168514867 | | online order/credit card |
| 11/6/2015 17:02 | 15168598544 | 6173809 | 8.6 |
| 11/6/2015 17:18 | 18453375846 | | online order/credit card |
| 11/6/2015 17:28 | 15162443015 | 6173923 | 17.95 |
| 11/6/2015 17:36 | 16267588885 | | online order/credit card |
| 11/6/2015 17:50 | 15167103219 | 6173971 | 8.5 |
| 11/6/2015 17:50 | 3472339808 | | |
| 11/6/2015 18:07 | 19178267399 | 6173974 | 20.9 |
| 11/6/2015 18:10 | 15857508027 | | online order/credit card |
| 11/6/2015 19:00 | 17187727742 | 6173861 | 17.25 |

| 11/6/2015 19:19 | 16317421450 | 4017924 | 22.6 |
|---|---|---|---|
| 11/6/2015 19:43 | 15166559365 | | online order/credit card |
| 11/6/2015 20:39 | 15167781951 | | online order/credit card |
| 11/6/2015 20:47 | 16093462287 | | online order/credit card |



















| ultra mobile phone records | | | |
|---|---|---|---|
| **date&time** | **outgoing call** | **receipt number** | **order price** |
| 11/15/2015 10:10 | 19174207165 | | online order/credit card |
| 11/15/2015 11:04 | 15167083850 | | online order/credit card |
| 11/15/2015 11:05 | 15167083850 | | online order/credit card |
| 11/15/2015 11:06 | 3472339808 | | |
| 11/15/2015 11:20 | 12077569088 | | online order/credit card |
| 11/15/2015 12:21 | 15163853436 | | online order/credit card |
| 11/15/2015 12:40 | 19143207637 | | online order/credit card |
| 11/15/2015 12:40 | 19143207637 | | online order/credit card |
| 11/15/2015 13:06 | 13194647727 | | online order/credit card |
| 11/15/2015 13:13 | 15163696498 | | online order/credit card |
| 11/15/2015 13:24 | 15857508027 | | online order/credit card |
| 11/15/2015 14:15 | 15854556904 | | online order/credit card |
| 11/15/2015 14:18 | 15854556904 | | online order/credit card |
| 11/15/2015 14:28 | 15854556904 | | online order/credit card |
| 11/15/2015 14:36 | 15162050844 | 6172753 | 10.4 |
| 11/15/2015 14:47 | 18607059804 | | online order/credit card |
| 11/15/2015 15:03 | 13479930047 | | online order/credit card |
| 11/15/2015 15:05 | 15165132222 | 6173389 | 14.5 |
| 11/15/2015 15:23 | 13393641548 | 6174400 | 14.6 |
| 11/15/2015 15:26 | 13393641548 | | online order/credit card |
| 11/15/2015 15:39 | 13478379401 | | online order/credit card |
| 11/15/2015 16:04 | 15162250858 | 6173284 | 18.3 |
| 11/15/2015 16:12 | 16464833863 | | online order/credit card |
| 11/15/2015 16:22 | 15168492146 | 6172752 | 15 |
| 11/15/2015 16:27 | 15166430185 | 6173285 | 10.95 |
| 11/15/2015 16:30 | 18609512738 | | online order/credit card |
| 11/15/2015 16:42 | 15166303953 | 6172754 | 16 |
| 11/15/2015 16:50 | 15162050844 | | online order/credit card |
| 11/15/2015 16:55 | 13476238163 | 6173390 | 33.9 |
| 11/15/2015 16:59 | 15166436183 | 6173391 | 15 |

| 11/15/2015 17:13 | 15164480275 | 6173458 | 12.15 |
| 11/15/2015 17:15 | 15164480275 | | |
| 11/15/2015 17:23 | 15167821391 | 6173459 | 27 |
| 11/15/2015 17:28 | 15164142399 | 6173286 | 23.75 |
| 11/15/2015 17:34 | 15164142399 | | |
| 11/15/2015 17:41 | 12039271531 | 6173338 | 39.35 |
| 11/15/2015 17:41 | 15163619712 | 6173460 | 15.7 |
| 11/15/2015 17:42 | 18056377249 | | online order/credit card |
| 11/15/2015 17:42 | 3472339808 | | |
| 11/15/2015 17:43 | 15163619712 | | online order/credit card |
| 11/15/2015 17:43 | 18056377249 | | online order/credit card |
| 11/15/2015 17:44 | 15163619712 | | online order/credit card |
| 11/15/2015 17:45 | 13475255929 | 6173152 | 10.95 |
| 11/15/2015 17:45 | 13475255929 | | online order/credit card |
| 11/15/2015 17:47 | 17322846141 | 6173234 | 20.9 |
| 11/15/2015 17:54 | 15165805684 | | online order/credit card |
| 11/15/2015 18:00 | 15162428249 | | online order/credit card |
| 11/15/2015 18:16 | 15164891358 | | online order/credit card |
| 11/15/2015 18:19 | 13479070432 | 6173463 | 17.25 |
| 11/15/2015 18:22 | 3472339808 | | |
| 11/15/2015 18:23 | 13479070432 | | online order/credit card |
| 11/15/2015 18:31 | 15164282815 | 6173339 | 23.45 |
| 11/15/2015 18:33 | 3472339808 | | |
| 11/15/2015 18:57 | 15167257907 | 6173235 | 11 |
| 11/15/2015 19:02 | 15167257907 | | |
| 11/15/2015 19:04 | 15167257909 | | online order/credit card |
| 11/15/2015 19:05 | 15167231663 | 6173469 | 12 |
| 11/15/2015 19:06 | 15167257909 | | online order/credit card |
| 11/15/2015 19:09 | 17188076428 | 6173153 | 18 |
| 11/15/2015 19:12 | 15165904692 | 6173467 | 8.75 |
| 11/15/2015 19:14 | 15164552964 | 6173466 | 7.5 |
| 11/15/2015 19:17 | 15167784569 | 6173468 | 17.75 |

| 11/15/2015 19:29 | 17188076428 |         | online order/credit card |
|------------------|-------------|---------|---------------------------|
| 11/15/2015 19:34 | 18605787547 | 6173470 | 9.6                       |
| 11/15/2015 19:35 | 16093791387 |         | online order/credit card |
| 11/15/2015 20:03 | 17166989652 |         | online order/credit card |
| 11/15/2015 20:04 | 17166989652 |         | online order/credit card |
| 11/15/2015 20:04 | 3472339808  |         |                           |
| 11/15/2015 20:10 | 15164449095 |         | online order/credit card |
| 11/15/2015 20:18 | 15164851491 |         | online order/credit card |

KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 6174400 |

KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 6173389 |

KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 6172753 |











KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 6173152 |

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 6173460 |

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 6173338 |



# KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|

6173339

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

61 Lawrence RD

42 8 2 5

W

23.45



# KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|

6173463

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

347 907 0432



# KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|

6173234

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

TC

732 284

20 90



KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 6173468 |

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 6173466 |

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 6173467 |

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV



| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 11/22/2015 10:46 | 3472339808 | | |
| 11/22/2015 10:55 | 15166422308 | | online order/credit card |
| 11/22/2015 11:22 | 15162048004 | 6172812 | 14.5 |
| 11/22/2015 11:24 | 13479885795 | 6174888 | 14.6 |
| 11/22/2015 11:25 | 19378770869 | 6172814 | 12.25 |
| 11/22/2015 11:33 | 13476177255 | 6173707 | 12.3 |
| 11/22/2015 11:35 | 15169967628 | | online order/credit card |
| 11/22/2015 11:44 | 12015743708 | | online order/credit card |
| 11/22/2015 12:27 | 15164833433 | | |
| 11/22/2015 12:27 | 13473264503 | 6173709 | 10.35 |
| 11/22/2015 12:44 | 15165640321 | | online order/credit card |
| 11/22/2015 12:48 | 15163002546 | 6173711 | 8.6 |
| 11/22/2015 12:55 | 15164833433 | | |
| 11/22/2015 13:00 | 15167820950 | | online order/credit card |
| 11/22/2015 13:07 | 19097849532 | | online order/credit card |
| 11/22/2015 13:19 | 15164288707 | 6172815 | 15 |
| 11/22/2015 13:51 | 15165146693 | 6172911 | 23.8 |
| 11/22/2015 14:03 | 15164592730 | 6172912 | 40.2 |
| 11/22/2015 14:29 | 15165380670 | 6172867 | 10.7 |
| 11/22/2015 14:47 | 13016337949 | | online order/credit card |
| 11/22/2015 14:49 | 15164833433 | | |
| 11/22/2015 14:50 | 15166691814 | 6172913 | 30 |
| 11/22/2015 15:08 | 16316974007 | 6172869 | 15 |
| 11/22/2015 15:10 | 13476015621 | | online order/credit card |
| 11/22/2015 15:12 | 15714840018 | 6172870 | 15 |
| 11/22/2015 15:12 | 16463714644 | 6174890 | 10.1 |
| 11/22/2015 15:15 | 3472339808 | | |
| 11/22/2015 15:17 | 3472339808 | | |
| 11/22/2015 15:24 | 15168594922 | 6173713 | 8.6 |
| 11/22/2015 15:46 | 19178925543 | | online order/credit card |

| | | | |
|---|---|---|---|
| 11/22/2015 15:47 | 13015202410 | | online order/credit card |
| 11/22/2015 15:50 | 18607059804 | | online order/credit card |
| 11/22/2015 15:59 | 15165059408 | | online order/credit card |
| 11/22/2015 16:07 | 19165310486 | | online order/credit card |
| 11/22/2015 16:14 | 15164398993 | 6173715 | 8 |
| 11/22/2015 16:19 | 15164065644 | | online order/credit card |
| 11/22/2015 16:25 | 15166553346 | | online order/credit card |
| 11/22/2015 16:30 | 15167257804 | 6172915 | 11.7 |
| 11/22/2015 16:34 | 13026709728 | | online order/credit card |
| 11/22/2015 16:35 | 17815728036 | | online order/credit card |
| 11/22/2015 16:36 | 16463615533 | | online order/credit card |
| 11/22/2015 16:39 | 17815728036 | | online order/credit card |
| 11/22/2015 17:01 | 13476665871 | | online order/credit card |
| 11/22/2015 17:13 | 19086926959 | 6174892 | 25.55 |
| 11/22/2015 17:22 | 15167825655 | | online order/credit card |
| 11/22/2015 17:22 | 3472339808 | | |
| 11/22/2015 17:54 | 15165743492 | | online order/credit card |
| 11/22/2015 17:56 | 13475255929 | 6172820 | 10.95 |
| 11/22/2015 18:17 | 15616997861 | | online order/credit card |
| 11/22/2015 18:22 | 16099693018 | | online order/credit card |
| 11/22/2015 18:33 | 15169677468 | 6172822 | 31 |
| 11/22/2015 18:36 | 3472339808 | | |
| 11/22/2015 18:41 | 18322793785 | | online order/credit card |
| 11/22/2015 19:09 | 18056377249 | | online order/credit card |
| 11/22/2015 19:09 | 15169023153 | 6174172 | 14.65 |
| 11/22/2015 19:09 | 15164833433 | | |
| 11/22/2015 19:27 | 19098377498 | | online order/credit card |
| 11/22/2015 19:30 | 15163000799 | | online order/credit card |
| 11/22/2015 19:31 | 12019832361 | 6172825 | 20.7 |
| 11/22/2015 19:32 | 15163000799 | 6172824 | 9.7 |
| 11/22/2015 19:34 | 18056377249 | | online order/credit card |
| 11/22/2015 19:34 | 12019832361 | | online order/credit card |

| 11/22/2015 19:41 | 15166733521 |         | online order/credit card |
|------------------|-------------|---------|--------------------------|
| 11/22/2015 19:59 | 15169608523 | 6173722 | 9.8                      |
| 11/22/2015 20:03 | 15164625400 |         | online order/credit card |
| 11/22/2015 20:03 | 3472339808  |         |                          |
| 11/22/2015 20:05 | 15162344826 | 6172917 | 10.25                    |
| 11/22/2015 20:06 | 16462396382 | 6172918 | 9.65                     |
| 11/22/2015 20:11 | 3472339808  |         |                          |











































| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/11/2015 5:50 | 18056377249 | | online order/credit card |
| 12/11/2015 8:57 | 15164676517 | | online order/credit card |
| 12/11/2015 9:01 | 15166426951 | 7378082 | 16.5 |
| 12/11/2015 9:05 | 15164442694 | 7377579 | 19.7 |
| 12/11/2015 9:34 | 15162286113 | | online order/credit card |
| 12/11/2015 9:49 | 15164762651 | | online order/credit card |
| 12/11/2015 10:44 | 15169432313 | 7378121 | 13.2 |
| 12/11/2015 10:52 | 17817104415 | | online order/credit card |
| 12/11/2015 10:53 | 13013514054 | 7378122 | 21.3 |
| 12/11/2015 11:26 | 15168598544 | 7377694 | 9.2 |
| 12/11/2015 11:33 | 19149126912 | 7377581 | 9.1 |
| 12/11/2015 12:04 | 16462012977 | 7378125 | 8.6 |
| 12/11/2015 12:06 | 19165310486 | | online order/credit card |
| 12/11/2015 12:14 | 19175622653 | 7377695 | 9.1 |
| 12/11/2015 12:18 | 13473264503 | 7377696 | 8.75 |
| 12/11/2015 12:20 | 13473264503 | | online order/credit card |
| 12/11/2015 12:34 | 15169437390 | | online order/credit card |
| 12/11/2015 13:01 | 15169670244 | 7377584 | 18.6 |
| 12/11/2015 13:05 | 15167373617 | 7378086 | 9.1 |
| 12/11/2015 13:25 | 15162258855 | | online order/credit card |
| 12/11/2015 13:28 | 13474064788 | | online order/credit card |
| 12/11/2015 13:29 | 13474064788 | | online order/credit card |
| 12/11/2015 13:30 | 3472339808 | | |
| 12/11/2015 13:44 | 15165815709 | 7377586 | 15.9 |
| 12/11/2015 13:52 | 15164512794 | 7378128 | 12 |
| 12/11/2015 14:17 | 19292356037 | 7377698 | 25.75 |
| 12/11/2015 14:17 | 12405294030 | 7377697 | 17.85 |
| 12/11/2015 14:48 | 15164833433 | | |
| 12/11/2015 14:50 | 15164833433 | | |
| 12/11/2015 15:12 | 15168594922 | 7377587 | 21 |

| 12/11/2015 15:18 | 15168354853 | 7377700 | 23.4 |
|---|---|---|---|
| 12/11/2015 15:43 | 15165036136 | | online order/credit card |
| 12/11/2015 15:59 | 15165742795 | 7377589 | 18.3 |
| 12/11/2015 16:14 | 19173064690 | 7378093 | 11.1 |
| 12/11/2015 16:14 | 16319616006 | 7378017 | 14.45 |
| 12/11/2015 16:15 | 13478257228 | | online order/credit card |
| 12/11/2015 16:19 | 13478257228 | | online order/credit card |
| 12/11/2015 16:41 | 16095587676 | 7378097 | 28.9 |
| 12/11/2015 17:04 | 13479545438 | 7378133 | 14.75 |
| 12/11/2015 17:06 | 18605735030 | 7378131 | 9.1 |
| 12/11/2015 17:07 | 12077569088 | | online order/credit card |
| 12/11/2015 17:20 | 19172135259 | 7378022 | 12.95 |
| 12/11/2015 17:46 | 13472327826 | | online order/credit card |
| 12/11/2015 17:55 | 13477375472 | 7377597 | 11.25 |
| 12/11/2015 17:58 | 15162053356 | 7378135 | 9.15 |
| 12/11/2015 17:58 | 19082021860 | | online order/credit card |
| 12/11/2015 18:00 | 19785120819 | | online order/credit card |
| 12/11/2015 18:03 | 19785120819 | | online order/credit card |
| 12/11/2015 18:18 | 15164939600 | 7378028 | 11.75 |
| 12/11/2015 18:41 | 19178925543 | | online order/credit card |
| 12/11/2015 18:42 | 17049074538 | | online order/credit card |
| 12/11/2015 18:43 | 16267588885 | | online order/credit card |
| 12/11/2015 18:45 | 17049074538 | | online order/credit card |
| 12/11/2015 18:46 | 14016888330 | 7378027 | 23.6 |
| 12/11/2015 18:53 | 15164552396 | | online order/credit card |
| 12/11/2015 19:05 | 12035128559 | 7378139 | 9.7 |
| 12/11/2015 19:27 | 15167543193 | | online order/credit card |
| 12/11/2015 19:40 | 15166733521 | | online order/credit card |
| 12/11/2015 19:44 | 17705809100 | 7378141 | 17 |
| 12/11/2015 19:47 | 16092402486 | | online order/credit card |
| 12/11/2015 19:52 | 17173323498 | | online order/credit card |
| 12/11/2015 19:58 | 15167784569 | 7378144 | 14.6 |

| | | | |
|---|---|---|---|
| 12/11/2015 20:00 | 14435288494 | | online order/credit card |
| 12/11/2015 20:01 | 12016630840 | 7378142 | 18.05 |
| 12/11/2015 20:02 | 14435288494 | | online order/credit card |
| 12/11/2015 20:14 | 15165805684 | | online order/credit card |
| 12/11/2015 20:14 | 15165805684 | | online order/credit card |
| 12/11/2015 20:15 | 15165805684 | | online order/credit card |
| 12/11/2015 20:15 | 15165805684 | | online order/credit card |
| 12/11/2015 20:18 | 12673930966 | | online order/credit card |
| 12/11/2015 20:23 | 13232748579 | | online order/credit card |
| 12/11/2015 20:24 | 12674384636 | 7378038 | 14.25 |
| 12/11/2015 20:25 | 19085312827 | | online order/credit card |
| 12/11/2015 20:26 | 18452423555 | | online order/credit card |
| 12/11/2015 20:29 | 14134413290 | 7378036 | 21.75 |
| 12/11/2015 20:32 | 15164833433 | | |













**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 7377696 |

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 7377695 |

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV | | | 7378125 |





KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|

7377697

KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|

7377698

KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|

7378128







KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7378028 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7378135 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7377597 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV



## KITCHEN CHECK

| Date | Table | Guests | Server | 7378141 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV



## KITCHEN CHECK

| Date | Table | Guests | Server | 7378139 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV



## KITCHEN CHECK

| Date | Table | Guests | Server | 7378027 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server | 7378038 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server | 7378142 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server | 7378144 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV



| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/13/2015 8:18 | 18056377249 | | online order/credit card |
| 12/13/2015 8:19 | 18056377249 | | online order/credit card |
| 12/13/2015 9:24 | 18056377249 | | online order/credit card |
| 12/13/2015 9:38 | 16462396382 | 7378364 | 18.3 |
| 12/13/2015 10:30 | 15164861094 | 7377869 | 10 |
| 12/13/2015 10:34 | 14403185835 | | online order/credit card |
| 12/13/2015 11:43 | 17186502516 | 7377716 | 19.15 |
| 12/13/2015 11:54 | 16313066855 | 7378411 | 17.2 |
| 12/13/2015 11:57 | 15166610998 | 7378367 | 9.6 |
| 12/13/2015 12:03 | 15163025825 | 7377870 | 20.2 |
| 12/13/2015 12:14 | 15169434089 | 7378368 | 26.7 |
| 12/13/2015 12:28 | 18023568227 | | online order/credit card |
| 12/13/2015 12:29 | 18023568227 | | online order/credit card |
| 12/13/2015 12:31 | 15164833433 | | |
| 12/13/2015 13:04 | 3472339808 | | |
| 12/13/2015 13:10 | 16462673009 | 7377957 | 8 |
| 12/13/2015 13:42 | 16179136638 | 7377959 | 44.7 |
| 12/13/2015 13:43 | 3472339808 | | |
| 12/13/2015 13:48 | 15169430931 | 7377720 | 10.8 |
| 12/13/2015 14:01 | 16315257225 | | online order/credit card |
| 12/13/2015 14:26 | 15169608523 | 7377815 | 15.8 |
| 12/13/2015 14:29 | 15169670244 | 7377960 | 19.5 |
| 12/13/2015 14:33 | 15167246424 | | online order/credit card |
| 12/13/2015 14:36 | 19085662369 | | online order/credit card |
| 12/13/2015 14:46 | 18607059804 | | online order/credit card |
| 12/13/2015 15:19 | 19175600943 | 7378372 | 64.35 |
| 12/13/2015 15:20 | 19175600943 | | online order/credit card |
| 12/13/2015 15:22 | 16314022465 | | online order/credit card |
| 12/13/2015 15:23 | 16314022468 | 7377818 | 15.25 |
| 12/13/2015 15:24 | 13024309214 | | online order/credit card |

| | | | |
|---|---|---|---|
| 12/13/2015 15:25 | 13024309214 | | online order/credit card |
| 12/13/2015 15:25 | 13024309214 | | online order/credit card |
| 12/13/2015 15:26 | 13024309214 | | online order/credit card |
| 12/13/2015 15:26 | 13024309214 | | online order/credit card |
| 12/13/2015 15:27 | 15164833433 | | |
| 12/13/2015 15:27 | 13024309214 | | online order/credit card |
| 12/13/2015 15:32 | 3472339808 | | |
| 12/13/2015 15:38 | 15168308556 | 7377723 | 19 |
| 12/13/2015 15:52 | 15714840018 | | online order/credit card |
| 12/13/2015 16:04 | 15168085153 | 7378374 | 20.8 |
| 12/13/2015 16:05 | 15164833433 | | |
| 12/13/2015 16:21 | 16312602205 | | online order/credit card |
| 12/13/2015 16:21 | 16312602205 | | online order/credit card |
| 12/13/2015 16:33 | 15165743492 | | online order/credit card |
| 12/13/2015 16:34 | 16319014001 | 7377822 | 19 |
| 12/13/2015 16:53 | 15165574310 | | online order/credit card |
| 12/13/2015 17:15 | 15165045418 | 7378377 | 15.9 |
| 12/13/2015 17:43 | 13478463484 | | online order/credit card |
| 12/13/2015 17:44 | 14126393218 | | online order/credit card |
| 12/13/2015 17:46 | 19175306742 | 7378379 | 8.6 |
| 12/13/2015 17:49 | 19175306742 | | online order/credit card |
| 12/13/2015 17:52 | 17818010083 | | online order/credit card |
| 12/13/2015 18:00 | 15162324741 | | online order/credit card |
| 12/13/2015 18:01 | 19292858822 | | online order/credit card |
| 12/13/2015 18:02 | 3472339808 | | |
| 12/13/2015 18:12 | 15167764553 | | online order/credit card |
| 12/13/2015 18:23 | 15164860425 | | online order/credit card |
| 12/13/2015 18:29 | 15164626873 | 7377964 | 11.25 |
| 12/13/2015 18:39 | 14436947880 | | online order/credit card |
| 12/13/2015 18:41 | 19179120624 | 7377729 | 9.65 |
| 12/13/2015 18:42 | 16109086176 | 7378382 | 8.5 |
| 12/13/2015 18:42 | 14435288494 | 7377874 | 20.95 |

| 12/13/2015 18:43 | 3472339808 | | |
|---|---|---|---|
| 12/13/2015 18:44 | 18056377456 | | online order/credit card |
| 12/13/2015 18:47 | 19179712975 | 7377965 | 11.5 |
| 12/13/2015 18:53 | 15168508180 | 7377966 | 7.5 |
| 12/13/2015 18:56 | 15164149129 | 7377873 | 7.5 |
| 12/13/2015 18:56 | 15164149129 | | |
| 12/13/2015 18:57 | 15164149129 | | |
| 12/13/2015 18:59 | 15164149129 | | |
| 12/13/2015 19:00 | 15164149129 | | |
| 12/13/2015 19:00 | 15164149129 | | |
| 12/13/2015 19:00 | 15164149129 | | |
| 12/13/2015 19:01 | 15164149129 | | |
| 12/13/2015 19:06 | 12036044989 | 7377968 | 30 |
| 12/13/2015 19:12 | 15164446034 | | online order/credit card |
| 12/13/2015 19:55 | 13475255929 | 7378412 | 9.65 |
| 12/13/2015 19:57 | 13475255929 | | online order/credit card |

**KITCHEN CHECK**

| Date | Table | Guests | Server |
| --- | --- | --- | --- |
| | | | 7377716 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

303 Maine

718 650-2516

cod

tarter

18.15

**KITCHEN CHECK**

| Date | Table | Guests | Server |
| --- | --- | --- | --- |
| | | | 7377869 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

62 Verm

486-1094

12

**KITCHEN CHECK**

| Date | Table | Guests | Server |
| --- | --- | --- | --- |
| | | | 7378364 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

T C

446-329-6388

18-30