**KITCHEN CHECK**

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7377870 |

244 Belmore
302 3825
2W

4-15 20:20
KHH

---

**KITCHEN CHECK**

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378367 |

661 0998

---

**KITCHEN CHECK**

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378411 |

20 / Penn Sq
631 306 6635

2W

17.20













KITCHEN CHECK
APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV
Date | Table | Guests | Server | 7377729



KITCHEN CHECK
APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV
Date | Table | Guests | Server | 7377964



KITCHEN CHECK
APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV
Date | Table | Guests | Server | 7378379

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7377965 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

197 Laurens
917 971 2924
11. r0

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7377874 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

20.84

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7378382 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

Nextel
680 908 676





Continued separately

Continued Part 2.

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/18/2015 9:17 | 15166733574 | 7378515 | 8.6 |
| 12/18/2015 9:19 | 15166426951 | 7378216 | 8 |
| 12/18/2015 9:39 | 15167829345 | 7377847 | 10.45 |
| 12/18/2015 9:49 | 15162342310 | | online order/credit card |
| 12/18/2015 10:37 | 16464241381 | 7377849 | 14.6 |
| 12/18/2015 10:40 | 18056377249 | | online order/credit card |
| 12/18/2015 10:41 | 15164833433 | | |
| 12/18/2015 10:42 | 16464241381 | | online order/credit card |
| 12/18/2015 10:43 | 16465467949 | | online order/credit card |
| 12/18/2015 10:47 | 16464241381 | | online order/credit card |
| 12/18/2015 11:28 | 15616997861 | 7378675 | 16.76 |
| 12/18/2015 11:50 | 15163605320 | 7378705 | 8 |
| 12/18/2015 11:56 | 15164690348 | 7378676 | 12.15 |
| 12/18/2015 12:15 | 15168085153 | 7378520 | 18.6 |
| 12/18/2015 12:19 | 16317422909 | 7378677 | 17.75 |
| 12/18/2015 13:17 | 15162048004 | 7378706 | 14.5 |
| 12/18/2015 14:07 | 12672297327 | 7378707 | 18.3 |
| 12/18/2015 14:09 | 19737181465 | | online order/credit card |
| 12/18/2015 14:17 | 15168308646 | 7378708 | 20.4 |
| 12/18/2015 14:17 | 15168308646 | | |
| 12/18/2015 14:17 | 15168308646 | | |
| 12/18/2015 14:42 | 15168081297 | 7378710 | 11.35 |
| 12/18/2015 14:53 | 15165470107 | 7378613 | 12 |
| 12/18/2015 15:20 | 19292206093 | 7378616 | 9.45 |
| 12/18/2015 15:25 | 18604161046 | | online order/credit card |
| 12/18/2015 15:27 | 3472339808 | | |
| 12/18/2015 15:28 | 18604161046 | | online order/credit card |
| 12/18/2015 15:46 | 15164760982 | 7378679 | 16.7 |
| 12/18/2015 15:54 | 15168305322 | 7378524 | 23.9 |
| 12/18/2015 16:06 | 18605735030 | 7378337 | 9.15 |

| | | | |
|---|---|---|---|
| 12/18/2015 16:38 | 16464833863 | | online order/credit card |
| 12/18/2015 17:06 | 13476313580 | 7378259 | 16.15 |
| 12/18/2015 17:10 | 19179605219 | | online order/credit card |
| 12/18/2015 17:11 | 19179605219 | | online order/credit card |
| 12/18/2015 17:11 | 16312753659 | 7378682 | 17 |
| 12/18/2015 17:12 | 16312753659 | | online order/credit card |
| 12/18/2015 17:23 | 15166430846 | | online order/credit card |
| 12/18/2015 17:27 | 15169676033 | 7378684 | 26.85 |
| 12/18/2015 17:33 | 19106166779 | | online order/credit card |
| 12/18/2015 17:36 | 16462396382 | 7377799 | 25.95 |
| 12/18/2015 17:39 | 16462396382 | | |
| 12/18/2015 17:39 | 16462396382 | | |
| 12/18/2015 18:24 | 19176428942 | 7378618 | 15.25 |
| 12/18/2015 18:32 | 15167784569 | 7378619 | 18.3 |
| 12/18/2015 18:37 | 18326054009 | 7378339 | 10.95 |
| 12/18/2015 18:39 | 14435288494 | | online order/credit card |
| 12/18/2015 19:02 | 15168516652 | 7378220 | 12 |
| 12/18/2015 19:45 | 17145880260 | 7378222 | 19.4 |
| 12/18/2015 19:47 | 16095134925 | 7378221 | 15.75 |
| 12/18/2015 19:48 | 15164480275 | | online order/credit card |
| 12/18/2015 19:50 | 16267588885 | | online order/credit card |
| 12/18/2015 19:50 | 12035029588 | 7378560 | 9.7 |
| 12/18/2015 19:52 | 3472339808 | | |
| 12/18/2015 19:59 | 15165108498 | 7378559 | 9 |
| 12/18/2015 20:10 | 15163244449 | 7378562 | 9.5 |
| 12/18/2015 20:13 | 15166531277 | | online order/credit card |
| 12/18/2015 20:15 | 16319229057 | 7378224 | 12.5 |
| 12/18/2015 20:17 | 14848884118 | | online order/credit card |
| 12/18/2015 20:19 | 15169672890 | 7378267 | 25.35 |
| 12/18/2015 20:21 | 15163629918 | 7378223 | 19.1 |
| 12/18/2015 20:28 | 15162546317 | 7378340 | 9.7 |
| 12/18/2015 20:31 | 19143385944 | | online order/credit card |

| | | | |
|---|---|---|---|
| 12/18/2015 20:31 | 19143385944 | | online order/credit card |
| 12/18/2015 20:33 | 3472339808 | | |
| 12/18/2015 20:37 | 15169024566 | | online order/credit card |



































| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/19/2015 6:41 | 18056377249 | | online order/credit card |
| 12/19/2015 10:00 | 15167614695 | 7378687 | 18.3 |
| 12/19/2015 10:52 | 19165050548 | 7478226 | 9.7 |
| 12/19/2015 11:14 | 13475577348 | 7378527 | 21 |
| 12/19/2015 11:33 | 15166479468 | | online order/credit card |
| 12/19/2015 11:35 | 14017931872 | | online order/credit card |
| 12/19/2015 11:40 | 14017931872 | | online order/credit card |
| 12/19/2015 11:59 | 16318290777 | 7378724 | 17.6 |
| 12/19/2015 12:28 | 16466172880 | 7378725 | 11.98 |
| 12/19/2015 12:29 | 19292946480 | | online order/credit card |
| 12/19/2015 12:29 | 18056377249 | | online order/credit card |
| 12/19/2015 12:29 | 19292946480 | | online order/credit card |
| 12/19/2015 12:30 | 3472339808 | | |
| 12/19/2015 13:47 | 15164287886 | 7378529 | 9.7 |
| 12/19/2015 13:47 | 15164287886 | | online order/credit card |
| 12/19/2015 13:48 | 15164833433 | | |
| 12/19/2015 13:59 | 15164691589 | 7378691 | 9.5 |
| 12/19/2015 14:09 | 15164813829 | | online order/credit card |
| 12/19/2015 14:10 | 15164813829 | | online order/credit card |
| 12/19/2015 14:27 | 18455229204 | 7378232 | 9.7 |
| 12/19/2015 15:16 | 15162650820 | 7378692 | 24.6 |
| 12/19/2015 15:17 | 15162650820 | | |
| 12/19/2015 15:17 | 15162650820 | | |
| 12/19/2015 15:18 | 15162650820 | | |
| 12/19/2015 15:18 | 15164833433 | | |
| 12/19/2015 15:19 | 15162650820 | | |
| 12/19/2015 15:19 | 15162650820 | | |
| 12/19/2015 15:20 | 15162650820 | | |
| 12/19/2015 15:21 | 15162650820 | | |
| 12/19/2015 15:21 | 15162650820 | | |

| 12/19/2015 15:32 | 15162650820 | | |
|---|---|---|---|
| 12/19/2015 15:34 | 16097512355 | | online order/credit card |
| 12/19/2015 15:36 | 3472339808 | | |
| 12/19/2015 15:36 | 16097512355 | | online order/credit card |
| 12/19/2015 15:54 | 15714840018 | | online order/credit card |
| 12/19/2015 16:05 | 15706183187 | 7378269 | 38.6 |
| 12/19/2015 16:10 | 15706183187 | | |
| 12/19/2015 16:29 | 12018205330 | 7378571 | 9.7 |
| 12/19/2015 16:43 | 19146193423 | 7378347 | 17.25 |
| 12/19/2015 16:45 | 13477427383 | 7378531 | 14.8 |
| 12/19/2015 16:51 | 18056377249 | | online order/credit card |
| 12/19/2015 17:09 | 15164833433 | | |
| 12/19/2015 17:16 | 19177499024 | 7378572 | 15.9 |
| 12/19/2015 17:22 | 15163431855 | | online order/credit card |
| 12/19/2015 17:33 | 17175999468 | | online order/credit card |
| 12/19/2015 17:34 | 17175999468 | | online order/credit card |
| 12/19/2015 17:34 | 3472339808 | | |
| 12/19/2015 17:40 | 16178400236 | | online order/credit card |
| 12/19/2015 17:43 | 15162360436 | 7378696 | 30.75 |
| 12/19/2015 18:03 | 15163041843 | 7378697 | 10.5 |
| 12/19/2015 18:17 | 15164994169 | | online order/credit card |
| 12/19/2015 18:17 | 3472339808 | | |
| 12/19/2015 18:37 | 15168154771 | 7378699 | 15 |
| 12/19/2015 18:48 | 15165036216 | | online order/credit card |
| 12/19/2015 19:05 | 19293268444 | 7378236 | 16.45 |
| 12/19/2015 19:09 | 15166550602 | | online order/credit card |
| 12/19/2015 19:13 | 16462396383 | 7378736 | 19.4 |
| 12/19/2015 19:13 | 16462396383 | | |
| 12/19/2015 19:15 | 16462396383 | | |
| 12/19/2015 19:15 | 15164833433 | | |
| 12/19/2015 19:16 | 16462396382 | | online order/credit card |
| 12/19/2015 19:23 | 15134044137 | | online order/credit card |

| 12/19/2015 19:27 | 15164446034 |         | online order/credit card |
|------------------|-------------|---------|--------------------------|
| 12/19/2015 19:33 | 15166108568 | 7378630 | 10.75                    |
| 12/19/2015 19:37 | 15166108568 |         |                          |
| 12/19/2015 19:44 | 15167826199 |         | online order/credit card |













KITCHEN CHECK

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7378692 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7378232 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|---|---|---|---|
| | | | 7378691 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV









KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378236 |

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378699 |

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378697 |

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378236 |

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378699 |

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378697 |





| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/22/2015 9:22 | 12033601370 | 7378596 | 17.25 |
| 12/22/2015 9:38 | 15164340706 | 7378909 | 10.6 |
| 12/22/2015 9:58 | 19179120624 | 7378975 | 9.65 |
| 12/22/2015 10:36 | 15166955731 | 7378976 | 15 |
| 12/22/2015 10:49 | 15169432118 | 7378765 | 8 |
| 12/22/2015 12:55 | 15168590101 | | online order/credit card |
| 12/22/2015 13:27 | 12406263167 | | online order/credit card |
| 12/22/2015 13:31 | 15162343054 | | online order/credit card |
| 12/22/2015 13:31 | 15162343054 | | online order/credit card |
| 12/22/2015 13:46 | 12406263167 | | online order/credit card |
| 12/22/2015 14:29 | 19165310486 | | online order/credit card |
| 12/22/2015 14:36 | 15166983329 | 7378980 | 25.6 |
| 12/22/2015 14:51 | 15164890152 | | online order/credit card |
| 12/22/2015 15:12 | 15166522354 | | online order/credit card |
| 12/22/2015 15:34 | 17142135395 | | online order/credit card |
| 12/22/2015 15:45 | 15164833433 | | |
| 12/22/2015 15:51 | 16315684412 | 7378916 | 19.75 |
| 12/22/2015 16:17 | 19739432910 | | online order/credit card |
| 12/22/2015 16:26 | 15162416565 | 7378821 | 8 |
| 12/22/2015 16:26 | 15162416565 | | online order/credit card |
| 12/22/2015 16:27 | 15164833433 | | |
| 12/22/2015 16:31 | 17033499552 | | online order/credit card |
| 12/22/2015 16:34 | 15162416565 | | online order/credit card |
| 12/22/2015 16:43 | 15164763064 | 7378289 | 15.5 |
| 12/22/2015 17:09 | 15162324665 | 7378766 | 15.9 |
| 12/22/2015 17:21 | 15166416064 | 7378987 | 8.9 |
| 12/22/2015 17:21 | 15166416064 | | online order/credit card |
| 12/22/2015 17:51 | 15166063247 | 7378767 | 23 |
| 12/22/2015 17:54 | 15169393738 | | online order/credit card |
| 12/22/2015 18:16 | 16466673486 | | online order/credit card |

| 12/22/2015 18:40 | 15168505604 | 7378771 | 10.6 |
| 12/22/2015 19:06 | 15163593841 | | online order/credit card |
| 12/22/2015 19:08 | 15166733521 | | online order/credit card |
| 12/22/2015 19:12 | 15163127828 | 7378992 | 22 |
| 12/22/2015 19:17 | 15163127828 | | online order/credit card |
| 12/22/2015 19:26 | 15166434837 | 7378870 | 10 |
| 12/22/2015 19:34 | 15169023131 | 7378773 | 9 |
| 12/22/2015 19:44 | 15164625400 | 7378872 | 8 |
| 12/22/2015 20:09 | 13478739641 | 7378993 | 9.5 |
| 12/22/2015 20:16 | 13473240072 | | online order/credit card |
| 12/22/2015 23:03 | 18056377249 | | online order/credit card |







KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378767 |

334 greenwich.
606 3647
兀先
以

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378987 |

T.D.
641 6069

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378766 |

869 Lewsen
232 4665



**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378771 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378992 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7378870 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/26/2015 11:06 | 13473733758 | | online order/credit card |
| 12/26/2015 13:03 | 19803559437 | | online order/credit card |
| 12/26/2015 13:30 | 19803559437 | | online order/credit card |
| 12/26/2015 14:16 | 16318891506 | 7379307 | 20.3 |
| 12/26/2015 14:41 | 15165652256 | 7379107 | 36.6 |
| 12/26/2015 14:46 | 15166981433 | | online order/credit card |
| 12/26/2015 14:50 | 15169434089 | 7379108 | 15.95 |
| 12/26/2015 15:03 | 15164396282 | | online order/credit card |
| 12/26/2015 15:50 | 15163051168 | 7377949 | 22 |
| 12/26/2015 16:19 | 3472339808 | | |
| 12/26/2015 16:35 | 15164833433 | | |
| 12/26/2015 16:49 | 15166431790 | 7377950 | 10.75 |
| 12/26/2015 16:52 | 15166525605 | 7379111 | 15.9 |
| 12/26/2015 16:56 | 19175596793 | 7379112 | 14 |
| 12/26/2015 16:59 | 15162796795 | 7379218 | 10.1 |
| 12/26/2015 17:17 | 15162796795 | | online order/credit card |
| 12/26/2015 17:47 | 15164767109 | 7379309 | 17.5 |
| 12/26/2015 17:51 | 15168154771 | 7379354 | 16.6 |
| 12/26/2015 18:13 | 15167379082 | | online order/credit card |
| 12/26/2015 18:16 | 15167379082 | | online order/credit card |
| 12/26/2015 18:17 | 15167379082 | | online order/credit card |
| 12/26/2015 18:18 | 15167379082 | | online order/credit card |
| 12/26/2015 18:18 | 15167379082 | | online order/credit card |
| 12/26/2015 18:18 | 15167379082 | | online order/credit card |
| 12/26/2015 18:21 | 18056377249 | | online order/credit card |
| 12/26/2015 18:21 | 18056377249 | | online order/credit card |
| 12/26/2015 18:22 | 18056377249 | | online order/credit card |
| 12/26/2015 18:32 | 15166421085 | 7379311 | 8.7 |
| 12/26/2015 18:34 | 18056377249 | | online order/credit card |
| 12/26/2015 18:34 | 15168082219 | 7379356 | 20 |

| | | | |
|---|---|---|---|
| 12/26/2015 18:34 | 18056377249 | | online order/credit card |
| 12/26/2015 18:37 | 15166439797 | 7379027 | 9 |
| 12/26/2015 18:48 | 16316973652 | 7379312 | 33 |
| 12/26/2015 19:04 | 19176871126 | 7379357 | 15.6 |
| 12/26/2015 20:00 | 15169608523 | 7378849 | 15 |
| 12/26/2015 20:04 | 15168336660 | 7378850 | 10 |
| 12/26/2015 20:08 | 15166055146 | 7379055 | 14.2 |
| 12/26/2015 20:35 | 15162591281 | 7379219 | 15 |
| 12/26/2015 20:37 | 15167379082 | | online order/credit card |
| 12/26/2015 20:38 | 15167379082 | | online order/credit card |
| 12/26/2015 20:38 | 15167379082 | | online order/credit card |
| 12/26/2015 23:00 | 15167379082 | | online order/credit card |
| 12/26/2015 23:01 | 15167379082 | | online order/credit card |













**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379309 |

APPT—SOUP/SAL—ENTREE—VEG POT-DESSERT—BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379218 |

APPT—SOUP/SAL—ENTREE—VEG POT-DESSERT—BEV

**KITCHEN CHECK**

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379212 |

APPT—SOUP/SAL—ENTREE—VEG POT-DESSERT—BEV









KITCHEN CHECK

Date | Table | Guests | Serve. | 7379219

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV



| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 12/30/2015 10:05 | 15166379159 | | online order/credit card |
| 12/30/2015 10:17 | 15166885984 | 7379436 | 18 |
| 12/30/2015 10:20 | 15163507071 | 7379175 | 20 |
| 12/30/2015 10:35 | 15162096663 | 7379366 | 10.9 |
| 12/30/2015 10:40 | 15162349948 | 7379123 | 9.55 |
| 12/30/2015 10:41 | 15162349948 | | online order/credit card |
| 12/30/2015 10:49 | 15164861392 | 7379124 | 20.8 |
| 12/30/2015 11:16 | 15167764631 | 7379235 | 15.5 |
| 12/30/2015 11:16 | 15167764631 | | online order/credit card |
| 12/30/2015 11:17 | 15167764631 | | online order/credit card |
| 12/30/2015 11:17 | 15164833433 | | |
| 12/30/2015 11:20 | 18056377249 | | online order/credit card |
| 12/30/2015 11:20 | 13476769860 | | online order/credit card |
| 12/30/2015 11:39 | 13477345673 | 7379176 | 25.5 |
| 12/30/2015 12:23 | 15167707459 | 7379316 | 12.3 |
| 12/30/2015 12:26 | 15167246378 | | online order/credit card |
| 12/30/2015 12:27 | 15167246378 | | online order/credit card |
| 12/30/2015 12:27 | 15167246378 | | online order/credit card |
| 12/30/2015 13:54 | 15108834852 | 7379367 | 17.85 |
| 12/30/2015 14:01 | 15164244614 | 7379126 | 23.65 |
| 12/30/2015 14:07 | 15166987323 | 7379178 | 34 |
| 12/30/2015 14:31 | 15164834895 | 7379368 | 33.35 |
| 12/30/2015 15:06 | 15164833433 | | |
| 12/30/2015 15:11 | 19178486579 | 7379319 | 21.6 |
| 12/30/2015 15:17 | 15165045418 | 7379291 | 14.5 |
| 12/30/2015 15:38 | 15169024439 | 7379321 | 12.1 |
| 12/30/2015 15:58 | 15163593995 | 7379180 | 14 |
| 12/30/2015 16:01 | 16467174375 | 7379323 | 10.2 |
| 12/30/2015 16:04 | 15165086460 | 7379181 | 17.9 |
| 12/30/2015 16:17 | 15164692441 | 7379324 | 10 |

| | | | |
|---|---|---|---|
| 12/30/2015 16:28 | 15167764553 | | online order/credit card |
| 12/30/2015 16:28 | 15167764553 | | online order/credit card |
| 12/30/2015 16:37 | 19173756820 | | online order/credit card |
| 12/30/2015 16:40 | 15166610998 | | online order/credit card |
| 12/30/2015 16:41 | 15163607924 | 7379130 | 8 |
| 12/30/2015 16:42 | 15163607924 | | online order/credit card |
| 12/30/2015 16:42 | 15163607924 | | online order/credit card |
| 12/30/2015 16:58 | 15164833433 | | |
| 12/30/2015 17:17 | 15163044239 | 7379133 | 18.3 |
| 12/30/2015 17:18 | 15164833433 | | |
| 12/30/2015 17:29 | 15168508177 | 7379297 | 21 |
| 12/30/2015 18:17 | 15169840018 | 7379136 | 22 |
| 12/30/2015 18:27 | 15163852529 | | online order/credit card |
| 12/30/2015 18:40 | 15163148832 | 7379137 | 13.9 |
| 12/30/2015 19:40 | 15169431453 | | online order/credit card |
| 12/30/2015 19:48 | 16097511641 | | online order/credit card |
| 12/30/2015 19:58 | 13474200991 | 7379331 | 14.2 |
| 12/30/2015 20:00 | 13474200991 | | online order/credit card |
| 12/30/2015 20:04 | 12672768498 | | online order/credit card |
| 12/30/2015 20:12 | 12076071655 | | online order/credit card |
| 12/30/2015 20:14 | 15165906686 | 7379299 | 28.2 |
| 12/30/2015 20:19 | 15166108568 | 7379441 | 10.75 |
| 12/30/2015 20:32 | 15168408801 | 7379440 | 27.5 |
| 12/30/2015 20:32 | 15168408801 | | online order/credit card |























