

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/1/2016 5:37 | 18056377249 | | online order/credit card |
| 1/1/2016 9:17 | 15169720856 | | online order/credit card |
| 1/1/2016 10:16 | 18056377249 | | online order/credit card |
| 1/1/2016 10:23 | 15164861094 | 7379502 | 29.5 |
| 1/1/2016 10:25 | 15164861094 | | online order/credit card |
| 1/1/2016 10:50 | 15164861094 | | online order/credit card |
| 1/1/2016 11:15 | 17176011825 | | online order/credit card |
| 1/1/2016 11:23 | 15169462791 | 7379852 | 18.8 |
| 1/1/2016 11:47 | 15162046363 | 7379952 | 17.3 |
| 1/1/2016 11:57 | 15167375403 | 7379801 | 17.4 |
| 1/1/2016 12:02 | 13194647727 | | online order/credit card |
| 1/1/2016 12:26 | 15168535933 | | online order/credit card |
| 1/1/2016 12:26 | 15168535933 | | online order/credit card |
| 1/1/2016 12:27 | 15168535933 | | online order/credit card |
| 1/1/2016 12:33 | 15163121416 | 7379752 | 28.3 |
| 1/1/2016 12:39 | 15165544551 | 7379857 | 9.7 |
| 1/1/2016 12:44 | 14028511533 | 7379902 | 17 |
| 1/1/2016 12:47 | 15164230058 | 7379855 | 17.95 |
| 1/1/2016 13:49 | 13479849559 | 7379805 | 12.9 |
| 1/1/2016 13:55 | 15164992818 | 7379905 | 12.35 |
| 1/1/2016 14:34 | 19802268574 | 7379953 | 28.5 |
| 1/1/2016 14:52 | 19174707736 | 7379954 | 10.7 |
| 1/1/2016 14:53 | 3472339808 | | |
| 1/1/2016 15:09 | 15167378006 | 7379705 | 14.1 |
| 1/1/2016 15:13 | 15162387489 | 7379755 | 20.9 |
| 1/1/2016 15:26 | 16099690926 | | online order/credit card |
| 1/1/2016 15:30 | 15164131348 | 7379756 | 34.75 |
| 1/1/2016 15:41 | 16318857269 | 7379808 | 18 |
| 1/1/2016 15:41 | 16318857269 | | online order/credit card |
| 1/1/2016 15:43 | 12035581655 | | online order/credit card |

| 1/1/2016 16:00 | 13472797609 | | online order/credit card |
| 1/1/2016 16:02 | 15164833433 | | |
| 1/1/2016 16:04 | 15167705512 | 7379906 | 26.95 |
| 1/1/2016 16:23 | 16073167937 | | online order/credit card |
| 1/1/2016 16:48 | 15164767109 | 7379654 | 8 |
| 1/1/2016 16:48 | 15164767109 | | online order/credit card |
| 1/1/2016 16:52 | 15082922597 | | online order/credit card |
| 1/1/2016 17:03 | 19179956667 | 7379556 | 12 |
| 1/1/2016 17:03 | 19179956667 | | online order/credit card |
| 1/1/2016 17:12 | 15164767109 | | online order/credit card |
| 1/1/2016 17:12 | 15164767109 | | online order/credit card |
| 1/1/2016 17:12 | 15164624848 | | online order/credit card |
| 1/1/2016 17:20 | 15702347740 | | online order/credit card |
| 1/1/2016 17:36 | 15164624848 | | online order/credit card |
| 1/1/2016 17:48 | 15167083476 | 7379657 | 8.7 |
| 1/1/2016 18:00 | 15169674584 | | online order/credit card |
| 1/1/2016 18:16 | 15168596432 | 7379505 | 17.75 |
| 1/1/2016 18:19 | 13476850555 | 7379912 | 24.45 |
| 1/1/2016 18:31 | 15164816380 | 7379658 | 24.7 |
| 1/1/2016 18:42 | 15166410035 | 7379913 | 14 |
| 1/1/2016 19:04 | 15163003152 | 7379860 | 22 |
| 1/1/2016 19:13 | 15169021810 | 7379958 | 19.4 |
| 1/1/2016 19:29 | 15162428249 | | online order/credit card |
| 1/1/2016 19:34 | 12567941861 | 7379959 | 9.9 |
| 1/1/2016 19:34 | 12567941861 | | online order/credit card |
| 1/1/2016 19:39 | 16462396382 | 7379813 | 16.7 |
| 1/1/2016 19:46 | 15162166953 | 7379814 | 12.35 |
| 1/1/2016 20:15 | 17187494453 | 7379961 | 10.3 |
| 1/1/2016 20:15 | 17187494453 | | online order/credit card |
| 1/1/2016 20:23 | 15163828545 | 7379659 | 9 |





















**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379756 |

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379755 |

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379705 |























KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7379659 |

APPT—SOUP/SAL—ENTREE—VEG—POT—DESSERT—BEV

362 8345

408 70 70a

## ultra mobile phone records

| date&time | outgoing call | receipt number | order price |
|---|---|---|---|
| 1/3/2016 10:03 | 15163504289 | 7379871 | 9.1 |
| 1/3/2016 10:23 | 15164833433 | | online order/credit card |
| 1/3/2016 10:29 | 19178925543 | | online order/credit card |
| 1/3/2016 10:40 | 15163253277 | | online order/credit card |
| 1/3/2016 10:43 | 15169430390 | 7379825 | 10.95 |
| 1/3/2016 11:19 | 13194647727 | | online order/credit card |
| 1/3/2016 11:27 | 15166617815 | | online order/credit card |
| 1/3/2016 11:34 | 13476665871 | | online order/credit card |
| 1/3/2016 12:03 | 13479814425 | 7379830 | 9.6 |
| 1/3/2016 12:03 | 18456082347 | | online order/credit card |
| 1/3/2016 12:09 | 13477707135 | 7379828 | 37.15 |
| 1/3/2016 12:10 | 13477707135 | | |
| 1/3/2016 12:55 | 13476092784 | 7379879 | 10 |
| 1/3/2016 13:03 | 19123320636 | | online order/credit card |
| 1/3/2016 13:11 | 15163036909 | 7379831 | 30.7 |
| 1/3/2016 13:12 | 15163036909 | | online order/credit card |
| 1/3/2016 13:22 | 16466798581 | 7379832 | 21 |
| 1/3/2016 13:35 | 15162343448 | | online order/credit card |
| 1/3/2016 13:40 | 15169671734 | 7379834 | 18.05 |
| 1/3/2016 14:19 | 15162990047 | 7379882 | 19.2 |
| 1/3/2016 14:45 | 14439079405 | | online order/credit card |
| 1/3/2016 15:20 | 3472339808 | | |
| 1/3/2016 15:33 | 19083777545 | 7379883 | 25.8 |
| 1/3/2016 15:37 | 15165244764 | | online order/credit card |
| 1/3/2016 15:43 | 15168846432 | | online order/credit card |
| 1/3/2016 16:13 | 15165956130 | 7379673 | 14.75 |
| 1/3/2016 17:08 | 13476092784 | | online order/credit card |
| 1/3/2016 17:25 | 15166426924 | 7379885 | 10.2 |
| 1/3/2016 17:31 | 15165034195 | | online order/credit card |
| 1/3/2016 17:56 | 15166972052 | 7379528 | 26.85 |

| | | | |
|---|---|---|---|
| 1/3/2016 18:28 | 13473240072 | | online order/credit card |
| 1/3/2016 18:44 | 15164690659 | 7379530 | 18.6 |
| 1/3/2016 19:04 | 18569820389 | | online order/credit card |
| 1/3/2016 19:50 | 15163629918 | | online order/credit card |
| 1/3/2016 19:53 | 15166559365 | | online order/credit card |
| 1/3/2016 20:00 | 15164779382 | | online order/credit card |
| 1/3/2016 20:04 | 15162621958 | | online order/credit card |
| 1/3/2016 20:34 | 18056377249 | | online order/credit card |
| 1/3/2016 20:34 | 3472339808 | | |











| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/6/2016 4:59 | 18056377249 | | |
| 1/6/2016 9:37 | 15169842766 | 7379942 | 15 |
| 1/6/2016 10:23 | 15169843762 | 7379733 | 21 |
| 1/6/2016 10:50 | 12567941861 | 7379698 | 9.4 |
| 1/6/2016 12:00 | 15169397339 | | online order/credit card |
| 1/6/2016 12:01 | 15169397330 | 7379648 | 18.4 |
| 1/6/2016 12:01 | 15169397330 | | online order/credit card |
| 1/6/2016 12:01 | 18056377249 | | online order/credit card |
| 1/6/2016 12:02 | 15169397330 | | online order/credit card |
| 1/6/2016 12:04 | 15169397330 | | online order/credit card |
| 1/6/2016 12:05 | 15164833433 | | |
| 1/6/2016 12:11 | 15164833433 | | |
| 1/6/2016 12:11 | 15169397330 | | online order/credit card |
| 1/6/2016 12:36 | 15169435774 | 7379947 | 13.4 |
| 1/6/2016 12:50 | 15168536249 | 7379649 | 9.9 |
| 1/6/2016 13:26 | 15164691667 | 7379950 | 12.15 |
| 1/6/2016 14:25 | 16312410123 | | online order/credit card |
| 1/6/2016 14:56 | 15169678117 | | online order/credit card |
| 1/6/2016 15:41 | 16464833863 | | online order/credit card |
| 1/6/2016 16:01 | 15169378288 | | online order/credit card |
| 1/6/2016 16:08 | 15167827883 | 1600103 | 13.4 |
| 1/6/2016 16:37 | 15166733967 | 1600152 | 37.45 |
| 1/6/2016 16:44 | 19788529486 | | online order/credit card |
| 1/6/2016 17:07 | 19172990160 | 1600155 | 27.7 |
| 1/6/2016 17:11 | 15166559365 | | online order/credit card |
| 1/6/2016 17:15 | 13475283370 | 1600156 | 16.5 |
| 1/6/2016 17:52 | 3472339808 | | |
| 1/6/2016 17:53 | 15162537494 | 1600105 | 29 |
| 1/6/2016 17:53 | 15162537494 | | |
| 1/6/2016 18:00 | 12675741414 | | online order/credit card |

| 1/6/2016 18:00 | 13473234984 | 1600054 | 11.5 |
|---|---|---|---|
| 1/6/2016 18:01 | 12105087727 | | online order/credit card |
| 1/6/2016 18:02 | 12675741414 | | online order/credit card |
| 1/6/2016 18:38 | 15165034195 | | online order/credit card |
| 1/6/2016 19:05 | 16786623497 | 1600055 | 27.7 |
| 1/6/2016 19:10 | 3472339808 | | |
| 1/6/2016 19:19 | 15162658823 | 1600060 | 7.5 |
| 1/6/2016 19:21 | 15167491708 | | online order/credit card |
| 1/6/2016 19:27 | 15168598413 | 1600058 | 9 |
| 1/6/2016 19:28 | 15168598413 | | online order/credit card |
| 1/6/2016 19:36 | 15163629990 | | online order/credit card |
| 1/6/2016 19:41 | 13157505177 | | online order/credit card |







KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379649 |

KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379947 |

KITCHEN CHECK

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 7379648 |



KITCHEN CHECK

| | Date | Table | Guests | Server |
|---|---|---|---|---|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

1600105

---

KITCHEN CHECK

| | Date | Table | Guests | Server |
|---|---|---|---|---|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

1600156

---

KITCHEN CHECK

| | Date | Table | Guests | Server |
|---|---|---|---|---|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

1600155

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 1600060 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 1600055 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 1600054 |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV



Continued separately

Continued Part 3.

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/7/2016 8:55 | 15162343054 | | online order/credit card |
| 1/7/2016 10:50 | 15166619767 | | online order/credit card |
| 1/7/2016 10:52 | 15164833433 | | |
| 1/7/2016 11:13 | 15166619767 | | online order/credit card |
| 1/7/2016 12:22 | 17184156696 | 1600016 | 20.4 |
| 1/7/2016 12:30 | 15163249226 | 1600111 | 18 |
| 1/7/2016 12:31 | 3472339808 | | |
| 1/7/2016 13:19 | 15169781347 | | online order/credit card |
| 1/7/2016 13:23 | 17572546202 | 1600113 | 14.5 |
| 1/7/2016 13:25 | 15169781347 | | online order/credit card |
| 1/7/2016 13:31 | 15169781347 | | online order/credit card |
| 1/7/2016 13:35 | 16466673486 | 1600114 | 13.8 |
| 1/7/2016 13:43 | 15164108521 | 1600018 | 16.9 |
| 1/7/2016 13:49 | 16316722931 | 1600115 | 12.85 |
| 1/7/2016 13:52 | 17572546202 | | online order/credit card |
| 1/7/2016 14:50 | 15169677468 | 1600117 | 43.5 |
| 1/7/2016 14:57 | 15166593462 | 1600116 | 26.6 |
| 1/7/2016 15:10 | 17189135917 | 1600159 | 20.25 |
| 1/7/2016 15:22 | 15169378288 | | online order/credit card |
| 1/7/2016 15:39 | 15164446034 | | online order/credit card |
| 1/7/2016 15:43 | 15169658829 | | online order/credit card |
| 1/7/2016 16:00 | 15167764553 | | online order/credit card |
| 1/7/2016 16:22 | 15163605316 | 1600066 | 21.5 |
| 1/7/2016 16:30 | 19178586986 | 1600118 | 18.6 |
| 1/7/2016 16:35 | 19178586986 | | online order/credit card |
| 1/7/2016 16:44 | 15164134141 | 1600023 | 25.3 |
| 1/7/2016 16:52 | 15166733521 | | online order/credit card |
| 1/7/2016 17:11 | 15162144582 | | online order/credit card |
| 1/7/2016 17:22 | 15167827582 | 1600068 | 16.25 |
| 1/7/2016 17:27 | 17187496114 | | online order/credit card |

| | | | |
|---|---|---|---|
| 1/7/2016 17:35 | 16318979780 | 1600025 | 23 |
| 1/7/2016 17:39 | 13476069364 | 1600070 | 9.9 |
| 1/7/2016 17:58 | 17186665622 | 1600027 | 33.4 |
| 1/7/2016 18:02 | 15167109318 | | online order/credit card |
| 1/7/2016 18:04 | 15164833433 | | |
| 1/7/2016 18:07 | 15163303648 | 1600071 | 10 |
| 1/7/2016 18:11 | 15163754841 | | online order/credit card |
| 1/7/2016 18:14 | 15167820950 | | online order/credit card |
| 1/7/2016 18:14 | 15167820950 | | online order/credit card |
| 1/7/2016 18:17 | 15165065548 | | online order/credit card |
| 1/7/2016 18:31 | 15162344826 | 1600121 | 14.7 |
| 1/7/2016 18:33 | 15162344826 | | online order/credit card |
| 1/7/2016 18:39 | 19782102152 | | online order/credit card |
| 1/7/2016 18:53 | 15166055146 | 1600076 | 18.3 |
| 1/7/2016 18:59 | 15164144204 | 1600165 | 13.65 |
| 1/7/2016 19:10 | 15164088016 | 1600077 | 10.75 |
| 1/7/2016 19:13 | 15087333465 | 1600166 | 9.1 |
| 1/7/2016 19:18 | 15169024566 | | online order/credit card |
| 1/7/2016 19:18 | 3472339808 | | |
| 1/7/2016 19:49 | 15164850342 | 1600031 | 11.9 |
| 1/7/2016 19:52 | 15168517297 | 1600079 | 23.65 |











KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

Date | Table | Guests | Server | 1600077



KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

Date | Table | Guests | Server | 1600165



KITCHEN CHECK

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

Date | Table | Guests | Server | 1600076

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600079 |

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600031 |

KITCHEN CHECK

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600166 |

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/8/2016 8:36 | 16318552861 | | online order/credit card |
| 1/8/2016 8:47 | 15165420100 | 1600034 | 10.6 |
| 1/8/2016 9:59 | 15165034515 | | online order/credit card |
| 1/8/2016 10:58 | 15163026029 | | online order/credit card |
| 1/8/2016 11:01 | 15162096663 | 1600036 | 9.65 |
| 1/8/2016 11:37 | 13478761249 | 1600126 | 11.9 |
| 1/8/2016 11:44 | 15162048004 | | online order/credit card |
| 1/8/2016 12:05 | 15169430390 | 1600171 | 10.95 |
| 1/8/2016 12:08 | 15168512547 | 1600170 | 15.35 |
| 1/8/2016 13:17 | 15164769074 | 1600039 | 24.2 |
| 1/8/2016 14:02 | 13363142568 | | online order/credit card |
| 1/8/2016 14:45 | 16463515241 | | online order/credit card |
| 1/8/2016 15:44 | 16463557396 | 1600138 | 21 |
| 1/8/2016 15:57 | 15168598137 | 1600139 | 26.85 |
| 1/8/2016 16:22 | 13476069364 | | online order/credit card |
| 1/8/2016 16:23 | 15165805684 | 1600041 | 18.3 |
| 1/8/2016 16:23 | 15165805684 | | |
| 1/8/2016 16:24 | 15165805684 | | |
| 1/8/2016 16:24 | 13476069364 | | online order/credit card |
| 1/8/2016 16:40 | 15167826249 | 1600179 | 17.5 |
| 1/8/2016 16:52 | 15168308646 | 1600142 | 16.5 |
| 1/8/2016 16:53 | 15168308646 | | online order/credit card |
| 1/8/2016 16:59 | 16316554445 | | online order/credit card |
| 1/8/2016 17:01 | 17324855011 | | online order/credit card |
| 1/8/2016 17:26 | 17705809100 | 1600086 | 14.5 |
| 1/8/2016 17:30 | 15168770206 | 1600043 | 15.8 |
| 1/8/2016 17:34 | 15164250327 | 1600087 | 21.55 |
| 1/8/2016 17:35 | 15164250327 | | online order/credit card |
| 1/8/2016 17:45 | 15164142996 | | online order/credit card |
| 1/8/2016 17:54 | 15167276742 | 1600090 | 13.05 |

| | | | |
|---|---|---|---|
| 1/8/2016 17:56 | 15169433493 | 1600088 | 9.4 |
| 1/8/2016 18:19 | 18606824689 | | online order/credit card |
| 1/8/2016 18:22 | 18606824689 | | online order/credit card |
| 1/8/2016 18:27 | 15168840179 | | online order/credit card |
| 1/8/2016 18:35 | 15168508177 | 1600182 | 15 |
| 1/8/2016 18:42 | 15166615061 | | online order/credit card |
| 1/8/2016 18:44 | 15167663415 | 1600093 | 13.2 |
| 1/8/2016 18:45 | 15167663415 | | online order/credit card |
| 1/8/2016 18:47 | 15167613415 | | online order/credit card |
| 1/8/2016 18:54 | 15167781951 | 1600143 | 9.3 |
| 1/8/2016 18:58 | 15162816832 | 1600094 | 18.4 |
| 1/8/2016 19:21 | 19174741019 | | online order/credit card |
| 1/8/2016 19:33 | 15162636826 | 1600095 | 7.5 |
| 1/8/2016 19:36 | 16318891506 | 1600144 | 18.3 |
| 1/8/2016 19:56 | 15168534431 | 1600185 | 20.95 |
| 1/8/2016 19:57 | 15168534431 | | online order/credit card |
| 1/8/2016 20:00 | 15166436835 | 1600146 | 8.5 |
| 1/8/2016 20:09 | 15166420156 | | online order/credit card |
| 1/8/2016 20:10 | 15166420156 | | online order/credit card |
| 1/8/2016 20:10 | 15166420156 | | online order/credit card |
| 1/8/2016 20:13 | 15166420156 | | online order/credit card |
| 1/8/2016 20:23 | 15169608523 | 1600147 | 16.25 |
| 1/8/2016 20:24 | 15164833433 | | |
| 1/8/2016 20:26 | 15162635933 | 1600148 | 10.75 |
| 1/8/2016 20:28 | 14436216761 | 1600096 | 10.85 |
| 1/8/2016 20:37 | 15162894711 | 1600186 | 26.85 |
| 1/8/2016 20:38 | 15162894711 | | online order/credit card |











**KITCHEN CHECK**

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 1600095 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

≥≥8 wdl8&

≥6 3 68≥6

≥77.

7.50



**KITCHEN CHECK**

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 1600094 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

cover

46

≥816832

18.⁴⁰



**KITCHEN CHECK**

| Date | Table | Guests | Server | |
|------|-------|--------|--------|---|
| | | | | 1600143 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

66 Hery  4 12.

778  95J

9.³⁰

1 W







| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/10/2016 4:45 | 18056377249 | | online order/credit card |
| 1/10/2016 10:20 | 15163129020 | 1601006 | 14.55 |
| 1/10/2016 10:39 | 3472339808 | | |
| 1/10/2016 11:25 | 15166423144 | 1600606 | 17.2 |
| 1/10/2016 11:27 | 3472339808 | | |
| 1/10/2016 11:28 | 15163125023 | 1601009 | 9 |
| 1/10/2016 11:39 | 18056377249 | | online order/credit card |
| 1/10/2016 11:44 | 15163848719 | | online order/credit card |
| 1/10/2016 13:02 | 15164833433 | | |
| 1/10/2016 13:04 | 13473733758 | | online order/credit card |
| 1/10/2016 13:21 | 15166421210 | | online order/credit card |
| 1/10/2016 14:21 | 15166610998 | | online order/credit card |
| 1/10/2016 14:24 | 15162808543 | 1600613 | 9 |
| 1/10/2016 14:27 | 16312762664 | | online order/credit card |
| 1/10/2016 14:29 | 19176716757 | 1600612 | 8 |
| 1/10/2016 14:45 | 15164767109 | 1601011 | 8.6 |
| 1/10/2016 14:49 | 14805849250 | | online order/credit card |
| 1/10/2016 14:51 | 15164833433 | | |
| 1/10/2016 14:54 | 15165954456 | 1601105 | 29.25 |
| 1/10/2016 15:00 | 15165954456 | | online order/credit card |
| 1/10/2016 15:01 | 19293747174 | 7379771 | 15 |
| 1/10/2016 15:05 | 15167179173 | 7379770 | 10.95 |
| 1/10/2016 15:24 | 19548094817 | 1600615 | 14 |
| 1/10/2016 15:27 | 14252730033 | | online order/credit card |
| 1/10/2016 15:34 | 15165057838 | 1601062 | 17.85 |
| 1/10/2016 15:51 | 13194647727 | | online order/credit card |
| 1/10/2016 15:54 | 17737068616 | 1600567 | 20.7 |
| 1/10/2016 16:04 | 15169378628 | 1600617 | 16.65 |
| 1/10/2016 16:07 | 15165821632 | 1600568 | 61.4 |
| 1/10/2016 16:28 | 15164066524 | | online order/credit card |

| | | | |
|---|---|---|---|
| 1/10/2016 16:33 | 15162770173 | 1600658 | 9.6 |
| 1/10/2016 16:38 | 15164833433 | | |
| 1/10/2016 16:45 | 16092402486 | | online order/credit card |
| 1/10/2016 16:49 | 18609852395 | | online order/credit card |
| 1/10/2016 16:50 | 18609852395 | | online order/credit card |
| 1/10/2016 17:04 | 15162360430 | 1600660 | 21 |
| 1/10/2016 17:13 | 13478379401 | | online order/credit card |
| 1/10/2016 17:18 | 15162770173 | | online order/credit card |
| 1/10/2016 17:25 | 15164833433 | | |
| 1/10/2016 17:28 | 13472160684 | 1600504 | 14 |
| 1/10/2016 17:44 | 15164249875 | | online order/credit card |
| 1/10/2016 18:01 | 15169028230 | 1600505 | 36.4 |
| 1/10/2016 18:07 | 17327540358 | | online order/credit card |
| 1/10/2016 18:09 | 17327540358 | | online order/credit card |
| 1/10/2016 18:35 | 19083777545 | 1601065 | 23.95 |
| 1/10/2016 18:45 | 17705809100 | 1601064 | 27.95 |
| 1/10/2016 18:59 | 18625712129 | 1600663 | 13.35 |
| 1/10/2016 19:13 | 16316722931 | | online order/credit card |
| 1/10/2016 19:16 | 3472339808 | | |
| 1/10/2016 19:20 | 15163256899 | | online order/credit card |
| 1/10/2016 19:27 | 15162621958 | 1601066 | 24 |
| 1/10/2016 19:40 | 15164511653 | | online order/credit card |
| 1/10/2016 19:45 | 15164833433 | | |
| 1/10/2016 19:55 | 15164258470 | 1601016 | 19.65 |
| 1/10/2016 20:03 | 15166065048 | 1600711 | 26.4 |
| 1/10/2016 20:09 | 15162229355 | 1600710 | 11.05 |
| 1/10/2016 20:14 | 17175999468 | | online order/credit card |



KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

1601011

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

1600612

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | |

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

1600613

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7379770 |

Bri/lunson
77 S 73
(1.75)
10.95

---

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 7379771 |

113 Lawson
929 374 7174
13 65

---

**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server |
|------|-------|--------|--------|
| | | | 1601105 |

6q Renoda
741 0456
W77





KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600505 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600504 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

KITCHEN CHECK

| Date | Table | Guests | Server |
|------|-------|--------|--------|
|      |       |        | 1600660 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV



## KITCHEN CHECK

| Date | Table | Guests | Server | |
|------|-------|--------|--------|--------|
| | | | | 1600711 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

## KITCHEN CHECK

| Date | Table | Guests | Server | |
|------|-------|--------|--------|--------|
| | | | | 1601016 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

13¾ Broadfeel
4¾ 8470

1965.

## KITCHEN CHECK

| Date | Table | Guests | Server | |
|------|-------|--------|--------|--------|
| | | | | 1601066 |

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

262 1958
111 Linden Ave.

24.00

S. D. Salt



| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/12/2016 6:32 | 18056377249 | | online order/credit card |
| 1/12/2016 8:43 | 15164230058 | | online order/credit card |
| 1/12/2016 9:09 | 15166689865 | | online order/credit card |
| 1/12/2016 9:41 | 15168505684 | 1600571 | 20.35 |
| 1/12/2016 10:30 | 15162250657 | | online order/credit card |
| 1/12/2016 10:40 | 15108834852 | 1601113 | 11.85 |
| 1/12/2016 11:35 | 15163227121 | 1601075 | 14 |
| 1/12/2016 13:03 | 15162321913 | 1600573 | 14.05 |
| 1/12/2016 13:24 | 14406103249 | | online order/credit card |
| 1/12/2016 13:44 | 15167273911 | 1601032 | 21.9 |
| 1/12/2016 13:45 | 15163121416 | 1600574 | 13.8 |
| 1/12/2016 13:47 | 15162447002 | 1601203 | 24.6 |
| 1/12/2016 13:48 | 15162447002 | | online order/credit card |
| 1/12/2016 13:54 | 15167273911 | | online order/credit card |
| 1/12/2016 13:57 | 15165139015 | 1601033 | 14.45 |
| 1/12/2016 14:08 | 15162342310 | 1600509 | 15.6 |
| 1/12/2016 14:22 | 16462713190 | 1600510 | 9.75 |
| 1/12/2016 14:27 | 16462713190 | | online order/credit card |
| 1/12/2016 14:49 | 15168503153 | | online order/credit card |
| 1/12/2016 15:13 | 19293373414 | 1601204 | 12.2 |
| 1/12/2016 15:15 | 19293373414 | | online order/credit card |
| 1/12/2016 15:44 | 15166559365 | | online order/credit card |
| 1/12/2016 16:04 | 17162386217 | | online order/credit card |
| 1/12/2016 16:17 | 15168508180 | | online order/credit card |
| 1/12/2016 16:20 | 15164833433 | | |
| 1/12/2016 16:24 | 15166538775 | | online order/credit card |
| 1/12/2016 16:33 | 15165954738 | 1600722 | 10 |
| 1/12/2016 16:35 | 15168508180 | | online order/credit card |
| 1/12/2016 16:45 | 15164102176 | | online order/credit card |
| 1/12/2016 16:48 | 15162422503 | | online order/credit card |

| | | | |
|---|---|---|---|
| 1/12/2016 16:51 | 15162422503 | | online order/credit card |
| 1/12/2016 17:08 | 15164398756 | 1600511 | 15.6 |
| 1/12/2016 17:09 | 15164480275 | | online order/credit card |
| 1/12/2016 17:17 | 16462396382 | | online order/credit card |
| 1/12/2016 17:39 | 13472965152 | 1600514 | 15.6 |
| 1/12/2016 17:48 | 15162342131 | 1600723 | 12.3 |
| 1/12/2016 18:01 | 19496806030 | | online order/credit card |
| 1/12/2016 18:03 | 13475283370 | 1601038 | 10.7 |
| 1/12/2016 18:04 | 19496806030 | | online order/credit card |
| 1/12/2016 18:04 | 19496806030 | | online order/credit card |
| 1/12/2016 18:05 | 3472339808 | | |
| 1/12/2016 18:28 | 19175599946 | | online order/credit card |
| 1/12/2016 18:44 | 18455489360 | 1600515 | 10.95 |
| 1/12/2016 18:53 | 15164890254 | 1600724 | 12.85 |
| 1/12/2016 19:19 | 13476069364 | 1601207 | 15.6 |
| 1/12/2016 19:34 | 19172798132 | 1601119 | 21.75 |
| 1/12/2016 19:37 | 3472339808 | | |
| 1/12/2016 19:39 | 19172798132 | | online order/credit card |
| 1/12/2016 19:44 | 15165069213 | | online order/credit card |
| 1/12/2016 19:48 | 15165895098 | | online order/credit card |
| 1/12/2016 19:51 | 18056377249 | | online order/credit card |
| 1/12/2016 19:54 | 15163244449 | 1600623 | 8 |
| 1/12/2016 19:54 | 15163244449 | | |
| 1/12/2016 20:00 | 15163253650 | | online order/credit card |
| 1/12/2016 20:37 | 18056377456 | | online order/credit card |







