









**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server | 1601119 |
|------|-------|--------|--------|---------|



**KITCHEN CHECK**

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

| Date | Table | Guests | Server | 1601207 |
|------|-------|--------|--------|---------|

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/15/2016 8:56 | 15162622218 | | online order/credit card |
| 1/15/2016 9:39 | 18056377249 | | online order/credit card |
| 1/15/2016 9:46 | 13375262779 | | online order/credit card |
| 1/15/2016 10:40 | 15164862939 | | online order/credit card |
| 1/15/2016 11:06 | 15162286244 | 1600748 | 21.5 |
| 1/15/2016 11:12 | 13478763590 | 1600749 | 22 |
| 1/15/2016 11:16 | 15163055456 | | online order/credit card |
| 1/15/2016 11:47 | 15169671734 | | online order/credit card |
| 1/15/2016 11:52 | 15167378006 | 1601086 | 10.8 |
| 1/15/2016 11:57 | 13474332331 | 1601087 | 14 |
| 1/15/2016 13:19 | 15168594922 | 1601093 | 17 |
| 1/15/2016 13:59 | 13476665871 | | online order/credit card |
| 1/15/2016 14:28 | 13478671649 | | online order/credit card |
| 1/15/2016 15:11 | 19733031622 | | online order/credit card |
| 1/15/2016 15:12 | 3472339808 | | |
| 1/15/2016 15:25 | 15169678781 | | online order/credit card |
| 1/15/2016 15:26 | 15169678781 | | online order/credit card |
| 1/15/2016 15:52 | 15164767109 | 1601097 | 14.15 |
| 1/15/2016 15:55 | 12105087727 | | online order/credit card |
| 1/15/2016 15:57 | 16319217323 | | online order/credit card |
| 1/15/2016 16:04 | 19144206433 | | online order/credit card |
| 1/15/2016 16:14 | 15164891358 | | online order/credit card |
| 1/15/2016 16:28 | 15165031891 | | online order/credit card |
| 1/15/2016 16:28 | 15165038189 | 1601143 | 17.8 |
| 1/15/2016 16:31 | 16092402486 | | online order/credit card |
| 1/15/2016 16:31 | 16092402486 | | online order/credit card |
| 1/15/2016 16:32 | 16092402486 | | online order/credit card |
| 1/15/2016 17:13 | 15164396301 | 1601145 | 12.35 |
| 1/15/2016 17:27 | 13478257228 | | online order/credit card |
| 1/15/2016 17:34 | 15162342131 | 7379782 | 19.3 |

| 1/15/2016 17:36 | 15162806465 | 1601155 | 24.25 |
|---|---|---|---|
| 1/15/2016 17:38 | 15163858918 | | online order/credit card |
| 1/15/2016 17:54 | 15169437624 | 1600535 | 13.4 |
| 1/15/2016 17:57 | 15164440233 | | online order/credit card |
| 1/15/2016 18:05 | 15167083649 | 1600591 | 8 |
| 1/15/2016 18:07 | 16315329696 | 1601147 | 14.5 |
| 1/15/2016 18:09 | 15166320395 | | online order/credit card |
| 1/15/2016 18:14 | 15166802110 | 1600533 | 15 |
| 1/15/2016 18:15 | 3472339808 | | |
| 1/15/2016 18:43 | 13478205115 | | online order/credit card |
| 1/15/2016 18:45 | 16125325676 | | online order/credit card |
| 1/15/2016 19:12 | 14848662038 | | online order/credit card |
| 1/15/2016 19:13 | 15166624720 | | online order/credit card |
| 1/15/2016 19:21 | 13194647727 | | online order/credit card |
| 1/15/2016 19:25 | 15164446034 | | online order/credit card |
| 1/15/2016 19:46 | 15165035803 | 1601046 | 24 |
| 1/15/2016 19:57 | 19083777545 | 1600537 | 27.2 |
| 1/15/2016 20:01 | 15169378288 | | online order/credit card |
| 1/15/2016 20:15 | 15164690348 | 1601047 | 11 |

















| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/16/2016 8:52 | 15166612815 | | online order/credit card |
| 1/16/2016 9:27 | 15164391897 | | online order/credit card |
| 1/16/2016 9:59 | 15163626713 | | online order/credit card |
| 1/16/2016 10:27 | 17189135917 | 1600635 | 7.75 |
| 1/16/2016 11:02 | 15166470542 | 1600594 | 31.9 |
| 1/16/2016 11:04 | 18056377249 | | online order/credit card |
| 1/16/2016 11:04 | 15166470542 | | online order/credit card |
| 1/16/2016 11:38 | 17189247433 | 1600596 | 14.8 |
| 1/16/2016 11:41 | 15167378006 | 1601048 | 19 |
| 1/16/2016 11:51 | 15167378006 | | |
| 1/16/2016 11:53 | 3472339808 | | |
| 1/16/2016 12:13 | 3472339808 | | |
| 1/16/2016 12:49 | 15165264269 | 1601049 | 14.6 |
| 1/16/2016 12:52 | 15162255013 | 1600598 | 9.15 |
| 1/16/2016 13:24 | 15163853713 | 7379787 | 16 |
| 1/16/2016 14:16 | 15164767109 | 1601050 | 16.1 |
| 1/16/2016 14:20 | 15169436800 | | online order/credit card |
| 1/16/2016 14:21 | 15169436804 | 1600542 | 18.05 |
| 1/16/2016 14:29 | 18056377249 | | online order/credit card |
| 1/16/2016 14:31 | 15162440375 | 7379789 | 14 |
| 1/16/2016 14:36 | 15162922451 | 7379790 | 15 |
| 1/16/2016 14:39 | 15164833433 | | |
| 1/16/2016 14:41 | 15166420485 | | online order/credit card |
| 1/16/2016 14:42 | 16468747885 | | online order/credit card |
| 1/16/2016 14:44 | 15164552954 | | online order/credit card |
| 1/16/2016 14:54 | 15162342310 | 1601240 | online order/credit card |
| 1/16/2016 15:00 | 15166420485 | | online order/credit card |
| 1/16/2016 15:03 | 18056377456 | | online order/credit card |
| 1/16/2016 15:06 | 18056377249 | | online order/credit card |
| 1/16/2016 15:11 | 15167700214 | 7379791 | 17.5 |

| | | | |
|---|---|---|---|
| 1/16/2016 15:18 | 15167828467 | | online order/credit card |
| 1/16/2016 15:23 | 15165050505 | 1601163 | 8 |
| 1/16/2016 15:39 | 16318915179 | 1600545 | 26.95 |
| 1/16/2016 15:42 | 15169842036 | 1600751 | 25.35 |
| 1/16/2016 16:04 | 15169432005 | | online order/credit card |
| 1/16/2016 16:23 | 17202883994 | | online order/credit card |
| 1/16/2016 16:30 | 3472339808 | | |
| 1/16/2016 16:37 | 19085312827 | | online order/credit card |
| 1/16/2016 16:57 | 16032855605 | | online order/credit card |
| 1/16/2016 17:11 | 15164140471 | | online order/credit card |
| 1/16/2016 17:33 | 15165283937 | 1600547 | 19.8 |
| 1/16/2016 17:49 | 18625712129 | | online order/credit card |
| 1/16/2016 17:51 | 18456082347 | | online order/credit card |
| 1/16/2016 17:53 | 13475255929 | 1600803 | 9.7 |
| 1/16/2016 17:56 | 13475255929 | | |
| 1/16/2016 18:31 | 15168301664 | | online order/credit card |
| 1/16/2016 18:44 | 15164833433 | | |
| 1/16/2016 18:49 | 15164626364 | | online order/credit card |
| 1/16/2016 18:56 | 15162537494 | 1600637 | 17.4 |
| 1/16/2016 18:59 | 15164552964 | | online order/credit card |
| 1/16/2016 19:02 | 15164109445 | 1600806 | 16.75 |
| 1/16/2016 19:02 | 15164109445 | | |
| 1/16/2016 19:02 | 15164109445 | | |
| 1/16/2016 19:02 | 15164109445 | | |
| 1/16/2016 19:03 | 15164109445 | | |
| 1/16/2016 19:15 | 16096000833 | 1601244 | 17.2 |
| 1/16/2016 19:24 | 15166320817 | 1600639 | 14.65 |
| 1/16/2016 19:27 | 15166733521 | | online order/credit card |
| 1/16/2016 19:33 | 19175599946 | | online order/credit card |
| 1/16/2016 19:46 | 16465498020 | | online order/credit card |
| 1/16/2016 19:48 | 15162344826 | 1600641 | 13.6 |
| 1/16/2016 20:28 | 16092402486 | | online order/credit card |





## KITCHEN CHECK

| Date | Table | Guests | Server | 1600542 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

943 6804

弘 飞 对
tin 下流洋
32 moore av

9.40
8.65
18.05



## KITCHEN CHECK

| Date | Table | Guests | Server | 1601050 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

57 Stewart
476 7109

16.10



## KITCHEN CHECK

| Date | Table | Guests | Server | 7379787 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

7    83

½    3.25

.37

16.00









## KITCHEN CHECK

| Date | Table | Guests | Server | 1600803 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

347 525 5/29

9.70



## KITCHEN CHECK

| Date | Table | Guests | Server | 1600547 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

19.80



## KITCHEN CHECK

| Date | Table | Guests | Server | 1600751 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

15 Attorney

9842036

2535







| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/24/2016 9:48 | 15164391897 | | online order/credit card |
| 1/24/2016 9:49 | 15164391897 | | online order/credit card |
| 1/24/2016 10:29 | 15163848719 | 1601326 | 16.8 |
| 1/24/2016 10:44 | 19496806030 | | online order/credit card |
| 1/24/2016 10:44 | 18456990909 | | online order/credit card |
| 1/24/2016 10:45 | 18456990909 | | online order/credit card |
| 1/24/2016 10:45 | 18456990909 | | online order/credit card |
| 1/24/2016 10:45 | 18456990909 | | online order/credit card |
| 1/24/2016 10:46 | 18456990909 | | online order/credit card |
| 1/24/2016 10:46 | 15183615796 | 1601489 | 20.45 |
| 1/24/2016 10:46 | 18456990909 | | online order/credit card |
| 1/24/2016 10:47 | 18456990909 | | online order/credit card |
| 1/24/2016 10:48 | 18456990909 | | online order/credit card |
| 1/24/2016 10:48 | 15164833433 | | |
| 1/24/2016 11:06 | 15163619712 | 1601327 | 20.4 |
| 1/24/2016 11:24 | 15168594922 | 1601329 | 16 |
| 1/24/2016 11:29 | 19177099589 | 1601295 | 10.4 |
| 1/24/2016 11:32 | 19177099589 | | |
| 1/24/2016 12:02 | 16462509095 | | online order/credit card |
| 1/24/2016 12:06 | 19173653780 | 1601492 | 10.45 |
| 1/24/2016 12:06 | 19173653780 | | |
| 1/24/2016 12:06 | 19173653780 | | |
| 1/24/2016 12:21 | 13473045423 | | |
| 1/24/2016 12:36 | 15165037525 | 1601493 | 15 |
| 1/24/2016 12:59 | 15169395590 | | online order/credit card |
| 1/24/2016 13:11 | 15169675551 | | online order/credit card |
| 1/24/2016 13:16 | 15166885984 | 1601296 | 18.7 |
| 1/24/2016 13:36 | 16313795561 | 1601339 | 19.6 |
| 1/24/2016 13:36 | 16313795561 | | |
| 1/24/2016 14:00 | 15165045526 | | online order/credit card |

| | | | |
|---|---|---|---|
| 1/24/2016 14:01 | 3472339808 | | |
| 1/24/2016 14:06 | 17184966176 | | online order/credit card |
| 1/24/2016 14:28 | 16467161888 | 1601300 | 18.25 |
| 1/24/2016 14:35 | 15169430931 | 1601342 | 11.8 |
| 1/24/2016 14:41 | 16315530345 | | online order/credit card |
| 1/24/2016 15:02 | 17187496114 | | online order/credit card |
| 1/24/2016 15:05 | 19292858822 | 1601435 | 27.95 |
| 1/24/2016 15:15 | 12015743708 | | online order/credit card |
| 1/24/2016 15:20 | 13474207452 | 1600404 | 17.6 |
| 1/24/2016 15:23 | 15162255013 | 1601345 | 9.45 |
| 1/24/2016 15:35 | 19175580301 | | online order/credit card |
| 1/24/2016 15:36 | 16319229057 | 1601437 | 12.3 |
| 1/24/2016 15:38 | 18606046439 | | online order/credit card |
| 1/24/2016 15:40 | 14152984559 | 1601500 | 26.9 |
| 1/24/2016 15:41 | 14152984559 | | |
| 1/24/2016 15:43 | 3472339808 | | |
| 1/24/2016 15:44 | 19293279970 | 1601443 | 22 |
| 1/24/2016 15:46 | 3472339808 | | |
| 1/24/2016 15:48 | 19293279970 | | online order/credit card |
| 1/24/2016 15:59 | 15164910363 | 1601501 | 11 |
| 1/24/2016 16:08 | 15162797533 | 1601442 | 24.7 |
| 1/24/2016 16:12 | 13475255929 | 1601439 | 10 |
| 1/24/2016 16:25 | 15164047133 | 1601448 | 12 |
| 1/24/2016 16:28 | 15162144647 | | online order/credit card |
| 1/24/2016 16:38 | 15164833433 | | |
| 1/24/2016 16:39 | 15164832870 | | |
| 1/24/2016 16:41 | 15164833433 | | |
| 1/24/2016 16:58 | 15166434837 | 1601704 | 9 |
| 1/24/2016 17:02 | 15166981109 | | online order/credit card |
| 1/24/2016 17:07 | 15164691667 | 1601652 | 24.25 |
| 1/24/2016 17:09 | 15152036223 | | online order/credit card |
| 1/24/2016 17:13 | 15152036223 | | online order/credit card |

| 1/24/2016 17:15 | 14697345298 |         | online order/credit card |
|-----------------|-------------|---------|--------------------------|
| 1/24/2016 17:15 | 14697345298 |         | online order/credit card |
| 1/24/2016 17:15 | 14697345298 |         | online order/credit card |
| 1/24/2016 17:15 | 18056377249 |         | online order/credit card |
| 1/24/2016 17:16 | 14697345298 |         | online order/credit card |
| 1/24/2016 17:18 | 3472339808  |         |                          |
| 1/24/2016 17:19 | 14697345298 |         | online order/credit card |
| 1/24/2016 17:19 | 3472339808  |         |                          |
| 1/24/2016 17:44 | 19175797790 | 1601656 | 14                       |
| 1/24/2016 18:00 | 15166063018 | 1601503 | 8                        |
| 1/24/2016 18:23 | 15108834852 |         | online order/credit card |
| 1/24/2016 18:23 | 15108834852 | 1601705 | 10                       |
| 1/24/2016 18:52 | 19172990160 | 1601709 | 21                       |
| 1/24/2016 19:00 | 15167700696 |         | online order/credit card |
| 1/24/2016 19:45 | 19086557398 | 1601605 | 19.4                     |
| 1/24/2016 19:45 | 19176216028 |         | online order/credit card |
| 1/24/2016 19:51 | 15164833433 |         |                          |
| 1/24/2016 20:05 | 16469157944 |         | online order/credit card |
| 1/24/2016 20:05 | 16469157944 |         | online order/credit card |
| 1/24/2016 20:06 | 16469157944 |         | online order/credit card |















## KITCHEN CHECK

| Date | Table | Guests | Server | 1601437 |
|------|-------|--------|--------|---------|

**APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV**

3 @ Warm

63† $22 †057

9 R S J

12 ³⁰ W



## KITCHEN CHECK

| Date | Table | Guests | Server | 1601345 |
|------|-------|--------|--------|---------|

**APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV**

744 Trump

5( 8 2255
013



## KITCHEN CHECK

| Date | Table | Guests | Server | 1600404 |
|------|-------|--------|--------|---------|

**APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV**

97 Bradf...

347 420745-2

FT

17













| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/26/2016 9:21 | 13476657131 | | online order/credit card |
| 1/26/2016 9:59 | 15164833433 | | |
| 1/26/2016 10:29 | 15169028985 | 1601625 | 17.7 |
| 1/26/2016 10:35 | 15164890254 | | online order/credit card |
| 1/26/2016 10:49 | 15165146128 | 1601628 | 12.75 |
| 1/26/2016 11:22 | 16316826068 | | online order/credit card |
| 1/26/2016 11:22 | 16316826068 | | online order/credit card |
| 1/26/2016 12:26 | 15167136287 | 1601564 | 10.95 |
| 1/26/2016 12:47 | 15164812800 | | online order/credit card |
| 1/26/2016 13:42 | 16312206966 | 1601513 | 24.25 |
| 1/26/2016 13:44 | 15162923296 | 1601514 | 20.35 |
| 1/26/2016 13:56 | 15169845339 | 1601639 | 20.85 |
| 1/26/2016 13:56 | 15169845339 | | |
| 1/26/2016 14:41 | 17186878038 | 1601384 | 10.75 |
| 1/26/2016 14:49 | 15167109318 | | online order/credit card |
| 1/26/2016 14:50 | 15164833433 | | |
| 1/26/2016 14:53 | 13478763590 | 1601385 | 12.85 |
| 1/26/2016 15:35 | 15166955731 | | online order/credit card |
| 1/26/2016 15:41 | 13479075699 | 1601801 | 10 |
| 1/26/2016 15:54 | 17187496114 | | online order/credit card |
| 1/26/2016 16:01 | 15164833433 | | |
| 1/26/2016 16:27 | 15164767109 | | online order/credit card |
| 1/26/2016 16:52 | 15164398993 | 1601643 | 8.5 |
| 1/26/2016 17:00 | 15714840018 | 1601516 | 16.65 |
| 1/26/2016 17:08 | 15164552850 | 1601390 | 10 |
| 1/26/2016 17:08 | 15164552850 | | online order/credit card |
| 1/26/2016 17:09 | 3472339808 | | |
| 1/26/2016 17:18 | 17327785209 | | online order/credit card |
| 1/26/2016 17:24 | 15167702660 | 1601645 | 8 |
| 1/26/2016 17:32 | 15163504289 | | online order/credit card |

| 1/26/2016 17:40 | 15165789376 |         | online order/credit card |
|-----------------|-------------|---------|--------------------------|
| 1/26/2016 17:42 | 15165789376 |         | online order/credit card |
| 1/26/2016 17:57 | 19173876368 | 1601391 | 19                       |
| 1/26/2016 17:58 | 19176804159 | 1601761 | 15                       |
| 1/26/2016 18:12 | 15166977487 |         | online order/credit card |
| 1/26/2016 18:40 | 13477766353 | 1601518 | 11.8                     |
| 1/26/2016 18:43 | 15167256976 | 1601646 | 8.5                      |
| 1/26/2016 18:45 | 15166400407 |         | online order/credit card |
| 1/26/2016 18:49 | 15166400407 |         | online order/credit card |
| 1/26/2016 18:58 | 15166423323 | 1601762 | 9.35                     |
| 1/26/2016 19:27 | 15164241027 | 1601647 | 11.2                     |
| 1/26/2016 20:07 | 15167378006 |         | online order/credit card |











KITCHEN CHECK

1601643

Date    Table    Guests    Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

KITCHEN CHECK

1601516

Date    Table    Guests    Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

CHEN CHECK

1601390

Date    Table    Guests    Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

**KITCHEN CHECK** 1601645

Date | Table | Guests | Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

60 danlott
970 2660
Nghia

3

**CHEN CHECK** 1601391

Date | Table | Guests | Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

TB
9173876368

4/8/13 to
@2ai-2.9.70
1-41/s
9.0°
9.

**KITCHEN CHECK** 1601761

Date | Table | Guests | Server

APPT—SOUP/SAL—ENTREE—VEG POT—DESSERT—BEV

70.
9.7 680 4159

8
pn
Am

15°



**KITCHEN CHECK**

| Date | Table | Guests | Server | 1601762 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

185-5J

642 3325

9.35

D.S.D

**KITCHEN CHECK**

| Date | Table | Guests | Server | 1601646 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

West C.

775 6976

220 Wellsley

8.50

**KITCHEN CHECK**

| Date | Table | Guests | Server | 1601518 |
|------|-------|--------|--------|---------|

APPT–SOUP/SAL–ENTREE–VEG POT–DESSERT–BEV

704 Wellsl

347776

11.80



KITCHEN CHECK

1601647

Date  Table  Guests  Server

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

| ultra mobile phone records | | | |
|---|---|---|---|
| date&time | outgoing call | receipt number | order price |
| 1/30/2016 8:57 | 15169842146 | 1601693 | 10.15 |
| 1/30/2016 9:42 | 15162808543 | 1601875 | 15.75 |
| 1/30/2016 10:17 | 15167827901 | 1601877 | 8 |
| 1/30/2016 10:34 | 16469152220 | 1601880 | 16.1 |
| 1/30/2016 11:14 | 13476976710 | | online order/credit card |
| 1/30/2016 11:15 | 13476976710 | | online order/credit card |
| 1/30/2016 11:15 | 13476976710 | | online order/credit card |
| 1/30/2016 11:16 | 13476976710 | | online order/credit card |
| 1/30/2016 11:16 | 13476976710 | | online order/credit card |
| 1/30/2016 11:16 | 13476976710 | | online order/credit card |
| 1/30/2016 11:17 | 13476976710 | | online order/credit card |
| 1/30/2016 11:17 | 13476976710 | | online order/credit card |
| 1/30/2016 11:18 | 15164833433 | | |
| 1/30/2016 11:19 | 13476976710 | | online order/credit card |
| 1/30/2016 11:19 | 13476976710 | | online order/credit card |
| 1/30/2016 11:20 | 13476976710 | | online order/credit card |
| 1/30/2016 11:20 | 13476976710 | | online order/credit card |
| 1/30/2016 11:21 | 13476976710 | | online order/credit card |
| 1/30/2016 11:27 | 3472339808 | | |
| 1/30/2016 11:30 | 19174060859 | | online order/credit card |
| 1/30/2016 11:32 | 19174060859 | 1601945 | 10.95 |
| 1/30/2016 11:39 | 3472339808 | | |
| 1/30/2016 11:42 | 13476976710 | 1601943 | 9.7 |
| 1/30/2016 11:58 | 15163590248 | 1601947 | 12 |
| 1/30/2016 12:04 | 18324415382 | | online order/credit card |
| 1/30/2016 12:11 | 15164769074 | | online order/credit card |
| 1/30/2016 12:14 | 15169462791 | 1601835 | 7.5 |
| 1/30/2016 12:25 | 16318899541 | 1601546 | 13.2 |
| 1/30/2016 12:41 | 15165036422 | | |
| 1/30/2016 12:41 | 15165036422 | | |
| 1/30/2016 12:41 | 15165036422 | 1601882 | 14 |

| 1/30/2016 14:10 | 13363019290 |         | online order/credit card |
|-----------------|-------------|---------|--------------------------|
| 1/30/2016 14:35 | 15164833433 |         |                          |
| 1/30/2016 14:42 | 13476657131 | 1601694 | 13.2                     |
| 1/30/2016 15:06 | 12402744333 | 1601885 | 20.15                    |
| 1/30/2016 15:32 | 15165805684 |         | online order/credit card |
| 1/30/2016 15:36 | 13479615407 | 1601887 | 9.45                     |
| 1/30/2016 15:45 | 15165380821 |         | online order/credit card |
| 1/30/2016 15:48 | 15165380821 |         | online order/credit card |
| 1/30/2016 15:54 | 19175797790 | 1601888 | 15.6                     |
| 1/30/2016 16:01 | 15164742335 |         | online order/credit card |
| 1/30/2016 16:04 | 16316261448 | 1601842 | 9.15                     |
| 1/30/2016 16:05 | 15164742335 |         | online order/credit card |
| 1/30/2016 16:07 | 15164833433 |         |                          |
| 1/30/2016 16:33 | 12018730830 |         | online order/credit card |
| 1/30/2016 16:38 | 18455361878 |         | online order/credit card |
| 1/30/2016 16:40 | 18056377249 |         | online order/credit card |
| 1/30/2016 16:40 | 18455361878 |         | online order/credit card |
| 1/30/2016 16:42 | 15168598544 | 1601890 | 8                        |
| 1/30/2016 16:44 | 15162360436 | 1601891 | 24.3                     |
| 1/30/2016 17:02 | 15167823941 | 1601894 | 14                       |
| 1/30/2016 17:05 | 15164816380 | 1601896 | 25.4                     |
| 1/30/2016 17:21 | 17175999468 |         | online order/credit card |
| 1/30/2016 17:22 | 12017834702 | 1600251 | 62.5                     |
| 1/30/2016 17:24 | 18607168148 |         | online order/credit card |
| 1/30/2016 17:26 | 17175999468 |         | online order/credit card |
| 1/30/2016 17:27 | 18459874187 | 1601895 | 9.65                     |
| 1/30/2016 17:30 | 12147044089 | 1601844 | 33.9                     |
| 1/30/2016 17:32 | 19177577687 | 1600253 | 17.5                     |
| 1/30/2016 17:34 | 19177577687 |         |                          |
| 1/30/2016 17:59 | 15165045526 |         | online order/credit card |
| 1/30/2016 18:03 | 15167651665 |         | online order/credit card |
| 1/30/2016 18:03 | 15167651665 |         | online order/credit card |

| 1/30/2016 18:03 | 15167651665 | | online order/credit card |
| 1/30/2016 18:39 | 15162921914 | 1600401 | 20.7 |
| 1/30/2016 18:43 | 15166971680 | | online order/credit card |
| 1/30/2016 18:50 | 15167823236 | 1600451 | 10.5 |
| 1/30/2016 18:55 | 15166559365 | | online order/credit card |
| 1/30/2016 19:14 | 13474201074 | | online order/credit card |
| 1/30/2016 19:17 | 15168508177 | 1600305 | 12 |
| 1/30/2016 19:25 | 13473355295 | 1600356 | 8.55 |
| 1/30/2016 19:40 | 15162808722 | | online order/credit card |
| 1/30/2016 20:01 | 19083777545 | | online order/credit card |
| 1/30/2016 20:05 | 13156572275 | 1600403 | 18.3 |
| 1/30/2016 20:07 | 13103827051 | 1600307 | 8.5 |
| 1/30/2016 20:14 | 15168083285 | 1600258 | 19.15 |
| 1/30/2016 20:22 | 13479685661 | 1600308 | 9.1 |
| 1/30/2016 20:24 | 15164833433 | | |
| 1/30/2016 20:37 | 15164552964 | | online order/credit card |
| 1/30/2016 20:37 | 3472339808 | | |
| 1/30/2016 20:39 | 15164552964 | 1600452 | 10.7 |
| 1/30/2016 20:43 | 16319229056 | 1600453 | 14.15 |
| 1/30/2016 20:46 | 13474207452 | | online order/credit card |

















## KITCHEN CHECK

| Date | Table | Guests | Server | 1600401 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV

## KITCHEN CHECK

| Date | Table | Guests | Server | 1600253 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV



## KITCHEN CHECK

| Date | Table | Guests | Server | 1601844 |
|------|-------|--------|--------|---------|

APPT-SOUP/SAL-ENTREE-VEG POT-DESSERT-BEV











EXHIBIT C

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| NI PING | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16 CV-1304 |
| NO.1 GREAT WALL OF FULTON 168 | ) |
| | ) |
| *Defendant* | ) |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                              VERIZON OFFICER IN CHARGE OF SUBPOENAS

*(Name of person to whom this subpoena is directed)*

❐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: INCOMING CALLS FOR PERIOD JULY 1,2014 TO JAN. 31, 2016 FOR THE FOLLOWING 3 NUMBERS: 516 483-3433, 516 483-3435, and 516 483-2870

| Place: 39-15 MAIN STREET; SUITE 318 FLUSHING, NY 11354 | Date and Time: 01/15/2017 9:00 am |
|---|---|

❐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     12/15/2016

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
JOSEPH LACOME, ESQ. 39-15 MAIN ST., # 318, FLUSHING,NY11354   , who issues or requests this subpoena, are:
lacomelaw@gmail.com tel. 415 847-1944

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



**UNITED STATES POSTAL SERVICE®**

**Certificate Of Maili**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail
This form may be used for domestic and international mail.

From:  Joseph Lacome ESQ
       39-15 main Street #3/8
       Flushing. NY. 11354

To:    William W. Chuang
       & Jakubowitz & Chuang. LLP
       325 Broadway. Suite 301
       New York. NY. 10007

PS Form **3817**, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE
PAID
FLUSHING, NY
DEC 135 '6
AMOUNT
**$1.30**
R2304M113625-09

1000



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

BEDMINSTER, NJ 07921

| | |
|---|---|
| Postage | $3.30  $2.70 |
| Certified Fee | $0.00 |
| | $0.00 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.47 |
| Total Postage & Fees | $ $6.47 |

Postmark
20
2016
12/20/2016

Sent To  Custodia of Records Verizon CellcoPartner-
Street & Apt. No., or PO Box No.  180 Washington Valley Road
City, State, ZIP+4  Bedminster, NJ 07921

PS Form 3800, July 2014                See Reverse for Instructions

7014 2120 0000 1973 8825

Language:    Spanish _____ English _____

## WRITE UP SHEET

NAME: _____         Home Tel: _____

_____ Apt.# _____         Bus Tel: _____

_____         Cell Tel: _____

E-mail address: _____ @ _____         Alt Tel: _____

DOB: _____         Spouse Name _____

SS#: _____         Parent/Guardian _____

**EMPLOYER: ON/OFF THE BOOKS**         Hospital: _____
    (circle the one that applies)         Ambulance: Yes _____ No _____
_____         Admitted: Yes _____ No _____

_____         Dates of Admission: _____

Occupation: _____         Salary: $_____ wkly/bi wkly
POLICE Yes ___ No ____         PRECINCT NO. _____         AIDED/ACC. No. _____

DATE OF ACCIDENT: _____ TIME: _____ DAY OF WEEK: _____
**WEATHER CONDITION:** _____
Did you give any written statements regarding the accident ___ *We cannot proceed until we have a copy of all statements
Did you sign any accident reports regarding the accident ____ *We cannot proceed until we have a copy of all accident reports.

PLACE OF ACCIDENT: _____

WEATHER CONDITION: _____

FACTS: _____
_____
_____

INJURIES: _____

TREATING DOCTORS: _____

Date of First Treatment: _____
DOES CLIENT RECEIVE MEDIARE/MEDICAID BENEFITS? _____
**AUTO CASES:**    DAMAGE TO VEHICLE _____

    DID CLIENT(S) HAVE COLLISION INSURANCE? Yes _____ No _____
    DOES ANYONE IN HOUSEHOLD OWN A VEHICLE? Yes ____ No ____
    If Yes, Name of registered owner: _____

NO FAULT INSURANCE: _____

PREMISES CASES: PROPERTY OWNER: _____

INSURANCE CO.: _____

WITNESSES: _____         _____

NOTICE WITNESSES: _____         _____

PRIOR SIMILAR INJURIES: _____

PRIOR ACCIDENTS: _____
REFERRED BY: _____ INTAKE DATE/SECY: _____

To BADER & YAKAITIS
   1430 Broadway, Suite 1802
   New York, NY 10118

### RETAINER AGREEMENT

The undersigned _____ hereby retains BADER & YAKAITIS LLP to prosecute or adjust a claim for damages arising from personal injuries on the day of _____ through the negligence of_____ or other persons, and the undersigned hereby gives you the exclusive right to take all legal steps to enforce the said claim and hereby further agrees not to settle this action in any manner without your written consent.

In consideration of the services rendered and to be rendered by them, the undersigned hereby agrees to pay them, and they are authorized to retain out of any monies that may come into their hands, whether recovered by suit, settlement or otherwise, the attorney fees and expenses, if applicable, under the following two options, entirely at the client's discretion:

The client has one of two options, depending on whether the client desires to personally finance the litigation expenses (option one), or require that the attorney personally finance the litigation expenses (option two). If the attorney finances litigation expenses (option two) and there is no recovery, the client is under no obligation to reimburse the attorney for said litigation expenses.

### OPTIONS

(     ) **OPTION ONE:** If the Client opts to finance all litigation expenses, including but not limited to taxable costs and disbursements, including expenses for investigative-witness fees, or other services chargeable to the claim or prosecution of the action, and client agrees to pay for all expert witness fees necessary for testifying at trial at the time the expert witness requests his or her fees then in that event, the attorney shall receive **ONE THIRD (1/3) OF THE RECOVERY**, and the percentages shall be computed on the **NET SUMS** recovered after deducting taxable costs and disbursements, including expenses for investigative-witness fees, interest, or other services chargeable to the claim or prosecution of the action.

(     ) **OPTION TWO:** If the Client opts to require the attorney to finance all litigation expenses, including but not limited to taxable costs and disbursements, including expenses for investigative-witness fees, interest, or other services chargeable to the claim or prosecution of the action, and attorney shall pay for all expert witness fees necessary for testifying at trial at the time the expert witness requests his or her fees then in that event, the attorney shall receive **ONE THIRD (1/3) OF THE GROSS RECOVERY**, and the percentages shall be computed on the **GROSS SUMS** recovered without deducting taxable costs and disbursements, including expenses for investigative-witness fees, interest, or other services chargeable to the claim or prosecution of the action.

Any division of fees between attorneys will be in proportion to the services rendered by said attorneys, each lawyer assumes joint responsibility for the representation.

**BADER & YAKAITIS LLP** may engage the services of an outside entity or law firm for resolution of any Medicare, Medicaid or private health insurance company lien and/or any necessary Surrogate's court proceeding, and the fees paid to such entity or law firm will be treated as a disbursement and expense in the case.

**BADER & YAKAITIS LLP** in its sole discretion, may utilize the services of a third party lender to finance a part of the expenses generated or deemed necessary in the case. The principal, interest and costs of such advancements for expenses will all be treated as a disbursement and expense in the case.

In the event the Client requests a private advance/loan from a third party in connection with a potential recovery in this case and **BADER & YAKAITIS LLP** is required to review and submit documentation on your behalf, **BADER & YAKAITIS LLP** may charge an administrative fee of $500.00 for the original application and $250.00 for each subsequent application. Said fees shall be deducted at the conclusion of the case from client's share of the recovery.

**BADER & YAKAITIS LLP** reserves the right to withdraw representation on your case in the event the amount borrowed against your projected share of the potential recovery is in an amount that, in our judgment, would interfere with our prosecution of your case.

Associates and/or trial counsel may be employed at the discretion and expense of **BADER & YAKAITIS LLP** so that there shall be no change or increase in the fee charged the Client in this matter.

Client authorizes **BADER & YAKAITIS LLP** to endorse recovery checks or drafts for deposit to a Trust Account and to distribute my recovery pursuant to this Retainer. Client also gives **BADER & YAKAITIS LLP** authorization to sign Medical Record Authorizations, Reports of Automobile Accidents, Notice of Intention to Make claim form and No Fault forms.

This retainer is entered into subject to investigation.

Client

Dated_____, 20 _                    _____ (LS)

Witness_____                    _____ (LS)

The undersigned claimant(s) therefore present this claim for adjustment and payment. You are hereby notified that unless it is adjusted and paid within the time provided by law from the date of presentation to you, the claimant(s) intend(s) to commence an action on this claim.

Bader & Yakaitis, LLP
Attorneys for Claimant
1430 Broadway, Suite 1802
New York, New York 10018
(212)465-1110

## INDIVIDUAL VERIFICATION

State of New York County of New York) ss.:

_____, being duly sworn, deposes and states that the deponent is the claimant in the within action; that he/she has read the foregoing Notice of Claim and knows the contents thereof; that the same is true to the deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

Sworn to before me on this
day of      , 201

Notary Public

In the Matter of the Claim of

against

Notice of Claim

BADER & YAKAITIS, LLP
Attorney for Claimant
1430 Broadway
Suite 1802
New York, New York 10018
(212)465-1110

## Power Of Attorney

### To Execute HIPAA Medical Record Authorization Forms Pursuant To NY Public Health Law §18(1)(G) As Amended 10/26/04.

DURABLE SPECIFIC POWER OF ATTORNEY AUTHORIZING **BADER & YAKAITIS LLP TO EXECUTE A WRITTEN REQUEST FOR PATIENT INFORMATION TO OBTAIN YOUR MEDICAL RECORDS. THE POWERS YOU GRANT BELOW CONTINUE TO B EFFECTIVE SHOULD YOU BECOME DISABLED OR INCOMPETENT.**

THIS is intended to constitute a DURABLE SPECIFIC POSER OF ATTORNEY to execute a written request for patient information to obtain his or her medical records pursuant to **NY Public Health Law §18(1)(G) As Amended 10/26/04.**

I_____ **do hereby appoint: BADER & YAKAITIS LLP** with offices at 1430 Broadway, Suite 1802, New York, New York, my attorneys-in-fact to act (each agent may act separately) in my name, place and stead in any way which I myself could do, if I were personally present **to execute HIPAA medical record authorization forms pursuant to NY Public Health Law §18(1)(g) as amended 10/26/04.**

**This Power of Attorney shall not be affected by my subsequent disability or incompetence.**

This Power of Attorney stems from their representation of me for my accident of _____. To induce any third party to act hereunder, I hereby agree that any third party receiving a duly executed copy or facsimile of this instrument may act hereunder, and that revocation or termination hereof shall be ineffective as to such third party unless and until actual notice or knowledge of such revocation or termination shall have been received by such third party, and I for myself and for my heirs, executors, legal representatives and assigns, hereby agree to indemnify and hold harmless any such third party from and against any and all claims that may arise against such third party by reason of such third party having relied on the provisions of this instrument.

**This power of attorney may be revoked by me at any time.**

In Witness Whereof I have hereunto signed my name this ____day of _____, 20

_____

STATE OF NEW YORK
COUNTY OF _____

On this ____day of _____, 20  before me personally came _____, to me known to be the individual described in and who executed the foregoing instrument and acknowledged that he/she executed the same.

_____
Notary

OCA Official Form No.: 960

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name: | Date of Birth | Social Security Number |
|---|---|---|
| Patient Address | | |

i, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item9(a), I specifically authorize release of such information to the persons(s) indicated in Item 8.

2. If I am authorizing the release of HIV related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so unless federal or state law. I understand that I have a right to request a list of people who may receive or use my HIV related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based upon this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information:

8. Name and address of persons(s) or category of person to whom this information will be sent:

9(a).  Specific information to be released:
  □ Medical Record from _____ to _____
  □ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
  □ Other: _____     Include: (*Indicate by Initialing*)
  _____     _____Alcohol/Drug Treatment
                                       _____Mental Health Information
                                       _____HIV-Related Information

Authorization to Discuss Health Information
(b) []By initialing here _____ I authorize _____
                Initials                     Name of individual health care provider
  to discuss my health information with my attorney, or a governmental agency, listed here:
  _____
          (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> □  At request of individual <br> X   Other: LEGAL REVIEW | 11. Date or event on which this authorization will expire: <br> AT THE END OF LITIGATION |
|---|---|
| 12.  If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

X_____     Date: _____

Signature of patient or representative authorized by law.
*Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

# NYCHHC HIPAA Authorization to Disclose Health Information

**ALL FIELDS MUST BE COMPLETED**

THIS FORM MAY NOT BE USED FOR RESEARCH OR MARKETING, FUNDRAISING OR PUBLIC RELATIONS AUTHORIZATIONS

| PATIENT NAME/ADDRESS | DATE OF BIRTH | PATIENT SSN |
|---|---|---|
| | MEDICAL RECORD NUMBER | TELEPHONE NUMBER |

NAME OF HEALTH PROVIDER TO RELEASE INFORMATION

SPECIFIC INFORMATION TO BE RELEASED.

Information Requested: ______

Treatment Dates from ______ to ______

NAME & ADDRESS OF PERSON OR ENTITY TO WHOM INFO. WILL BE SENT

INFORMATION TO BE RELEASED (If the box is checked, you are authorizing the release of that type of information). Please note: unless all of the boxes are checked, we may be unable to process your request.

☐ Alcohol and/or Substance Abuse Program Information
☐ Mental Health Information
☐ Genetic Testing Information
☐ HIV/AIDS-related Information

REASON FOR RELEASE OF INFORMATION

☐ Legal Matter ☐ Individual's Request
☐ Other (please specify): ______

WHEN WILL THIS AUTHORIZATION EXPIRE? (Please check one)

☐ Event: ______ ☐ On this date: ______

I, or my authorized representative, authorize the use or disclosure of my medical and/or billing information as I have described on this form.

I understand that my medical and/or billing information could be re-disclosed and no longer protected by federal health information privacy regulations if the recipient(s) described on this form are not required by law to protect the privacy of the information.

I understand that if my medical and/or billing records contain information relating to **ALCOHOL or SUBSTANCE ABUSE, GENETIC TESTING, MENTAL HEALTH, and/or CONFIDENTIAL HIV/AIDS RELATED INFORMATION**, this information will not be released to the person(s) I have indicated unless I check the box(es) for this information on this form.

I understand that if I am authorizing the use or disclosure of HIV/AIDS-related information, the recipient(s) is prohibited from using or re-disclosing any HIV/AIDS-related information without my authorization, unless permitted to do so under federal or state law. I also understand that I have a right to request a list of people who may receive or use my HIV/AIDS-related information without authorization. If I experience discrimination because of the use or disclosure of HIV/AIDS-related information, I may contact the New York State Division of Human Rights at 212.480.2493 or the New York City Commission of Human Rights at 212.306.7450. These agencies are responsible for protecting my rights.

I understand that I have a right to refuse to sign this authorization and that my health care, the payment for my health care, and my health care benefits will not be affected if I do not sign this form. I also understand that if I refuse to sign this authorization, NYCHHC cannot honor my request to disclose my medical and/or billing information.

I understand that I have a right to request to inspect and/or receive a copy of the information described on this authorization form by completing a Request for Access Form. I also understand that I have a right to receive a copy of this form after I have signed it.

I understand that if I have signed this authorization form to use or disclose my medical and/or billing information, I have the right to revoke it at any time, except to the extent that NYCHHC has already taken action based on my authorization or that the authorization was obtained as a condition for obtaining insurance coverage.

To revoke this authorization, please contact the facility Health Information Management department processing this request.

*I have read this form and all of my questions have been answered. By signing below, I acknowledge that I have read and accept all of the above.*

| SIGNATURE OF PATIENT OR PERSONAL REPRESENTATIVE | IF NOT PATIENT, PRINT NAME & CONTACT INFORMATION OF PERSONAL REPRESENTATIVE SIGNING FORM |
|---|---|
| DATE | DESCRIPTION OF PERSONAL REPRESENTATIVE'S AUTHORITY TO ACT ON BEHALF OF PATIENT |

If HHC has requested this authorization, the patient or his/her Personal Representative must be provided a copy of this form after it has been signed.

| HHC USE ONLY | |
|---|---|
| Date Received | Initials of HIM employee processing request |
| Date Completed | Comments |

NYCHHC HIPAA Authorization 2412 Revised 09 05