UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
NI PING,

                                Plaintiff,

       -against-

NO. 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG, and
MICHAEL CHEN,

                                Defendants.
-------------------------------------------------------- X

Case No.: 16-cv-1304

**AFFIDAVIT OF NI PING**

STATE OF NEW YORK    }
                             } ss.:
COUNTY OF QUEENS     }

      NI PING, being duly sworn, deposes and states:

      1.      I am the Plaintiff in this case, and I submit this Affidavit in support of my Second Motion for relief from Summary Judgment granted by this Court as unopposed against me on April 5, 2017.

      2.      I hired Mr. Joseph LaCome to represent me in this case. He held himself out to be highly competent in these cases, and as being an attorney practicing in New York. In fact, Mr. Lacome was neither competent nor even admitted to practice in New York. With multiple addresses in New York, billing himself as the "LaCome Law Firm" of New York, Mr. LaCome was actually - or still is - representing many clients in New York, appearing "pro hac vice." I have learned that Mr. LaCome has never been admitted to practice in New York. I am informed that "pro hac vice" is for an appearance by a foreign lawyer for one single case. It appears that Mr. LaCome has been practicing in New York on a regular and ongoing basis, using this "pro hac vice" to bypass normal admission. He makes an appearance or two, then neglects the case, deceives the client, then disparages the client and withdraws. He did so with me.

      3.      When Mr. LaCome went to court with me, he did not seem to know what he was doing. He strung me along, telling me the case was proceeding in a certain way when in fact he was neglecting the case.

4. On February 23, 2017, the defendants made a Motion for Summary Judgment. I don't think Mr. LaCome even knew what this meant, much less how to deal with it. He lied to me, telling me that the motion was pending, after it had been decided and granted. He said that I should make a motion for Summary Judgment myself in response. He had me collecting documents for the supposed motion we were making. Mr. LaCome never bothered to answer the motion against me, and he did not request for an extension of time if he needed it to at least learn what to do. He now claims that it was because he was waiting for an affidavit from me. I would certainly not have held up the case because of an affidavit which he could have helped me with.

5. The Motion against me was granted on April 5, 2017, unopposed. Mr. LaCome lied to me by telling me that it was pending. After it was granted, he called to "advise" me to take the case to State Court, because it would be easier and I had more time to do it there. He did not tell me that he had lost the case in this Court. He did not tell me that he could not practice in the State Court. He did remind me that he would still be getting paid at the end of the case. So now I realize that what he intended to do was to have me go to State Court without doing any more work - because he cannot practice in State Court and his application pro hac vice was denied - and then come and demand money. This is really outrageous.

6. Mr. LaCome wrote a letter to the Court on July 24, 2017 in which he says he is "puzzled" why I am trying to fight this case in federal court pro se. What a fraud this man is. After learning that my case was actually lost for his neglect, of course I had to go pro se after being abandoned by my supposed lawyer.

7. He says he suspects a freelance paralegal or "lower-paid attorney" are giving me bad advice. This means that Mr. LaCome considers himself a "high-paid attorney." This seems like an admission that he is actually stealing money because he is the most incompetent lawyer I have ever seen. In fact, if it were not for the advice of other attorneys, I would be blind in this case, having relied on Mr. LaCome's false representations.

8. It is telling that on July 24, 2017, he just noticed that I had made a pro se filing back in April. He even ignores or fails to check notices on ECF.

9. As part of Mr. LaCome's way of doing business, he now disparages me and says that I am lying. Well, I am not lying. It is Mr. LaCome who is a liar and a fraud, and he should be investigated for practicing law in New York under false pretenses and being highly unethical.

10. For these reasons, I have hired new counsel to renew my application for reconsideration. I am advised by competent and ethical attorneys that the Court can grant my motion for relief from the judgment for various reasons, including "inadvertent neglect" and "surprise." I did not neglect my case, it was that phony attorney who did so. And when I learned that a motion to close my case was granted without even a response from him, it was certainly a surprise. As the Court can see, I immediately sought to defend on my own, with good advice, to remedy the great harm which this "highly-paid" non-attorney has caused me.

11. So I respectfully ask this Court to grant me an opportunity to resolve this case on its "merits." I have documentary evidence that contradicts the basis for defendants' defense. My attorney tells me that for [OPPOSE] summary judgment, there must be issues that need a fact finder at trial. There are such issues in this case, and so Summary Judgment should not have been granted if it were not for the negligence, deception and incompetence of someone engaging in the unauthorized and unlicensed practice of law in New York.

[NP]

Dated: August 4, 2017

_____
Ni Ping, Plaintiff

Sworn to before me this

____ 4th day of August, 2017

_____
Notary Public

FEILI ZHENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ZH6235782
Qualified in Queens County
My Commission Expires April 06, 2019