RICARDO R. MOREL, ESQ.
Attorney at Law
39-15 Main Street – Suite 318
Flushing, New York 11354
(424) 362-8960
Esquire1998@gmail.com

---

August 23, 2017

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**VIA ECF**

      Re:    Ping v. No. 1 Great Wall, et al.
                 Case No. 16-CV-1304 (SJF) (SIL)

Dear Honorable Judge Feuerstein:

    I represent the Plaintiff Ni Ping in the above referenced matter.

    I have today filed a Second Motion seeking relief from an Order of this Court which granted the Defendants' motion for Summary Judgment. Along with the Motion, I also filed an Affirmation in Support as well as Plaintiff's Affidavit in Support, together with attachments.

    In accordance with the Court's Individual Practice Rules, I am hereby contemporaneously stating that I have served the said papers on the Defendants' counsel, via ECF as part of the noticing system, and mailing forthwith via U.S.P.S. to:

William W. Chuang, Esq.
Jakubowitz & Chuang LLP
325 Broadway – Suite 301
New York, NY 10007

Respectfully yours,

/s/ *Ricardo R. Morel* .
Ricardo R. Morel, Esq. (RM2693)