RICARDO R. MOREL, ESQ.
Attorney at Law
39-15 Main Street – Suite 318
Flushing, New York 11354
(424) 362-8960
Esquire1998@gmail.com

August 23, 2017

Hon. Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

**VIA ECF**

        Re:    <u>Ping v. No. 1 Great Wall, et al.</u>
                Case No. 16-CV-1304 (SJF) (SIL)

**LETTER MOTION**

Dear Honorable Judge Feuerstein:

    I represent the Plaintiff Ni Ping in the above referenced matter.

    I respectfully submit this application to have the attorney of record, Joseph LaCome, terminated in this case.

    He should also be directed to cease and desist from further communications with the Plaintiff directly or through third parties. He has been doing so, to Plaintiff's consternation, even after having been unequivocally discharged by the client.

    Given the filings in this matter, and the explicit communications from the client, there is absolutely no question but that the attorney-client relationship has deteriorated beyond repair.

    I believe that it is appropriate that Mr. LaCome not only be permitted to "withdraw," as he has communicated, but that he be terminated forthwith without further motion.

1

For the reasons set forth in the Plaintiff's filings, I respectfully submit that this application is both appropriate and necessary.

Respectfully Submitted:

　/s/　Ricardo R. Morel　　　．
Ricardo R. Morel, Esq. (RM2693)
*Attorney for Plaintiff Ni Ping*