RECEIVED
NOV 22 2017
EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2017 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------- X
NI PING,

                Plaintiff,      Case No. 16-cv-1304 (SJF)(SIL)

    -against-

NO 1 GREAT WALL OF FULTON 168,
ZHE WEI ZOU, WENDY WANG and
MICHAEL CHEN,

                Defendants.
------------------------------------------------- X

STATE OF NEW YORK  }
                          } ss.:
COUNTY OF QUEENS   }

    NI PING, being duly sworn, deposes and states:

    1.    I am the Plaintiff in this action. I have appeared through counsel, Joseph LaCome, an out-of-state attorney who failed to represent me properly. For that reason, I discharged him, he asked to withdraw, and I explained everything to the court by filing a motion "pro se" as I had no choice. I then hired Mr. Ricardo Morel, Esq., who entered the case. I wanted to deal with the fact that my case was closed, seven months ago, on account of Mr. LaCome's failure to deal with a Summary Judgment.

    2.    Today, I am informed that the Court has given me permission to appear "pro se," which I do herein, and having heard nothing from the court for seven months, and the case being marked officially "closed," and Mr. Morel's appearance being considered of no significance. I have decided to pursue the remedies I sought (under Labor laws) through the Supreme Court of the State of New York, with proper counsel.

1

3.  I hereby withdraw my motion to reopen the matter, acting on my own behalf, voluntarily and knowingly, and I voluntarily withdraw any and all further actions in this court with regard to this case.

4.  I respectfully request that the Court direct the Clerk to mark the case as closed and DISCONTINUED.

Dated: 20 November 17, 2017

NI PING, *Plaintiff Pro Se*
143-21 38th Avenue - #4D
Flushing, NY 11354
(917) 200-8728

Sworn to before me this
20th day of November, 2017

_____
Notary Public

FEILI ZHENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ZH6235782
Qualified in Queens County
My Commission Expires April 06, 2019

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
NI PING,

                          Plaintiff,         Case No.: 16-cv-1304 (SJF) (SIL)

    v.

NO 1 GREAT WALL OF FULTON 168, et al,
                          Defendants
-------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    }
                              } ss.:
COUNTY OF QUEENS     }

    Sheery Lu, being duly sworn, deposes and says:

    1.    I am not a party to the above captioned action, I am over 18 years old, and I reside in the State of New York.

    2.    On November _20_, 2017, I served the Plaintiff's Affidavit dated 11/20/2017 on the defendants by depositing a true copy thereof, in a postage-paid envelope, in an official depository of the United States Post Office, addressed to:

                          William Win-Ning Chuang
                          Jakubowitz & Chuang LLP
                          401 Broadway - Suite 408
                          New York, NY 10013

_____
SHEERY LU

Sworn to before me this 20th day of November, 2017

_____
Notary Public

FEILI ZHENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ZH6235782
Qualified in Queens County
My Commission Expires April 06, 2019



From: Ni Ping
39-15 Main Street, Suite 318
Flushing, NY 11354

To: Clerk of Court
U.S. District Court
Eastern District of NY
100 Federal Plaza
Central Islip, NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 22 2017 ★
LONG ISLAND OFFICE

FIRST CLASS MAIL

U.S. POSTAGE PAID
FLUSHING, NY
11355
NOV 20, 17
AMOUNT
$0.49
R2304E107433-07

11722-443800